IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS AND TEXAS DEPARTMENT OF TRANSPORTATION, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, PETE BUTTIGIEG, in his official capacity as SECRETARY OF TRANSPORTATION, and SHAILEN BHATT, in his official capacity as ADMINISTRATOR OF THE FEDERAL HIGHWAY ADMINISTRATION, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 5:23-cv-00304-H |

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c) and LR 7.4, Plaintiffs in the above referenced cause and hereby certify that to the best of their knowledge the following persons or entities have a financial interest in the outcome of this litigation:

1. Plaintiffs, the State of Texas and Texas Department of Transportation.

2. Defendants, U.S. Department of Transportation, Federal Highway Administration, Pete Buttigieg in his official capacity as Secretary of

Transportation, and Shailen Bhatt in his official capacity as Administrator of the Federal Highway Administration.

Dated:   December 20, 2023        Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    BRENT WEBSTER
    First Assistant Attorney General

    GRANT DORFMAN
    Deputy First Assistant Attorney General

    JAMES LLOYD
    Deputy Attorney General for Civil Litigation

    KELLIE E. BILLINGS-RAY
    Chief, Environmental Protection Division

    */s/ Logan Harrell*
    LOGAN HARRELL
    Assistant Attorney General
    State Bar No. 24106054
    Logan.Harrell@oag.texas.gov

    WESLEY S. WILLIAMS
    Assistant Attorney General
    State Bar No. 24108009
    Wesley.Williams@oag.texas.gov

    OFFICE OF THE ATTORNEY GENERAL
    ENVIRONMENTAL PROTECTION DIVISION
    P.O. Box 12548, MC-066
    Austin, Texas 78711-2548
    (512) 463-2012 | Fax: (512) 320-0911

    **COUNSEL FOR THE STATE OF TEXAS AND THE TEXAS DEPARTMENT OF TRANSPORTATION**