IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>　　　　　　Defendants. | Case No. 5:23-cv-00304-H |

## NOTICE OF APPEARANCE

　　Michael P. Clendenen, Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for the Defendants in the above-captioned matter.

DATED: January 16, 2024　　　　　　　　　Respectfully submitted,

        BRIAN M. BOYNTON
        Acting Assistant Attorney General

        JULIE STRAUS HARRIS
        Assistant Branch Director

        /s/ *Michael P. Clendenen*
        MICHAEL P. CLENDENEN
        Trial Attorney
        Civil Division, Federal Programs Branch
        U.S. Department of Justice
        1100 L Street, NW
        Washington, DC 20005
        Phone:  (202) 305-0693
        E-mail:  michael.p.clendenen@usdoj.gov

        *Counsel for Defendants*

## Certificate of Service

On January 16, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        /s/ *Michael P. Clendenen*