UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | No. 5:23-CV-304-H |

## ORDER

In accordance with the Court's previous Order (Dkt. No. 5), the plaintiffs filed a status report indicating that they "anticipate[] filing an emergency motion, if necessary, on January 17, 2024." Dkt. No. 7. Should the plaintiffs request emergency relief from the Court, the Court orders the plaintiffs to confer with the defendants and to prepare a status report for the Court that provides: (1) a proposed briefing schedule regarding the plaintiffs' motion; (2) the parties' position on whether the Court may resolve the motion on the papers alone; (3) a proposed hearing date, if a hearing is desired or necessary; (4) an explanation of whether any hearing would be evidentiary in nature; (5) if so, a general description of what evidence the parties plan to submit; (6) whether, and to what extent, expedited discovery is necessary; and (7) whether the Court should advance to trial on the merits and consolidate trial with the preliminary injunction hearing. The plaintiffs shall file the status report no later than Friday, January 19, at 12:00 p.m.

So ordered on January 17, 2024.

                                                          *[signature]*
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE