IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS AND TEXAS DEPARTMENT OF TRANSPORTATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, PETE BUTTIGIEG, in his official capacity as SECRETARY OF TRANSPORTATION, and SHAILEN BHATT, in his official capacity as ADMINISTRATOR OF THE FEDERAL HIGHWAY ADMINISTRATION,<br><br>*Defendants*. | Civil Action No. 5:23-cv-304 |

## TEXAS'S SECOND STATUS REPORT

Plaintiffs (Texas) provides the following report in response to the Court's January 17, 2024 inquiry. Counsel for the parties have conferred and the Defendants have agreed to provide a 45-day extension of the Final Rule's upcoming deadline in an effort to provide the parties sufficient time to properly brief the necessity for a preliminary injunction and provide the Court sufficient time to consider the matter. The new deadline is March 17, 2024. Texas provides the following responses to the Court's specific inquiries are provided below.

**(1) Proposed briefing schedule regarding Texas's motion for preliminary injunction.**

February 14, 2024 – Defendants' response to Texas's motion for preliminary injunction

February 28, 2024 – Texas's reply in support of its motion for preliminary injunction

**(2) Parties' position on whether the Court may resolve the motion on the papers.**

The parties agree that the Court may resolve the motion on the papers.

**(3) Proposed hearing date, if a hearing is desired or necessary.**

The parties defer to the Court on the necessity for a hearing.

**(4) and (5) Whether a hearing would be evidentiary in nature and description of evidence.**

If the Court sets a hearing, it would not be evidentiary, and the parties would provide oral argument in support of their positions.

**(6) Whether expedited discovery is necessary.**

The parties agree that expedited discovery is not necessary for this case.

**(7) Whether the Court should advance to trial on the merits and consolidate trial with the preliminary injunction hearing.**

The parties agree that this case can be properly resolved through cross motions for summary judgment and can provide the Court with a briefing schedule with deadlines occurring after the Court's order on Texas's motion.

Dated:  January 19, 2024                Respectfully submitted,

                                        KEN PAXTON
                                        Attorney General of Texas

                                        BRENT WEBSTER
                                        First Assistant Attorney General

                                        GRANT DORFMAN
                                        Deputy First Assistant Attorney General

2

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

*/s/ Logan Harrell*
LOGAN HARRELL
Assistant Attorney General
State Bar No. 24106054
Logan.Harrell@oag.texas.gov

WESLEY S. WILLIAMS
Assistant Attorney General
State Bar No. 24108009
Wesley.Williams@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911

**COUNSEL FOR THE STATE OF TEXAS AND THE TEXAS DEPARTMENT OF TRANSPORTATION**

3

## **CERTIFICATE OF SERVICE**

      I certify that on January 19, 2024, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all attorneys of record in this case.

                                      */s/ Logan Harrell*
                                      LOGAN HARRELL
                                      Assistant Attorney General