# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS AND TEXAS DEPARTMENT OF TRANSPORTATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, PETE BUTTIGIEG, in his official capacity as SECRETARY OF TRANSPORTATION, and SHAILEN BHATT, in his official capacity as ADMINISTRATOR OF THE FEDERAL HIGHWAY ADMINISTRATION,<br><br>*Defendants*. | Civil Action No. 5:23-cv-304 |

## TEXAS'S ADVISORY TO THE COURT

Plaintiffs (Texas) provide the following update regarding their request for emergency relief. The Defendants have agreed to further extend the Final Rule's initial deadline from March 17, 2024 to March 29, 2024. Counsel for the parties have continued to confer on a potential briefing schedule so the Court can fully resolve this case on the merits through cross motions for summary judgment. Texas intends on formally withdrawing its motion for preliminary injunction, *see* Dkt. 9, no later than February 7, 2024 if the Court agrees the following proposed schedule provides sufficient time to resolve this case on the merits before the Final Rule's extended deadline on March 29, 2024.

The parties provide the following proposed briefing schedule for the Court's consideration:

- January 31, 2024 – Defendants file the administrative record for the Final Rule;

- February 9, 2024 – Texas files its motion for summary judgment;

- February 20, 2024 – Defendants file their combined response to Texas's motion for summary judgement and their own cross-motion for summary judgment;

- February 27, 2024 – Texas files its combined response to the Defendants' cross-motion and its reply in support of its motion for summary judgment;

- March 5, 2024 – Defendants file their reply in support of their cross-motion.

The parties still agree that the Court may resolve this matter on the papers and defer to the Court on the necessity for a summary judgment hearing ahead of the March 29, 2024 deadline. If the Court sets a hearing, it would not be evidentiary, and the parties would provide oral argument in support of their positions.

If the Court believes this schedule will not provide sufficient time to resolve this case on the merits, then the parties will proceed with the preliminary injunction briefing schedule ordered by the Court. *See* Dkt. 12.

Dated:   January 26, 2024              Respectfully submitted,

                                       KEN PAXTON
                                       Attorney General of Texas

                                       BRENT WEBSTER
                                       First Assistant Attorney General

                                       GRANT DORFMAN
                                       Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

*/s/ Logan Harrell*
LOGAN HARRELL
Assistant Attorney General
State Bar No. 24106054
Logan.Harrell@oag.texas.gov

WESLEY S. WILLIAMS
Assistant Attorney General
State Bar No. 24108009
Wesley.Williams@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911

**COUNSEL FOR THE STATE OF TEXAS AND THE TEXAS DEPARTMENT OF TRANSPORTATION**

3

## **CERTIFICATE OF SERVICE**

I certify that on January 26, 2024, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all attorneys of record in this case.

*/s/ Logan Harrell*
LOGAN HARRELL
Assistant Attorney General

4