UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS AND TEXAS DEPARTMENT OF TRANSPORTATION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, PETE BUTTIGIEG, in his official capacity as SECRETARY OF TRANSPORTATION, and SHAILEN BHATT, in his official capacity as ADMINISTRATOR OF THE FEDERAL HIGHWAY ADMINISTRATION,<br><br>Defendants. | Civil Action No. 5:23-cv-304 |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD**

Gary Jensen, pursuant to 5 U.S.C. § 706, deposes and says as follows:

1. I am Director of the Office of Natural Environment, Federal Highway Administrative (FHWA). In this position, I am the principal official at FHWA responsible for environmental programs associated with air quality, climate change, sustainability, and noise. I also provide program advice to the Federal Highway Administrator, Deputy Administrator, Executive Director, Associate Administrators,

1

Director of Field Services, and Division Administrators. The facts attested to herein are based on my personal knowledge.

2. To the best of my knowledge, the index annexed hereto lists, and the administrative record provided today to plaintiffs includes a true and complete copy of, all documents and materials considered by the agency in producing *National Performance Management Measures; Assessing Performance of the National Highway System, Greenhouse Gas Emissions Measure*, 88 Fed. Reg. 85364 (Dec. 7, 2023). Privileged documents reflecting internal agency deliberations are not part of this administrative record. *See Ad Hoc Metals Coalition v. Whitman*, 227 F. Supp. 2d 134, 142-43 (D.D.C. 2002); *AMFAC Resorts, L.L.C. v. Dep't of the lnterior*, 143 F. Supp. 2d 7, 13 (D.D.C. 2001).

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2024

_____
Gary A. Jensen
Director, Office of Natural Environment
Federal Highway Administration
U.S. Department of Transportation