**Index to the Administrative Record for Final Rule entitled "National Performance Management Measures; Assessing Performance of the National Highway System, Greenhouse Gas Emissions Measure," 88 Fed. Reg. 85364 (Dec. 7, 2023)**

| Document Description | Date | Beginning Bates No. |
|---|---|---|
| **Public Docket** | | |
| Final Rule entitled "National Performance Management Measures; Assessing Performance of the National Highway System, Greenhouse Gas Emissions Measure," 88 Fed. Reg. 85364 (Dec. 7, 2023) | Dec. 7, 2023 | FHWA000001 |
| Proposed Rule entitled "National Performance Management Measures; Assessing Performance of the National Highway System, Greenhouse Gas Emissions Measure" | July 15, 2022 | FHWA000032 |
| FHWA GHG Measure NPRM RIA (June 2022) | July 15, 2022 | FHWA000054 |
| FHWA GHG NPRM RIA Calculations 05-24-2022 | July 15, 2022 | FHWA000096_v |
| U.S. DOT/FHWA - Ex Parte Communication with Metropolitan Transportation Commission | Aug. 4, 2022 | FHWA000112 |
| U.S. DOT/FHWA - Ex Parte Communication with Members of the United States Senate Committee on Environment and Public Works | Aug. 10, 2022 | FHWA000114 |
| Greenhouse Gas Emissions Performance Measure NPRM - Webinar Announcement, Transcript, and Slides (August 23-24, 2022) Attachment 1 | Aug. 25, 2022 | FHWA000118 |
| Greenhouse Gas Emissions Performance Measure NPRM - Webinar Announcement, Transcript, and Slides (August 23-24, 2022) Attachment 2 | Aug. 25, 2022 | FHWA000119 |
| Greenhouse Gas Emissions Performance Measure NPRM - Webinar Announcement, Transcript, and Slides (August 23-24, 2022) Attachment 3 | Aug. 25, 2022 | FHWA000129 |

| | | |
|---|---|---|
| State Initial GHG Reporting Form | Dec. 7, 2023 | FHWA000161 |
| Metropolitan Planning Organization ("MPO") Applicability Tables | Dec. 7, 2023 | FHWA000164 |
| FHWA GHG Measure Final RIA (September 2023) | Dec. 7, 2023 | FHWA000174 |
| **Citations from NPRM and FRN** | | |
| EPA 2021 Inventory of U.S. Greenhouse Gas Emissions and Sinks | Apr. 14, 2021 | FHWA000216 |
| Executive Order 13990 of January 20, 2021, Protecting Public Health and the Environment and Restoring Science To Tackle the Climate Crisis | Jan. 20, 2021 | FHWA001007 |
| Executive Order 14008 of January 27, 2021, Tackling the Climate Crisis at Home and Abroad | Jan. 27, 2021 | FHWA001014 |
| IPCC, 2021: Summary for Policymakers. In: Climate Change 2021: The Physical Science Basis. Contribution of Working Group I to the Sixth Assessment Report of the Intergovernmental Panel on Climate Change | 2021 | FHWA001029 |
| White House Fact Sheet: President Biden Sets 2030 Greenhouse Gas Pollution Reduction Target | Apr. 22, 2021 | FHWA001061 |
| White House Fact Sheet: President Biden's Leaders Summit on Climate | Apr. 23, 2021 | FHWA001066 |
| U.S. Department of Transportation Strategic Plan FY 2022–2026 | | FHWA001082 |
| Final Rule, National Performance Management Measures; Assessing Performance of the National Highway System, Freight Movement on the Interstate System, and Congestion Mitigation and Air Quality Improvement Program, 83 Fed. Reg. 24920 (May 31, 2018) | May 31, 2018 | FHWA001133 |

| | | |
|---|---|---|
| Final Rule, National Performance Management Measures; Assessing Performance of the National Highway System, Freight Movement on the Interstate System, and Congestion Mitigation and Air Quality Improvement Program, 82 Fed. Reg. 5970 (Jan. 18, 2017) | Jan. 18, 2017 | FHWA001150 |
| NPRM, National Performance Management Measures; Assessing Performance of the National Highway System, Freight Movement on the Interstate System, and Congestion Mitigation and Air Quality Improvement Program, 81 Fed. Reg. 23806 (Apr. 22, 2016) | Apr. 22, 2016 | FHWA001231 |
| NRPM, National Performance Management Measures; Assessing Performance of the National Highway System, Freight Movement on the Interstate System, and Congestion Mitigation and Air Quality Improvement Program, 82 Fed. Reg. 46427 (Oct 5, 2017) | Oct. 5, 2017 | FHWA001339 |
| Final Rule, National Performance Management Measures: Highway Safety Improvement Program, 81 Fed. Reg. 13882 (Mar. 15, 2016) | Mar. 15, 2016 | FHWA001346 |
| Final Rule, National Performance Management Measures; Assessing Pavement Condition for the National Highway Performance Program and Bridge Condition for the National Highway Performance Program, 82 Fed. Reg. 5886 (Jan. 18, 2017) | Jan. 18, 2017 | FHWA001381 |
| Wuebbles, D.J., D.R. Easterling, K. Hayhoe, T. Knutson, R.E. Kopp, J.P. Kossin, K.E. Kunkel, A.N. LeGrande, C. Mears, W.V. Sweet, P.C. Taylor, R.S. Vose, and M.F. Wehner, 2017: Climate Science Special Report: Fourth National Climate Assessment, Volume I [Wuebbles, D.J., D.W. Fahey, K.A. Hibbard, D.J. Dokken, B.C. Stewart, and T.K. Maycock (eds.)]. U.S. Global Change Research Program, Washington, DC, USA, (U.S. GCRP 2017 Climate Science Special Report) pp. 82, doi: 10.7930/J08S4N35, available at https://science2017.globalchange.gov/ | 2017 | FHWA001466 |
| National Oceanic and Atmospheric Administration (2021). Trends in Atmospheric Carbon Dioxide (NOAA 2021 Trends in Atmospheric Carbon Dioxide), available at https://gml.noaa.gov/ccgg/trends/; https://perma.cc/5RNK-Q67F | 2021 | |
| Intergovernmental Panel on Climate Change. Climate Change 2014 Synthesis Report Summary for Policymakers (IPCC 2014 Report) | 2014 | FHWA001943 |
| International Energy Agency (2021) Global Energy Review: $CO_2$ Emissions in 2020 | Mar. 2, 2021 | FHWA001975 |

3

| | | |
|---|---|---|
| Intergovernmental Panel on Climate Change (2018) Summary for Policymakers. In Global Warming of 1.5 Deg. C. An IPCC Special Report | 2018 | FHWA001994 |
| U.S. Department of State (2021). U.S.-China Joint Statement Addressing the Climate Crisis, available at https://www.state.gov/u-s-china-joint-statement-addressing-the-climate-crisis/; https://perma.cc/3PDW-3RMW | 2021 | |
| U.S. Energy Information Administration (2021), Annual Energy Outlook 2021 | Feb. 2021 | FHWA002018 |
| Jacobs, J.M., M. Culp, L. Cattaneo, P. Chinowsky, A. Choate, S. DesRoches, S. Douglass, and R. Miller, 2018: Transportation. In Impacts, Risks, and Adaption in the United States: Fourth National Climate Assessment, Volume II [Reidmiller, D.R., C.W. Avery, D.R. Easterling, K.E. Kunkel, K.L.M. Lewis, T.K. Mayock, and B.C. Stewart (eds.)] U.S. Global Change Research Program, Washington, DC, USA, pp. 479–511. doi: 10.7930/NCA4.2018.CH12. | 2018 | FHWA002051 |
| FHWA 2013 Conditions and Performance Report (PDF Version), "Advancing Environmental Sustainability" | 2013 | FHWA002084 |
| A Performance-Based Approach to Addressing Greenhouse Gas Emissions through Transportation Planning, FHWA (Dec. 2013) | Dec. 2013 | FHWA002566 |
| Impacts of Climate Change and Variability on Transportation Systems and Infrastructure: The Gulf Coast Phase 2, Task 3.2 Engineering Assessments of Climate Change Impacts and Adaptation Measures (FHWA and DOT Climate Change Center) (Aug. 2014) | Aug. 2014 | FHWA002640 |
| Hampton Roads Climate Impact Quantification Initiative, Baseline Assessment of the Transportation Assets and Overview of Economic Analyses Useful in Quantifying Impacts, DOT (Sept. 13, 2016) | Sept. 13, 2016 | FHWA002986 |
| NOAA National Centers for Environmental Information (NCEI) U.S. Billion-Dollar Weather and Climate Disasters (2022), available at https://www.ncei.noaa.gov/access/billions/; https://perma.cc/9X2U-XT6G | 2022 | |
| Ebi, K.L., J.M. Balbus, G. Luber, A. Bole, A. Crimmins, G. Glass, S. Saha, M.M. Shimamoto, J. Trtanj, and J.L. White-Newsome, 2018: Human Health. In Impacts, Risks, and Adaptation in the United States: Fourth National Climate Assessment, Volume II [Reidmiller, D.R., C.W. Avery, D.R. Easterling, K.E. Kunkel, K.L.M. Lewis, T.K. Maycock, and B.C. Stewart (eds.)]. U.S. Global Change Research | 2018 | FHWA003159 |

| | | |
|---|---|---|
| Program, Washington, DC, USA, pp. 539–571. doi: 10.7930/NCA4.2018.CH14. | | |
| EO 13777, "Enforcing the Regulatory Reform Agenda" | Feb. 24, 2017 | FHWA003192 |
| E.O. 13783, "Promoting Energy Independence and Economic Growth" | Mar. 28, 2017 | FHWA003195 |
| E.O. 13771, "Reducing Regulation and Controlling Regulatory Costs" | Jan. 30, 2017 | FHWA003200 |
| E.O 13992 "Revocation of Certain Executive Orders Concerning Federal Regulation" | Jan. 20, 2021 | FHWA003203 |
| National Cooperative Highway Research Program (NCHRP) Report 25–56, Methods for State DOTs to Reduce Greenhouse Gas Emissions from the Transportation Sector, available at https://crp.trb.org/nchrpwebresource1/; https://perma.cc/QX7A-YGJS | Mar. 8, 2022 | |
| U.S. Environmental Protection Agency, 2023: Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990–2021 | 2023 | FHWA003205 |
| White House Fact Sheet, The Biden-Harris Electric Vehicle Charging Action Plan | Dec. 31, 2021 | FHWA004086 |
| Press Release: Biden-Harris Administration Takes Step Forward to Combat Climate Change, Announces Proposed Transportation Greenhouse Gas Emission Reduction Framework | July 7, 2022 | FHWA004093 |
| State Performance Dashboards and Reports, available at https://www.fhwa.dot.gov/tpm/reporting/state/; https://perma.cc/TL92-VTDR | | |
| The Office of Highway Policy Information, Federal Highway Administration, Traffic Volume Trends December 2022, available at https://www.fhwa.dot.gov/policyinformation/travel_monitoring/22dectvt/; https://perma.cc/9XLF-224F | Dec. 2022 | |
| The Office of Highway Policy Information, Federal Highway Administration, Traffic Volume Trends December 2019, available at | Dec. 2019 | |

| | | |
|---|---|---|
| https://www.fhwa.dot.gov/policyinformation/travel_monitoring/19dectvt/; https://perma.cc/22V7-QUWT | | |
| Technical Support Document: Social Cost of Carbon, Methane, and Nitrous Oxide Interim Estimates under Executive Order 13990 | Feb. 2021 | FHWA004097 |
| **Public Comments** | | |
| Comment from Attorneys General of California, Colorado, Illinois, Maryland, Minnesota, New York, Oregon, Rhode Island, Washington, Wisconsin, Vermont, Massachusetts, and the District of Columbia | Oct. 13, 2022 | FHWA004145 |
| Comment from Attorneys General for the Commonwealth of Kentucky and the States of Alabama, Alaska, Arkansas, Florida, Georgia, Indiana, Kansas, Louisiana, Mississippi, Montana, Nebraska, Oklahoma, South Carolina, South Dakota, Texas, Utah, Virginia, West Virginia, and Wyoming | Oct. 13, 2022 | FHWA004159 |
| Comment from Attorneys General of Oklahoma, Alabama, Alaska, Arkansas, Florida, Georgia, Indiana, Kansas, Kentucky, Louisiana, Mississippi, Montana, Nebraska, South Carolina, South Dakota, Texas, Utah, and Virginia | Oct. 13, 2022 | FHWA004172 |
| Comment from Attorney General of Texas | Oct. 13, 2022 | FHWA004179 |
| Comment from Transportation Departments of Idaho, Montana, North Dakota, South Dakota, and Wyoming | Oct. 9, 2022 | FHWA004192 |
| Comment from the Texas Department of Transportation | Oct. 12 2022 | FHWA004205 |
| Comment from the South Dakota Department of Transportation | Oct. 13, 2022 | FHWA004223 |
| Comment from the Alaska Department of Environmental Conservation | Oct. 11, 2022 | FHWA004225 |
| Comment from the Arkansas Department of Transportation | Oct. 13, 2022 | FHWA004231 |

| | | |
|---|---|---|
| Comment from the Florida Department of Transportation | Oct. 13, 2022 | FHWA004232 |
| Comment from the Nebraska Department of Transportation | Sep. 26, 2022 | FHWA004237 |
| Comment from the Oklahoma Department of Transportation | Oct. 13, 2022 | FHWA004256 |
| Comment from the South Carolina Department of Transportation | July 20, 2022 | FHWA004260 |
| Comment from the Governor of Utah | Aug. 25, 2022 | FHWA004263 |
| Comment from the Utah Department of Transportation | Oct. 13, 2022 | FHWA004265 |
| Comment from the West Virginia Department of Transportation | Sept. 13, 2022 | FHWA004268 |
| Comment from Senators Fischer, Crapo, Risch, Graham, Portman, Sullivan, Blunt, Grassley, and Wicker | July 28, 2022 | FHWA004278 |
| Comment from Senators Carper, Feinstein, Hirono, Casey, Jr., Sanders, Padilla, Cardin, Schatz, Warren, Reed, Whitehouse, Booker, Van Hollen, Heinrich, Gillibrand, Hickenlooper, Blumenthal, Durbin, Coons, Wyden, Murray, Klobuchar, Bennet, Merkley, Brown, Smith, Menendez, and Markey | Sept. 16, 2022 | FHWA004280 |
| Comment from Senators Capito, Cramer, Barrasso, Boozman, Braun, Burr, Collins, Cornyn, Crapo, Cruz, Daines, Ernst, Fischer, Graham, Hoeven, Inhofe, Lankford, Lummis, Marshall, Murkowski, Portman, Risch, Shelby, Sullivan, Thune, Tillis, and Wicker. | Oct. 3, 2022 | FHWA004285 |
| Additional public comments received for Final Rule entitled "National Performance Management Measures; Assessing Performance of the National Highway System, Greenhouse Gas Emissions Measure," 88 Fed. Reg. 85364 (Dec. 7, 2023), Docket Number FHWA-2021-0004, | | |

| | | |
|---|---|---|
| available at https://www.regulations.gov/docket/FHWA-2021-0004 (62,322 comments received) | | |
| **Prior Rulemaking Dockets** | | |
| Docket to Final Rule, National Performance Management Measures; Assessing Performance of the National Highway System, Freight Movement on the Interstate System, and Congestion Mitigation and Air Quality Improvement Program, 83 Fed. Reg. 24920 (May 31,2018), Docket Number FHWA-2017-0025, available at https://www.regulations.gov/docket/FHWA-2017-0025 | | |
| Docket to Final Rule, National Performance Management Measures; Assessing Performance of the National Highway System, Freight Movement on the Interstate System, and Congestion Mitigation and Air Quality Improvement Program, 82 Fed. Reg. 5970 (January 18, 2017), Docket Number FHWA-2013-0054, available at https://www.regulations.gov/docket/FHWA-2013-0054 | | |