## Projected Changes in Annual Average Temperature



Mid 21st Century

Lower Scenario (RCP4.5)          Higher Scenario (RCP8.5)

Late 21st Century

Lower Scenario (RCP4.5)          Higher Scenario (RCP8.5)

Change in Temperature (°F)

2   4   6   8   10   12   14   16   18

**Figure 6.7.** Projected changes in annual average temperatures (°F). Changes are the difference between the average for mid-century (2036–2065; top) or late-century (2070–2099, bottom) and the average for near-present (1976–2005). Each map depicts the weighted multimodel mean. Increases are statistically significant in all areas (that is, more than 50% of the models show a statistically significant change, and more than 67% agree on the sign of the change[45]). (Figure source: CICS-NC and NOAA NCEI).

FHWA001667

**Table 6.4.** Projected changes in annual average temperature (°F) for each National Climate Assessment region in the contiguous United States. Changes are the difference between the average for mid-century (2036–2065) or late-century (2071–2100) and the average for near-present (1976–2005) under the higher scenario (RCP8.5) and a lower scenario (RCP4.5). Estimates are derived from 32 climate models that were statistically downscaled using the Localized Constructed Analogs technique.[51] Increases are statistically significant in all areas (that is, more than 50% of the models show a statistically significant change, and more than 67% agree on the sign of the change[45]).

| NCA Region | RCP4.5 Mid-Century (2036–2065) | RCP8.5 Mid-Century (2036–2065) | RCP4.5 Late-Century (2071–2100) | RCP8.5 Late-Century (2071–2100) |
|---|---|---|---|---|
| Northeast | 3.98°F | 5.09°F | 5.27°F | 9.11°F |
| Southeast | 3.40°F | 4.30°F | 4.43°F | 7.72°F |
| Midwest | 4.21°F | 5.29°F | 5.57°F | 9.49°F |
| Great Plains North | 4.05°F | 5.10°F | 5.44°F | 9.37°F |
| Great Plains South | 3.62°F | 4.61°F | 4.78°F | 8.44°F |
| Southwest | 3.72°F | 4.80°F | 4.93°F | 8.65°F |
| Northwest | 3.66°F | 4.67°F | 4.99°F | 8.51°F |

### 6.3.2 Temperature Extremes

Daily extreme temperatures are projected to increase substantially in the contiguous United States, particularly under the higher scenario (RCP8.5). For instance, the coldest and warmest daily temperatures of the year are expected to increase at least 5°F (2.8°C) in most areas by mid-century,[42] rising to 10°F (5.5°C) or more by late-century.[43] In general, there will be larger increases in the coldest temperatures of the year, especially in the northern half of the Nation, whereas the warmest temperatures will exhibit somewhat more uniform changes geographically (Figure 6.8). By mid-century, the upper bound for projected changes (i.e., the average of the three warmest models) is about 2°F (1.1°C) greater than the weighted multimodel mean. On a regional basis, annual extremes (Table 6.5) are consistently projected to rise faster than annual averages (Table 6.4). Future changes in "very rare" extremes are also striking; by late century, current 1-in-20 year maximums are projected to occur every year, while current 1-in-20 year minimums are not expected to occur at all.[44]

The frequency and intensity of cold waves is projected to decrease while the frequency and intensity of heat waves is projected to increase throughout the century. The frequency of cold waves (6-day periods with a minimum temperature below the 10th percentile) will decrease the most in Alaska and the least in the Northeast while the frequency of heat waves (6-day periods with a maximum temperature above the 90th percentile) will increase in all regions, particularly the Southeast, Southwest, and Alaska. By mid-century, decreases in the frequency of cold waves are similar across RCPs whereas increases in the frequency of heat waves are about 50% greater in the higher scenario (RCP8.5) than the lower scenario (RCP4.5).[45] The intensity of cold waves is projected to decrease while the intensity of heat waves is projected to increase, dramatically so under RCP8.5. By mid-century, both extreme cold waves and extreme heat waves (5-day, 1-in-10 year events) are projected to have temperature increases of at least 11.0°F (6.1°C) nationwide, with larger increases in northern regions (the Northeast, Midwest, Northern Great Plains, and Northwest; Table 6.5).

There are large projected changes in the number of days exceeding key temperature thresholds throughout the contiguous United States.

FHWA001668



**Figure 6.8.** Projected changes in the coldest and warmest daily temperatures (°F) of the year in the contiguous United States. Changes are the difference between the average for mid-century (2036–2065) and the average for near-present (1976–2005) under the higher scenario (RCP8.5). Maps in the top row depict the weighted multimodel mean whereas maps on the bottom row depict the mean of the three warmest models (that is, the models with the largest temperature increase). Maps are derived from 32 climate model projections that were statistically downscaled using the Localized Constructed Analogs technique.[51] Increases are statistically significant in all areas (that is, more than 50% of the models show a statistically significant change, and more than 67% agree on the sign of the change[45]). (Figure source: CICS-NC and NOAA NCEI).

**Table 6.5.** Projected changes in temperature extremes (°F) for each National Climate Assessment region in the contiguous United States. Changes are the difference between the average for mid-century (2036–2065) and the average for near-present (1976–2005) under the higher scenario (RCP8.5). Estimates are derived from 32 climate models that were statistically downscaled using the Localized Constructed Analogs technique.[51] Increases are statistically significant in all areas (that is, more than 50% of the models show a statistically significant change, and more than 67% agree on the sign of the change[45]).

| NCA Region | Change in Coldest Day of the Year | Change in Coldest 5-Day 1-in-10 Year Event | Change in Warmest Day of the Year | Change in Warmest 5-Day 1-in-10 Year Event |
|---|---|---|---|---|
| Northeast | 9.51°F | 15.93°F | 6.51°F | 12.88°F |
| Southeast | 4.97°F | 8.84°F | 5.79°F | 11.09°F |
| Midwest | 9.44°F | 15.52°F | 6.71°F | 13.02°F |
| Great Plains North | 8.01°F | 12.01°F | 6.48°F | 12.00°F |
| Great Plains South | 5.49°F | 9.41°F | 5.70°F | 10.73°F |
| Southwest | 6.13°F | 10.20°F | 5.85°F | 11.17°F |
| Northwest | 7.33°F | 10.95°F | 6.25°F | 12.31°F |

FHWA001669

For instance, there are about 20–30 more days per year with a maximum over 90°F (32°C) in most areas by mid-century under RCP8.5, with increases of 40–50 days in much of the Southeast (Figure 6.9). The upper bound for projected changes is very roughly 10 days greater than the weighted multimodel mean. Consistent with widespread warming, there are 20–30 fewer days per year with a minimum temperature below freezing in the northern and eastern parts of the nation, with decreases of more than 40–50 days in much of the West. The upper bound for projected changes in freezing events is very roughly 10–20 days fewer than the weighted multimodel mean in many areas.



**Figure 6.9.** Projected changes in the number of days per year with a maximum temperature above 90°F and a minimum temperature below 32°F in the contiguous United States. Changes are the difference between the average for mid-century (2036–2065) and the average for near-present (1976–2005) under the higher scenario (RCP8.5). Maps in the top row depict the weighted multimodel mean whereas maps on the bottom row depict the mean of the three warmest models (that is, the models with the largest temperature increase). Maps are derived from 32 climate model projections that were statistically downscaled using the Localized Constructed Analogs technique.[51] Changes are statistically significant in all areas (that is, more than 50% of the models show a statistically significant change, and more than 67% agree on the sign of the change[45]). (Figure source: CICS-NC and NOAA NCEI).

FHWA001670

## TRACEABLE ACCOUNTS

**Key Finding 1** Annual average temperature over the contiguous United States has increased by 1.2°F (0.7°C) for the period 1986–2016 relative to 1901–1960 and by 1.8°F (1.0°C) based on a linear regression for the period 1895–2016 (*very high confidence*). Surface and satellite data are consistent in their depiction of rapid warming since 1979 (*high confidence*). Paleo-temperature evidence shows that recent decades are the warmest of the past 1,500 years (*medium confidence*).

### Description of Evidence Base

The key finding and supporting text summarize extensive evidence documented in the climate science literature. Similar statements about changes exist in other reports (e.g., NCA3;[46] Global Climate Change Impacts in the United States;[47] SAP 1.1: Temperature trends in the lower atmosphere[48])

Evidence for changes in U.S. climate arises from multiple analyses of data from in situ, satellite, and other records undertaken by many groups over several decades. The primary dataset for surface temperatures in the United States is nClimGrid,[1, 2] though trends are similar in the U.S. Historical Climatology Network, the Global Historical Climatology Network, and other datasets. Several atmospheric reanalyses (e.g., 20th Century Reanalysis, Climate Forecast System Reanalysis, ERA-Interim, Modern Era Reanalysis for Research and Applications) confirm rapid warming at the surface since 1979, with observed trends closely tracking the ensemble mean of the reanalyses. Several recently improved satellite datasets document changes in middle tropospheric temperatures.[5, 6, 7] Longer-term changes are depicted using multiple paleo analyses (e.g., Wahl and Smerdon 2012;[13] Trouet et al. 2013[12]).

### Major Uncertainties

The primary uncertainties for surface data relate to historical changes in station location, temperature instrumentation, observing practice, and spatial sampling (particularly in areas and periods with low station density, such as the intermountain West in the early 20th century). Satellite records are similarly impacted by non-climatic changes such as orbital decay, diurnal sampling, and instrument calibration to target temperatures. Several uncertainties are inherent in temperature-sensitive proxies, such as dating techniques and spatial sampling.



### Assessment of confidence based on evidence and agreement, including short description of nature of evidence and level of agreement

*Very high* (since 1895), *High* (for surface/satellite agreement since 1979), *Medium* (for paleo)

### Likelihood of Impact

*Extremely Likely*

### Summary sentence or paragraph that integrates the above information

There is *very high confidence* in observed changes in average temperature over the United States based upon the convergence of evidence from multiple data sources, analyses, and assessments.

### Key Finding 2

There have been marked changes in temperature extremes across the contiguous United States. The frequency of cold waves has decreased since the early 1900s, and the frequency of heat waves has increased since the mid-1960s. The Dust Bowl era of the 1930s remains the peak period for extreme heat. The number of high temperature records set in the past two decades far exceeds the number of low temperature records. (*Very high confidence*)

### Description of Evidence Base

The key finding and supporting text summarize extensive evidence documented in the climate science literature. Similar statements about changes have also been made in other reports (e.g., NCA3;[46] SAP 3.3: Weather and Climate Extremes in a Changing Climate;[49] IPCC Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation[50]).

Evidence for changes in U.S. climate arises from multiple analyses of in situ data using widely published climate extremes indices. For the analyses presented

FHWA001671

here, the source of in situ data is the Global Historical Climatology Network–Daily dataset,[16] with changes in extremes being assessed using long-term stations with minimal missing data to avoid network-induced variability on the long-term time series. Cold wave frequency was quantified using the Cold Spell Duration Index,[15] heat wave frequency was quantified using the Warm Spell Duration Index,[15] and heat wave intensity were quantified using the Heat Wave Magnitude Index Daily.[14] Station-based index values were averaged into 4° grid boxes, which were then area-averaged into a time series for the contiguous United States. Note that a variety of other threshold and percentile-based indices were also evaluated, with consistent results (e.g., the Dust Bowl was consistently the peak period for extreme heat). Changes in record-setting temperatures were quantified as in Meehl et al. (2016).[23]

### Major Uncertainties

The primary uncertainties for in situ data relate to historical changes in station location, temperature instrumentation, observing practice, and spatial sampling (particularly the precision of estimates of change in areas and periods with low station density, such as the intermountain West in the early 20th century).

### Assessment of confidence based on evidence and agreement, including short description of nature of evidence and level of agreement

*Very high*

### Likelihood of Impact

*Extremely likely*

### Summary sentence or paragraph that integrates the above information

There is *very high confidence* in observed changes in temperature extremes over the United States based upon the convergence of evidence from multiple data sources, analyses, and assessments.

### Key Finding 3

Annual average temperature over the contiguous United States is projected to rise (*very high confidence*). Increases of about 2.5°F (1.4°C) are projected

for the period 2021–2050 relative to 1976–2005 in all RCP scenarios, implying recent record-setting years may be "common" in the next few decades (*high confidence*). Much larger rises are projected by late century (2071–2100): 2.8°–7.3°F (1.6°–4.1°C) in a lower scenario (RCP4.5) and 5.8°–11.9°F (3.2°–6.6°C) in a higher scenario (RCP8.5) (*high confidence*).

### Description of Evidence Base

The key finding and supporting text summarize extensive evidence documented in the climate science literature. Similar statements about changes have also been made in other reports (e.g., NCA3;[46] Global Climate Change Impacts in the United States[47]). The basic physics underlying the impact of human emissions on climate has also been documented in every IPCC assessment.



Projections are based on global model results and associated downscaled products from CMIP5 for RCP4.5 (lower scenario) and RCP8.5 (higher scenario). Model weighting is employed to refine projections for each RCP. Weighting parameters are based on model independence and skill over North America for seasonal temperature and annual extremes. The multimodel mean is based on 32 model projections that were statistically downscaled using the Localized Constructed Analogs technique.[51] The range is defined as the difference between the average increase in the three coolest models and the average increase in the three warmest models. All increases are significant (i.e., more than 50% of the models show a statistically significant change, and more than 67% agree on the sign of the change[45]).

### Major Uncertainties

Global climate models are subject to structural and parametric uncertainty, resulting in a range of estimates of future changes in average temperature. This is partially mitigated through the use of model weighting and pattern scaling. Furthermore, virtually every ensemble member of every model projection contains an increase in temperature by mid- and late-century. Empirical downscaling introduces additional uncertainty (e.g., with respect to stationarity).

FHWA001672

**Assessment of confidence based on evidence and agreement, including short description of nature of evidence and level of agreement**

*Very high* for projected change in annual average temperature; *high confidence* for record-setting years becoming the norm in the near future; *high confidence* for much larger temperature increases by late century under a higher scenario (RCP8.5).

**Likelihood of Impact**

*Extremely likely*

**Summary sentence or paragraph that integrates the above information**

There is *very high confidence* in projected changes in average temperature over the United States based upon the convergence of evidence from multiple model simulations, analyses, and assessments.

**Key Finding 4**

Extreme temperatures in the contiguous United States are projected to increase even more than average temperatures. The temperatures of extremely cold days and extremely warm days are both expected to increase. Cold waves are projected to become less intense while heat waves will become more intense. The number of days below freezing is projected to decline while the number above 90°F will rise. (*Very high confidence*)

**Description of Evidence Base**

The key finding and supporting text summarize extensive evidence documented in the climate science literature (e.g., Fischer et al. 2013;[42] Sillmann et al. 2013;[43] Wuebbles et al. 2014;[44] Sun et al. 2015[45]). Similar statements about changes have also been made in other national assessments (such as NCA3) and in reports by the Climate Change Science Program (such as SAP 3.3: Weather and Climate Extremes in a Changing Climate[49]).

Projections are based on global model results and associated downscaled products from CMIP5 for RCP4.5 (lower scenario) and RCP8.5 (higher scenario). Model weighting is employed to refine projections for each RCP. Weighting parameters are based on model independence and skill over North America for seasonal

temperature and annual extremes. The multimodel mean is based on 32 model projections that were statistically downscaled using the Localized Constructed Analogs technique.[51] Downscaling improves on the coarse model output, establishing a more geographically accurate baseline for changes in extremes and the number of days per year over key thresholds. The upper bound for projected changes is the average of the three warmest models. All increases are significant (i.e., more than 50% of the models show a statistically significant change, and more than 67% agree on the sign of the change[45]).



**Major Uncertainties**

Global climate models are subject to structural and parametric uncertainty, resulting in a range of estimates of future changes in temperature extremes. This is partially mitigated through the use of model weighting and pattern scaling. Furthermore, virtually every ensemble member of every model projection contains an increase in temperature by mid- and late-century. Empirical downscaling introduces additional uncertainty (e.g., with respect to stationarity).

**Assessment of confidence based on evidence and agreement, including short description of nature of evidence and level of agreement**

*Very high*

**Likelihood of Impact**

*Extremely likely*

**Summary Sentence**

There is *very high confidence* in projected changes in temperature extremes over the United States based upon the convergence of evidence from multiple model simulations, analyses, and assessments.

FHWA001673

## REFERENCES

1. Vose, R.S., S. Applequist, M. Squires, I. Durre, M.J. Menne, C.N. Williams, Jr., C. Fenimore, K. Gleason, and D. Arndt, 2014: Improved historical temperature and precipitation time series for U.S. climate divisions. *Journal of Applied Meteorology and Climatology*, **53**, 1232-1251. http://dx.doi.org/10.1175/JAMC-D-13-0248.1

2. Vose, R.S., M. Squires, D. Arndt, I. Durre, C. Fenimore, K. Gleason, M.J. Menne, J. Partain, C.N. Williams Jr., P.A. Bieniek, and R.L. Thoman, 2017: Deriving historical temperature and precipitation time series for Alaska climate divisions via climatologically aided interpolation. *Journal of Service Climatology* **10**, 20. https://www.stateclimate.org/sites/default/files/upload/pdf/journal-articles/2017-Ross-etal.pdf

3. Huang, B., V.F. Banzon, E. Freeman, J. Lawrimore, W. Liu, T.C. Peterson, T.M. Smith, P.W. Thorne, S.D. Woodruff, and H.-M. Zhang, 2015: Extended Reconstructed Sea Surface Temperature Version 4 (ERSST. v4). Part I: Upgrades and intercomparisons. *Journal of Climate*, **28**, 911-930. http://dx.doi.org/10.1175/JCLI-D-14-00006.1

4. Vose, R.S., D. Arndt, V.F. Banzon, D.R. Easterling, B. Gleason, B. Huang, E. Kearns, J.H. Lawrimore, M.J. Menne, T.C. Peterson, R.W. Reynolds, T.M. Smith, C.N. Williams, and D.L. Wuertz, 2012: NOAA's merged land-ocean surface temperature analysis. *Bulletin of the American Meteorological Society*, **93**, 1677-1685. http://dx.doi.org/10.1175/BAMS-D-11-00241.1

5. Mears, C.A. and F.J. Wentz, 2016: Sensitivity of satellite-derived tropospheric temperature trends to the diurnal cycle adjustment. *Journal of Climate*, **29**, 3629-3646. http://dx.doi.org/10.1175/JCLI-D-15-0744.1

6. Spencer, R.W., J.R. Christy, and W.D. Braswell, 2017: UAH Version 6 global satellite temperature products: Methodology and results. *Asia-Pacific Journal of Atmospheric Sciences*, **53**, 121-130. http://dx.doi.org/10.1007/s13143-017-0010-y

7. Zou, C.-Z. and J. Li, 2014: NOAA MSU Mean Layer Temperature. National Oceanic and Atmospheric Administration, Center for Satellite Applications and Research, 35 pp. http://www.star.nesdis.noaa.gov/smcd/emb/mscat/documents/MSU_TCDR_CATBD_Zou_Li.pdf

8. Meehl, G.A., J.M. Arblaster, and G. Branstator, 2012: Mechanisms contributing to the warming hole and the consequent US east–west differential of heat extremes. *Journal of Climate*, **25**, 6394-6408. http://dx.doi.org/10.1175/JCLI-D-11-00655.1

9. Thorne, P.W., M.G. Donat, R.J.H. Dunn, C.N. Williams, L.V. Alexander, J. Caesar, I. Durre, I. Harris, Z. Hausfather, P.D. Jones, M.J. Menne, R. Rohde, R.S. Vose, R. Davy, A.M.G. Klein-Tank, J.H. Lawrimore, T.C. Peterson, and J.J. Rennie, 2016: Reassessing changes in diurnal temperature range: Intercomparison and evaluation of existing global data set estimates. *Journal of Geophysical Research Atmospheres*, **121**, 5138-5158. http://dx.doi.org/10.1002/2015JD024584

10. Po-Chedley, S., T.J. Thorsen, and Q. Fu, 2015: Removing diurnal cycle contamination in satellite-derived tropospheric temperatures: Understanding tropical tropospheric trend discrepancies. *Journal of Climate*, **28**, 2274-2290. http://dx.doi.org/10.1175/JCLI-D-13-00767.1

11. PAGES 2K Consortium, 2013: Continental-scale temperature variability during the past two millennia. *Nature Geoscience*, **6**, 339-346. http://dx.doi.org/10.1038/ngeo1797

12. Trouet, V., H.F. Diaz, E.R. Wahl, A.E. Viau, R. Graham, N. Graham, and E.R. Cook, 2013: A 1500-year reconstruction of annual mean temperature for temperate North America on decadal-to-multidecadal time scales. *Environmental Research Letters*, **8**, 024008. http://dx.doi.org/10.1088/1748-9326/8/2/024008

13. Wahl, E.R. and J.E. Smerdon, 2012: Comparative performance of paleoclimate field and index reconstructions derived from climate proxies and noise-only predictors. *Geophysical Research Letters*, **39**, L06703. http://dx.doi.org/10.1029/2012GL051086

14. Russo, S., A. Dosio, R.G. Graversen, J. Sillmann, H. Carrao, M.B. Dunbar, A. Singleton, P. Montagna, P. Barbola, and J.V. Vogt, 2014: Magnitude of extreme heat waves in present climate and their projection in a warming world. *Journal of Geophysical Research Atmospheres*, **119**, 12,500-12,512. http://dx.doi.org/10.1002/2014JD022098

15. Zhang, X., L. Alexander, G.C. Hegerl, P. Jones, A.K. Tank, T.C. Peterson, B. Trewin, and F.W. Zwiers, 2011: Indices for monitoring changes in extremes based on daily temperature and precipitation data. *Wiley Interdisciplinary Reviews: Climate Change*, **2**, 851-870. http://dx.doi.org/10.1002/wcc.147

16. Menne, M.J., I. Durre, R.S. Vose, B.E. Gleason, and T.G. Houston, 2012: An overview of the global historical climatology network-daily database. *Journal of Atmospheric and Oceanic Technology*, **29**, 897-910. http://dx.doi.org/10.1175/JTECH-D-11-00103.1

FHWA001674

17. Peterson, T.C., R.R. Heim, R. Hirsch, D.P. Kaiser, H. Brooks, N.S. Diffenbaugh, R.M. Dole, J.P. Giovannettone, K. Guirguis, T.R. Karl, R.W. Katz, K. Kunkel, D. Lettenmaier, G.J. McCabe, C.J. Paciorek, K.R. Ryberg, S. Schubert, V.B.S. Silva, B.C. Stewart, A.V. Vecchia, G. Villarini, R.S. Vose, J. Walsh, M. Wehner, D. Wolock, K. Wolter, C.A. Woodhouse, and D. Wuebbles, 2013: Monitoring and understanding changes in heat waves, cold waves, floods and droughts in the United States: State of knowledge. *Bulletin of the American Meteorological Society*, **94**, 821-834. http://dx.doi.org/10.1175/BAMS-D-12-00066.1

18. Donat, M.G., A.D. King, J.T. Overpeck, L.V. Alexander, I. Durre, and D.J. Karoly, 2016: Extraordinary heat during the 1930s US Dust Bowl and associated large-scale conditions. *Climate Dynamics*, **46**, 413-426. http://dx.doi.org/10.1007/s00382-015-2590-5

19. Mascioli, N.R., M. Previdi, A.M. Fiore, and M. Ting, 2017: Timing and seasonality of the United States 'warming hole'. *Environmental Research Letters*, **12**, 034008. http://dx.doi.org/10.1088/1748-9326/aa5ef4

20. Mueller, N.D., E.E. Butler, K.A. McKinnon, A. Rhines, M. Tingley, N.M. Holbrook, and P. Huybers, 2016: Cooling of US Midwest summer temperature extremes from cropland intensification. *Nature Climate Change*, **6**, 317-322. http://dx.doi.org/10.1038/nclimate2825

21. Smith, T.T., B.F. Zaitchik, and J.M. Gohlke, 2013: Heat waves in the United States: Definitions, patterns and trends. *Climatic Change*, **118**, 811-825. http://dx.doi.org/10.1007/s10584-012-0659-2

22. Mazdiyasni, O. and A. AghaKouchak, 2015: Substantial increase in concurrent droughts and heatwaves in the United States. *Proceedings of the National Academy of Sciences*, **112**, 11484-11489. http://dx.doi.org/10.1073/pnas.1422945112

23. Meehl, G.A., C. Tebaldi, and D. Adams-Smith, 2016: US daily temperature records past, present, and future. *Proceedings of the National Academy of Sciences*, **113**, 13977-13982. http://dx.doi.org/10.1073/pnas.1606117113

24. Bindoff, N.L., P.A. Stott, K.M. AchutaRao, M.R. Allen, N. Gillett, D. Gutzler, K. Hansingo, G. Hegerl, Y. Hu, S. Jain, I.I. Mokhov, J. Overland, J. Perlwitz, R. Sebbari, and X. Zhang, 2013: Detection and attribution of climate change: From global to regional. *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change*. Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex, and P.M. Midgley, Eds. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 867–952. http://www.climatechange2013.org/report/full-report/

25. Christidis, N., P.A. Stott, F.W. Zwiers, H. Shiogama, and T. Nozawa, 2010: Probabilistic estimates of recent changes in temperature: A multi-scale attribution analysis. *Climate Dynamics*, **34**, 1139-1156. http://dx.doi.org/10.1007/s00382-009-0615-7

26. Bonfils, C., P.B. Duffy, B.D. Santer, T.M.L. Wigley, D.B. Lobell, T.J. Phillips, and C. Doutriaux, 2008: Identification of external influences on temperatures in California. *Climatic Change*, **87**, 43-55. http://dx.doi.org/10.1007/s10584-007-9374-9

27. Pierce, D.W., T.P. Barnett, B.D. Santer, and P.J. Gleckler, 2009: Selecting global climate models for regional climate change studies. *Proceedings of the National Academy of Sciences*, **106**, 8441-8446. http://dx.doi.org/10.1073/pnas.0900094106

28. Knutson, T.R., F. Zeng, and A.T. Wittenberg, 2013: Multimodel assessment of regional surface temperature trends: CMIP3 and CMIP5 twentieth-century simulations. *Journal of Climate*, **26**, 8709-8743. http://dx.doi.org/10.1175/JCLI-D-12-00567.1

29. Leibensperger, E.M., L.J. Mickley, D.J. Jacob, W.T. Chen, J.H. Seinfeld, A. Nenes, P.J. Adams, D.G. Streets, N. Kumar, and D. Rind, 2012: Climatic effects of 1950-2050 changes in US anthropogenic aerosols – Part 1: Aerosol trends and radiative forcing. *Atmospheric Chemistry and Physics* **12**, 3333-3348. http://dx.doi.org/10.5194/acp-12-3333-2012

30. Leibensperger, E.M., L.J. Mickley, D.J. Jacob, W.T. Chen, J.H. Seinfeld, A. Nenes, P.J. Adams, D.G. Streets, N. Kumar, and D. Rind, 2012: Climatic effects of 1950–2050 changes in US anthropogenic aerosols – Part 2: Climate response. *Atmospheric Chemistry and Physics*, **12**, 3349-3362. http://dx.doi.org/10.5194/acp-12-3349-2012

31. Yu, S., K. Alapaty, R. Mathur, J. Pleim, Y. Zhang, C. Nolte, B. Eder, K. Foley, and T. Nagashima, 2014: Attribution of the United States "warming hole": Aerosol indirect effect and precipitable water vapor. *Scientific Reports*, **4**, 6929. http://dx.doi.org/10.1038/srep06929

32. Abatzoglou, J.T. and K.T. Redmond, 2007: Asymmetry between trends in spring and autumn temperature and circulation regimes over western North America. *Geophysical Research Letters*, **34**, L18808. http://dx.doi.org/10.1029/2007GL030891

33. Goldstein, A.H., C.D. Koven, C.L. Heald, and I.Y. Fung, 2009: Biogenic carbon and anthropogenic pollutants combine to form a cooling haze over the southeastern United States. *Proceedings of the National Academy of Sciences*, **106**, 8835-8840. http://dx.doi.org/10.1073/pnas.0904128106

FHWA001675

34. Xu, L., H. Guo, C.M. Boyd, M. Klein, A. Bougiatioti, K.M. Cerully, J.R. Hite, G. Isaacman-VanWertz, N.M. Kreisberg, C. Knote, K. Olson, A. Koss, A.H. Goldstein, S.V. Hering, J. de Gouw, K. Baumann, S.-H. Lee, A. Nenes, R.J. Weber, and N.L. Ng, 2015: Effects of anthropogenic emissions on aerosol formation from isoprene and monoterpenes in the southeastern United States. *Proceedings of the National Academy of Sciences*, **112**, 37-42. http://dx.doi.org/10.1073/pnas.1417609112

35. Pan, Z., X. Liu, S. Kumar, Z. Gao, and J. Kinter, 2013: Intermodel variability and mechanism attribution of central and southeastern U.S. anomalous cooling in the twentieth century as simulated by CMIP5 models. *Journal of Climate*, **26**, 6215-6237. http://dx.doi.org/10.1175/JCLI-D-12-00559.1

36. Walsh, J., D. Wuebbles, K. Hayhoe, J. Kossin, K. Kunkel, G. Stephens, P. Thorne, R. Vose, M. Wehner, J. Willis, D. Anderson, S. Doney, R. Feely, P. Hennon, V. Kharin, T. Knutson, F. Landerer, T. Lenton, J. Kennedy, and R. Somerville, 2014: Ch. 2: Our changing climate. *Climate Change Impacts in the United States: The Third National Climate Assessment*. Melillo, J.M., T.C. Richmond, and G.W. Yohe, Eds. U.S. Global Change Research Program, Washington, D.C., 19-67. http://dx.doi.org/10.7930/J0KW5CXT

37. Zwiers, F.W., X.B. Zhang, and Y. Feng, 2011: Anthropogenic influence on long return period daily temperature extremes at regional scales. *Journal of Climate*, **24**, 881-892. http://dx.doi.org/10.1175/2010jcli3908.1

38. Min, S.-K., X. Zhang, F. Zwiers, H. Shiogama, Y.-S. Tung, and M. Wehner, 2013: Multimodel detection and attribution of extreme temperature changes. *Journal of Climate*, **26**, 7430-7451. http://dx.doi.org/10.1175/JCLI-D-12-00551.1

39. Knutson, T.R., F. Zeng, and A.T. Wittenberg, 2013: The extreme March-May 2012 warm anomaly over the eastern United States: Global context and multimodel trend analysis [in "Explaining Extreme Events of 2012 from a Climate Perspective"]. *Bulletin of the American Meteorological Society*, **94 (9)**, S13-S17. http://dx.doi.org/10.1175/BAMS-D-13-00085.1

40. Dole, R., M. Hoerling, A. Kumar, J. Eischeid, J. Perlwitz, X.-W. Quan, G. Kiladis, R. Webb, D. Murray, M. Chen, K. Wolter, and T. Zhang, 2014: The making of an extreme event: Putting the pieces together. *Bulletin of the American Meteorological Society*, **95**, 427-440. http://dx.doi.org/10.1175/BAMS-D-12-00069.1

41. Collins, M., R. Knutti, J. Arblaster, J.-L. Dufresne, T. Fichefet, P. Friedlingstein, X. Gao, W.J. Gutowski, T. Johns, G. Krinner, M. Shongwe, C. Tebaldi, A.J. Weaver, and M. Wehner, 2013: Long-term climate change: Projections, commitments and irreversibility. *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change*. Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex, and P.M. Midgley, Eds. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1029–1136. http://www.climatechange2013.org/report/full-report/

42. Fischer, E.M., U. Beyerle, and R. Knutti, 2013: Robust spatially aggregated projections of climate extremes. *Nature Climate Change*, **3**, 1033-1038. http://dx.doi.org/10.1038/nclimate2051

43. Sillmann, J., V.V. Kharin, F.W. Zwiers, X. Zhang, and D. Bronaugh, 2013: Climate extremes indices in the CMIP5 multimodel ensemble: Part 2. Future climate projections. *Journal of Geophysical Research Atmospheres*, **118**, 2473-2493. http://dx.doi.org/10.1002/jgrd.50188

44. Wuebbles, D., G. Meehl, K. Hayhoe, T.R. Karl, K. Kunkel, B. Santer, M. Wehner, B. Colle, E.M. Fischer, R. Fu, A. Goodman, E. Janssen, V. Kharin, H. Lee, W. Li, L.N. Long, S.C. Olsen, Z. Pan, A. Seth, J. Sheffield, and L. Sun, 2014: CMIP5 climate model analyses: Climate extremes in the United States. *Bulletin of the American Meteorological Society*, **95**, 571-583. http://dx.doi.org/10.1175/BAMS-D-12-00172.1

45. Sun, L., K.E. Kunkel, L.E. Stevens, A. Buddenberg, J.G. Dobson, and D.R. Easterling, 2015: Regional Surface Climate Conditions in CMIP3 and CMIP5 for the United States: Differences, Similarities, and Implications for the U.S. National Climate Assessment. NOAA Technical Report NESDIS 144. National Oceanic and Atmospheric Administration, National Environmental Satellite, Data, and Information Service, 111 pp. http://dx.doi.org/10.7289/V5RB72KG

46. Melillo, J.M., T.C. Richmond, and G.W. Yohe, eds., 2014: *Climate Change Impacts in the United States: The Third National Climate Assessment*. U.S. Global Change Research Program: Washington, D.C., 841 pp. http://dx.doi.org/10.7930/J0Z31WJ2

47. Karl, T.R., J.T. Melillo, and T.C. Peterson, eds., 2009: *Global Climate Change Impacts in the United States*. Cambridge University Press: New York, NY, 189 pp. http://downloads.globalchange.gov/usimpacts/pdfs/climate-impacts-report.pdf

FHWA001676

48. CCSP, 2006: *Temperature Trends in the Lower Atmosphere: Steps for Understanding and Reconciling Differences. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research.* National Oceanic and Atmospheric Administration, Washington, D.C., 164 pp. http://www.globalchange.gov/browse/reports/sap-11-temperature-trends-lower-atmosphere-steps-understanding-reconciling

49. CCSP, 2008: *Weather and Climate Extremes in a Changing Climate - Regions of Focus - North America, Hawaii, Caribbean, and U.S. Pacific Islands. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research.* Karl, T.R., G.A. Meehl, C.D. Miller, S.J. Hassol, A.M. Waple, and W.L. Murray, Eds. Department of Commerce, NOAA's National Climatic Data Center, Washington, D.C., 164 pp. http://downloads.globalchange.gov/sap/sap3-3/sap3-3-final-all.pdf

50. IPCC, 2012: Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation. A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change. Field, C.B., V. Barros, T.F. Stocker, D. Qin, D.J. Dokken, K.L. Ebi, M.D. Mastrandrea, K.J. Mach, G.-K. Plattner, S.K. Allen, M. Tignor, and P.M. Midgley (Eds.). Cambridge University Press, Cambridge, UK and New York, NY. 582 pp. https://www.ipcc.ch/pdf/special-reports/srex/SREX_Full_Report.pdf

51. Pierce, D.W., D.R. Cayan, and B.L. Thrasher, 2014: Statistical downscaling using Localized Constructed Analogs (LOCA). *Journal of Hydrometeorology*, **15**, 2558-2585. http://dx.doi.org/10.1175/jhm-d-14-0082.1

52. Rupp, D.E., P.W. Mote, N. Massey, C.J. Rye, R. Jones, and M.R. Allen, 2012: Did human influence on climate make the 2011 Texas drought more probable? [in "Explaining Extreme Events of 2011 from a Climate Perspective"]. *Bulletin of the American Meteorological Society*, **93**, 1052-1054. http://dx.doi.org/10.1175/BAMS-D-12-00021.1

53. Angélil, O., D. Stone, M. Wehner, C.J. Paciorek, H. Krishnan, and W. Collins, 2017: An independent assessment of anthropogenic attribution statements for recent extreme temperature and rainfall events. *Journal of Climate*, **30**, 5-16. http://dx.doi.org/10.1175/JCLI-D-16-0077.1

54. Hoerling, M., M. Chen, R. Dole, J. Eischeid, A. Kumar, J.W. Nielsen-Gammon, P. Pegion, J. Perlwitz, X.-W. Quan, and T. Zhang, 2013: Anatomy of an extreme event. *Journal of Climate*, **26**, 2811–2832. http://dx.doi.org/10.1175/JCLI-D-12-00270.1

55. Diffenbaugh, N.S. and M. Scherer, 2013: Likelihood of July 2012 U.S. temperatures in pre-industrial and current forcing regimes [in "Explaining Extreme Events of 2013 from a Climate Perspective"]. *Bulletin of the American Meteorological Society*, **94 (9)**, S6-S9. http://dx.doi.org/10.1175/BAMS-D-13-00085.1

56. Cattiaux, J. and P. Yiou, 2013: U.S. heat waves of spring and summer 2012 from the flow analogue perspective [in "Explaining Extreme Events of 2012 from a Climate Perspective"]. *Bulletin of the American Meteorological Society*, **94 (9)**, S10-S13. http://dx.doi.org/10.1175/BAMS-D-13-00085.1

57. Jeon, S., C.J. Paciorek, and M.F. Wehner, 2016: Quantile-based bias correction and uncertainty quantification of extreme event attribution statements. *Weather and Climate Extremes*, **12**, 24-32. http://dx.doi.org/10.1016/j.wace.2016.02.001

58. Seager, R., M. Hoerling, D.S. Siegfried, h. Wang, B. Lyon, A. Kumar, J. Nakamura, and N. Henderson, 2014: Causes and Predictability of the 2011-14 California Drought. National Oceanic and Atmospheric Administration, Drought Task Force Narrative Team, 40 pp. http://dx.doi.org/10.7289/V58K771F

59. Wolter, K., J.K. Eischeid, X.-W. Quan, T.N. Chase, M. Hoerling, R.M. Dole, G.J.V. Oldenborgh, and J.E. Walsh, 2015: How unusual was the cold winter of 2013/14 in the Upper Midwest? [in "Explaining Extreme Events of 2014 from a Climate Perspective"]. *Bulletin of the American Meteorological Society*, **96 (12)**, S10-S14. http://dx.doi.org/10.1175/bams-d-15-00126.1

60. Trenary, L., T. DelSole, B. Doty, and M.K. Tippett, 2015: Was the cold eastern US Winter of 2014 due to increased variability? *Bulletin of the American Meteorological Society*, **96 (12)**, S15-S19. http://dx.doi.org/10.1175/bams-d-15-00138.1

FHWA001677



# 7

# Precipitation Change in the United States

## KEY FINDINGS

1. Annual precipitation has decreased in much of the West, Southwest, and Southeast and increased in most of the Northern and Southern Plains, Midwest, and Northeast. A national average increase of 4% in annual precipitation since 1901 is mostly a result of large increases in the fall season. (*Medium confidence*)

2. Heavy precipitation events in most parts of the United States have increased in both intensity and frequency since 1901 (*high confidence*). There are important regional differences in trends, with the largest increases occurring in the northeastern United States (*high confidence*). In particular, mesoscale convective systems (organized clusters of thunderstorms)—the main mechanism for warm season precipitation in the central part of the United States—have increased in occurrence and precipitation amounts since 1979 (*medium confidence*).

3. The frequency and intensity of heavy precipitation events are projected to continue to increase over the 21st century (*high confidence*). Mesoscale convective systems in the central United States are expected to continue to increase in number and intensity in the future (*medium confidence*). There are, however, important regional and seasonal differences in projected changes in total precipitation: the northern United States, including Alaska, is projected to receive more precipitation in the winter and spring, and parts of the southwestern United States are projected to receive less precipitation in the winter and spring (*medium confidence*).

4. Northern Hemisphere spring snow cover extent, North America maximum snow depth, snow water equivalent in the western United States, and extreme snowfall years in the southern and western United States have all declined, while extreme snowfall years in parts of the northern United States have increased (*medium confidence*). Projections indicate large declines in snowpack in the western United States and shifts to more precipitation falling as rain than snow in the cold season in many parts of the central and eastern United States (*high confidence*).

### Recommended Citation for Chapter

**Easterling**, D.R., K.E. Kunkel, J.R. Arnold, T. Knutson, A.N. LeGrande, L.R. Leung, R.S. Vose, D.E. Waliser, and M.F. Wehner, 2017: Precipitation change in the United States. In: *Climate Science Special Report: Fourth National Climate Assessment, Volume I* [Wuebbles, D.J., D.W. Fahey, K.A. Hibbard, D.J. Dokken, B.C. Stewart, and T.K. Maycock (eds.)]. U.S. Global Change Research Program, Washington, DC, USA, pp. 207-230, doi: 10.7930/J0H993CC.

FHWA001678

## Introduction

Changes in precipitation are one of the most important potential outcomes of a warming world because precipitation is integral to the very nature of society and ecosystems. These systems have developed and adapted to the past envelope of precipitation variations. Any large changes beyond the historical envelope may have profound societal and ecological impacts.

Historical variations in precipitation, as observed from both instrumental and proxy records, establish the context around which future projected changes can be interpreted, because it is within that context that systems have evolved. Long-term station observations from core climate networks serve as a primary source to establish observed changes in both means and extremes. Proxy records, which are used to reconstruct past climate conditions, are varied and include sources such as tree ring and ice core data. Projected changes are examined using the Coupled Model Inter-comparison Project Phase 5 (CMIP5) suite of model simulations. They establish the likeli-hood of distinct regional and seasonal patterns of change.

## 7.1 Historical Changes

### 7.1.1 Mean Changes

Annual precipitation averaged across the United States has increased approximately 4% over the 1901–2015 period, slightly less than the 5% increase reported in the Third National Climate Assessment (NCA3) over the 1901–2012 period.[1] There continue to be important regional and seasonal differences in precipitation changes (Figure 7.1). Seasonally, national increases are largest in the fall, while little change is observed for winter. Regional differences are apparent, as the Northeast, Midwest, and Great Plains have had increases while parts of the Southwest and Southeast have had decreases. The slight decrease in the change in annual precipitation across the United States since NCA3 appears to be the result of the recent lingering droughts in the western and southwestern United States.[2, 3] However, the recent meteorological drought in California that began in late 2011[4, 5] now ap-pears to be largely over, due to the substantial precipitation and snowpack the state received in the winter of 2016–2017. The year 2015 was the third wettest on record, just behind 1973 and 1983 (all of which were years marked by El Niño events). Interannual variability is substantial, as evidenced by large multiyear meteorological and agricultural droughts in the 1930s and 1950s.



Changes in precipitation differ markedly across the seasons, as do regional patterns of increases and decreases. For the contiguous United States, fall exhibits the largest (10%) and most widespread increase, exceeding 15% in much of the Northern Great Plains, South-east, and Northeast. Winter average for the United States has the smallest increase (2%), with drying over most of the western Unit-ed States as well as parts of the Southeast. In particular, a reduction in streamflow in the northwestern United States has been linked to a decrease in orographic enhancement of precipitation since 1950.[6] Spring and summer have comparable increases (about 3.5%) but substantially different patterns. In spring, the northern half of the contiguous United States has become wetter, and the southern half has become drier. In summer, there is a mixture of increases and decreases across the Nation. Alaska shows little change in annual precipi-tation (+1.5%); however, in all seasons, central Alaska shows declines and the panhandle shows increases. Hawai'i shows a decline of more than 15% in annual precipitation.

FHWA001679



**Annual Precipitation**

**Winter Precipitation**    **Spring Precipitation**

**Summer Precipitation**    **Fall Precipitation**



**Figure 7.1:** Annual and seasonal changes in precipitation over the United States. Changes are the average for present-day (1986–2015) minus the average for the first half of the last century (1901–1960 for the contiguous United States, 1925–1960 for Alaska and Hawai'i) divided by the average for the first half of the century. (Figure source: [top panel] adapted from Peterson et al. 2013,[78] © American Meteorological Society. Used with permission; [bottom four panels] NOAA NCEI, data source: nCLIMDiv].

### 7.1.2 Snow

Changes in snow cover extent (SCE) in the Northern Hemisphere exhibit a strong seasonal dependence.[7] There has been little change in winter SCE since the 1960s (when the first satellite records became available), while fall SCE has increased. However, the decline in spring SCE is larger than the increase in fall and is due in part to higher temperatures that shorten the time snow spends on the ground in the spring. This tendency is highlighted by the recent occurrences of both unusually high and unusually low monthly (October–June) SCE values, including the top 5 highest and top 5 lowest values in the 48 years of data. From 2010 onward, 7 of the 45 highest monthly SCE values occurred, all in the fall or winter (mostly in November and December), while 9 of the 10 lowest May and June values occurred.

This reflects the trend toward earlier spring snowmelt, particularly at high latitudes.[8] An analysis of seasonal maximum snow depth for 1961–2015 over North America indicates a statistically significant downward trend of 0.11 standardized anomalies per decade and a trend toward the seasonal maximum snow depth occurring earlier—approximately one week earlier on average since the 1960s.[8] There has been a statistically significant decrease over the period of 1930–2007 in the frequency of years with a large number of snowfall days (years exceeding the 90th percentile) in the southern United States and the U.S. Pacific Northwest and an increase in the northern United States.[9] In the snow belts of the Great Lakes, lake effect snowfall has increased overall since the early 20th century for Lakes Superior, Michigan-Huron, and Erie.[10] However, individual studies for

FHWA001680

Lakes Michigan[11] and Ontario[12] indicate that this increase has not been continuous. In both cases, upward trends were observed until the 1970s/early 1980s. Since then, however, lake effect snowfall has decreased in these regions. Lake effect snows along the Great Lakes are affected greatly by ice cover extent and lake water temperatures. As ice cover diminishes in winter, the expectation is for more lake effect snow until temperatures increase enough such that much of what now falls as snow instead falls as rain.[13, 14]

End-of-season snow water equivalent (SWE)—especially important where water supply is dominated by spring melt (for example, in much of the American West)—has declined since 1980 in the western United States, based on analysis of in situ observations, and is associated with springtime warming.[15] Satellite measurements of SWE based on brightness temperature also show a decrease over this period.[16] The variability of western United States SWE is largely driven by the most extreme events, with the top decile of events explaining 69% of the variability.[17] The recent drought in the western United States was highlighted by the extremely dry 2014–2015 winter that followed three previous dry winters. At Donner Summit, CA, (approximate elevation of 2,100 meters) in the Sierra Nevada Mountains, end-of-season SWE on April 1, 2015, was the lowest on record, based on survey measurements back to 1910, at only 0.51 inches (1.3 cm), or less than 2% of the long-term average. This followed the previous record low in 2014. The estimated return period of this drought is at least 500 years based on paleoclimatic reconstructions.[18]

### 7.1.3 Observed changes in U.S. seasonal extreme precipitation.

Extreme precipitation events occur when the air is nearly completely saturated. Hence, extreme precipitation events are generally observed to increase in intensity by about 6% to 7% for each degree Celsius of temperature increase, as dictated by the Clausius–Clapeyron relation. Figure 7.2 shows the observed change in the 20-year return value of the seasonal maximum 1-day precipitation totals over the period 1948–2015. A mix of increases and decreases is shown, with the Northwest showing very small changes in all seasons, the southern Great Plains showing a large increase in winter, and the Southeast showing a large increase in the fall.



A U.S. index of extreme precipitation from NCA3 was updated (Figure 7.3) through 2016. This is the number of 2-day precipitation events exceeding the threshold for a 5-year recurrence. The values were calculated by first arithmetically averaging the station data for all stations within each 1° by 1° latitude/longitude grid for each year and then averaging over the grid values across the contiguous United States for each year during the period of 1896–2015. The number of events has been well above average for the last three decades. The slight drop from 2006–2010 to 2011–2016 reflects a below-average number during the widespread severe meteorological drought year of 2012, while the other years in this pentad were well above average. The index value for 2015 was 80% above the 1901–1960 reference period average and the third highest value in the 120 years of record (after 1998 and 2008).

Maximum daily precipitation totals were calculated for consecutive 5-year blocks from 1901 (1901–1905, 1906–1910, 1911–1915, …, 2011–2016) for individual long-term stations. For each 5-year block, these values were aggregated to the regional scale by first arithmetically averaging the station 5-year maximum for all stations within each 2° by 2° latitude/longitude grid and then averaging across all grids within each region to

FHWA001681

## Observed Change in Daily, 20-year Return Level Precipitation



**Figure 7.2:** Observed changes in the 20-year return value of the seasonal daily precipitation totals for the contiguous United States over the period 1948 to 2015 using data from the Global Historical Climatology Network (GHCN) dataset. (Figure source: adapted from Kunkel et al. 2013;[61] © American Meteorological Society. Used with permission.)

## 2-Day Precipitation Events Exceeding 5-Year Recurrence Interval



**Figure 7.3:** Index of the number of 2-day precipitation events exceeding the station-specific threshold for a 5-year recurrence interval in the contiguous United States, expressed as a percentage difference from the 1901–1960 mean. The annual values are averaged over 5-year periods, with the pentad label indicating the ending year of the period. Annual time series of the number of events are first calculated at individual stations. Next, the grid box time series are calculated as the average of all stations in the grid box. Finally, a national time series is calculated as the average of the grid box time series. Data source: GHCN-Daily. (Figure source: CICS-NC and NOAA NCEI.)

FHWA001682

create a regional time series. Finally, a trend was computed for the resulting regional time series. The difference between these two periods (Figure 7.4, upper left panel) indicates substantial increases over the eastern United States, particularly the northeastern United States with an increase of 27% since 1901. The increases are much smaller over the western United States, with the southwestern and northwestern United States showing little increase.

Another index of extreme precipitation from NCA3 (the total precipitation falling in the top 1% of all days with precipitation) was updated through 2016 (Figure 7.4, upper right panel). This analysis is for 1958–2016. There are increases in all regions, with the largest increases again in the northeastern United States. There are some changes in the values compared to NCA3, with small increases in some regions such as the Midwest and Southwest and small decreases in others such as the Northeast, but the overall picture of changes is the same.

### Observed Change in Heavy Precipitation





**Figure 7.4:** These maps show the change in several metrics of extreme precipitation by NCA4 region, including (upper left) the maximum daily precipitation in consecutive 5-year blocks, (upper right) the amount of precipitation falling in daily events that exceed the 99th percentile of all non-zero precipitation days, (lower left) the number of 2-day events with a precipitation total exceeding the largest 2-day amount that is expected to occur, on average, only once every 5 years, as calculated over 1901–2016, and (lower right) the number of 2-day events with a precipitation total exceeding the largest 2-day amount that is expected to occur, on average, only once every 5 years, as calculated over 1958–2016. The numerical value is the percent change over the entire period, either 1901–2016 or 1958–2016. The percentages are first calculated for individual stations, then averaged over 2° latitude by 2° longitude grid boxes, and finally averaged over each NCA4 region. Note that Alaska and Hawai'i are not included in the 1901–2016 maps owing to a lack of observations in the earlier part of the 20th century. (Figure source: CICS-NC and NOAA NCEI).

FHWA001683

The national results shown in Figure 7.3 were disaggregated into regional values for two periods: 1901–2016 (Figure 7.4, lower left panel) and 1958–2016 (Figure 7.4, lower right panel) for comparison with Figure 7.4, upper right panel. As with the other metrics, there are large increases over the eastern half of the United States while the increases in the western United States are smaller and there are actually small decreases in the Southwest.

There are differences in the magnitude of changes among the four different regional metrics in Figure 7.4, but the overall picture is the same: large increases in the eastern half of the United States and smaller increases, or slight decreases, in the western United States.

### 7.1.4 Extratropical Cyclones and Mesoscale Convective Systems

As described in Chapter 9: Extreme Storms, there is uncertainty about future changes in winter extratropical cyclones (ETCs).[19] Thus, the potential effects on winter extreme precipitation events is also uncertain. Summertime ETC activity across North America has decreased since 1979, with a reduction of more than 35% in the number of strong summertime ETCs.[20] Most climate models simulate little change over this same historical period, but they project a decrease in summer ETC activity during the remainder of the 21st century.[20] This is potentially relevant to extreme precipitation in the northeastern quadrant of the United States because a large percentage of the extreme precipitation events in this region are caused by ETCs and their associated fronts.[21] This suggests that in the future there may be fewer opportunities in the summer for extreme precipitation, although increases in water vapor are likely to overcompensate for any decreases in ETCs by increasing the likelihood that an ETC will produce excessive rainfall amounts. A very idealized set of climate simulations[22] suggests that substantial projected

warming will lead to a decrease in the number of ETCs but an increase in the intensity of the strongest ETCs. One factor potentially causing this model ETC intensification is an increase in latent heat release in these storms related to a moister atmosphere. Because of the idealized nature of these simulations, the implications of these results for the real earth–atmosphere system is uncertain. However, the increased latent heat mechanism is likely to occur given the high confidence in a future moister atmosphere. For eastern North America, CMIP5 simulations of the future indicate an increase in strong ETCs.[19] Thus, it is possible that the most extreme precipitation events associated with ETCs may increase in the future.



Mesoscale convective systems (MCSs), which contribute substantially to warm season precipitation in the tropics and subtropics,[23] account for about half of rainfall in the central United States.[24] Schumacher and Johnson[25] reported that 74% of all warm season extreme rain events over the eastern two-thirds of the United States during the period 1999–2003 were associated with an MCS. Feng et al.[26] found that large regions of the central United States experienced statistically significant upward trends in April–June MCS rainfall of 0.4–0.8 mm per day (approximately 20%–40%) per decade from 1979 to 2014. They further found upward trends in MCS frequency of occurrence, lifetime, and precipitation amount, which they attribute to an enhanced west-to-east pressure gradient (enhanced Great Plains low-level jet) and enhanced specific humidity throughout the eastern Great Plains.

### 7.1.5 Detection and Attribution
*Trends*
Detectability of trends (compared to internal variability) for a number of precipitation metrics over the continental United States has been examined; however, trends identified for the U.S. regions have not been clearly attribut-

FHWA001684

ed to anthropogenic forcing.[27, 28] One study concluded that increasing precipitation trends in some north-central U.S. regions and the extreme annual anomalies there in 2013 were at least partly attributable to the combination of anthropogenic and natural forcing.[29]

There is *medium confidence* that anthropogenic forcing has contributed to global-scale intensification of heavy precipitation over land regions with sufficient data coverage.[30] Global changes in extreme precipitation have been attributed to anthropogenically forced climate change,[31, 32] including annual maximum 1-day and 5-day accumulated precipitation over Northern Hemisphere land regions and (relevant to this report) over the North American continent.[33] Although the United States was not separately assessed, the parts of North America with sufficient data for analysis included the continental United States and parts of southern Canada, Mexico, and Central America. Since the covered region was predominantly over the United States, these detection/attribution findings are applicable to the continental United States.

Analyses of precipitation extreme changes over the United States by region (20-year return values of seasonal daily precipitation over 1948–2015, Figure 7.2) show statistically significant increases consistent with theoretical expectations and previous analyses.[34] Further, a significant increase in the area affected by precipitation extremes over North America has also been detected.[35] There is likely an anthropogenic influence on the upward trend in heavy precipitation,[36] although models underestimate the magnitude of the trend. Extreme rainfall from U.S. landfalling tropical cyclones has been higher in recent years (1994–2008) than the long-term historical average, even accounting for temporal changes in storm frequency.[10]

Based on current evidence, it is concluded that detectable but not attributable increases in mean precipitation have occurred over parts of the central United States. Formal detection-attribution studies indicate a human contribution to extreme precipitation increases over the continental United States, but confidence is *low* based on those studies alone due to the short observational period, high natural variability, and model uncertainty.

In summary, based on available studies, it is concluded that for the continental United States there is *high confidence* in the detection of extreme precipitation increases, while there is *low confidence* in attributing the extreme precipitation changes purely to anthropogenic forcing. There is stronger evidence for a human contribution (*medium confidence*) when taking into account process-based understanding (increased water vapor in a warmer atmosphere), evidence from weather and climate models, and trends in other parts of the world.



### Event Attribution

A number of recent heavy precipitation events have been examined to determine the degree to which their occurrence and severity can be attributed to human-induced climate change. Table 7.1 summarizes available attribution statements for recent extreme U.S. precipitation events. Seasonal and annual precipitation extremes occurring in the north-central and eastern U.S. regions in 2013 were examined for evidence of an anthropogenic influence on their occurrence.[29] Increasing trends in annual precipitation were detected in the northern tier of states, March–May precipitation in the upper Midwest, and June–August precipitation in the eastern United States since 1900. These trends are attributed to external forcing (anthropogenic and natural) but could not be directly attributed to anthropogenic forcing alone. However, based on this analysis, it is

FHWA001685

Table 7.1. A list of U.S. extreme precipitation events for which attribution statements have been made. In the far right column, "+" indicates that an attributable human-induced increase in frequency and/or magnitude was found, "–" indicates that an attributable human-induced decrease in frequency and/or magnitude was found, "0" indicates no attributable human contribution was identified. As in Tables 6.1 and 8.2, several of the events were originally examined in the *Bulletin of the American Meteorological Society's* (BAMS) State of the Climate Reports and reexamined by Angélil et al.[76] In these cases, both attribution statements are listed with the original authors first. Source: M. Wehner.

| Authors | Event year and duration | Region | Type | Attribution statement |
|---|---|---|---|---|
| Knutson et al. 2014[29] / Angélil et al. 2017[76] | ANN 2013 | U.S. Northern Tier | Wet | +/0 |
| Knutson et al. 2014[29] / Angélil et al. 2017[76] | MAM 2013 | U.S. Upper Midwest | Wet | +/+ |
| Knutson et al. 2014[29] / Angélil et al. 2017[76] | JJA 2013 | Eastern U.S. Region | Wet | +/– |
| Edwards et al. 2014[77] | October 4–5, 2013 | South Dakota | Blizzard | 0 |
| Hoerling et al. 2014[37] | September 10–14, 2013 | Colorado | Wet | 0 |
| Pall et al. 2017[38] | September 10–14, 2013 | Colorado | Wet | + |
| Northwest | 3.66°F | 4.67°F | 4.99°F | 8.51°F |



concluded that the probability of these kinds of extremes has increased due to anthropogenic forcing.

The human influence on individual storms has been investigated with conflicting results. For example, in examining the attribution of the 2013 Colorado floods, one study finds that despite the expected human-induced increase in available moisture, the GEOS-5 model produces fewer extreme storms in the 1983–2012 period compared to the 1871–1900 period in Colorado during the fall season; the study attributes that behavior to changes in the large-scale circulation.[37] However, another study finds that such coarse models cannot produce the observed magnitude of precipitation due to resolution constraints.[38] Based on a highly conditional set of hindcast simulations

imposing the large-scale meteorology and a substantial increase in both the probability and magnitude of the observed precipitation accumulation magnitudes in that particular meteorological situation, the study could not address the question of whether such situations have become more or less probable. Extreme precipitation event attribution is inherently limited by the rarity of the necessary meteorological conditions and the limited number of model simulations that can be performed to examine rare events. This remains an open and active area of research. However, based on these two studies, the anthropogenic contribution to the 2013 Colorado heavy rainfall-flood event is unclear.

An event attribution study of the potential influence of anthropogenic climate change on

FHWA001686

the extreme 3-day rainfall event associated with flooding in Louisiana in August 2016[39] finds that such extreme rainfall events have become more likely since 1900. Model simulations of extreme rainfall suggest that anthropogenic forcing has increased the odds of such a 3-day extreme precipitation event by 40% or more.

## 7.2 Projections

Changes in precipitation in a warmer climate are governed by many factors. Although energy constraints can be used to understand global changes in precipitation, projecting regional changes is much more difficult because of uncertainty in projecting changes in the large-scale circulation that plays an important role in the formation of clouds and precipitation.[40] For the contiguous United States (CONUS), future changes in seasonal average precipitation will include a mix of increases, decreases, or little change, depending on location and season (Figure 7.5). High-latitude regions are generally projected to become wetter while the subtropical zone is projected to become drier. As the CONUS lies between these two regions, there is significant uncertainty about the sign and magnitude of future anthropogenic changes to seasonal precipitation in much of the region, particularly in the middle latitudes of the Nation. However, because the physical mechanisms controlling extreme precipitation differ from those controlling seasonal average precipitation (Section 7.1.4), in particular atmospheric water vapor will increase with increasing temperatures, confidence is *high* that precipitation extremes will increase in frequency and intensity in the future throughout the CONUS.

Global climate models used to project precipitation changes exhibit varying degrees of fidelity in capturing the observed climatology and seasonal variations of precipitation across the United States. Global or regional climate models with higher horizontal resolution generally achieve better skill than the CMIP5 models in capturing the spatial patterns and magnitude of winter precipitation in the western and southeastern United States (e.g., Mearns et al. 2012;[41] Wehner 2013;[42] Bacmeister et al. 2014;[43] Wehner et al. 2014[44]), leading to improved simulations of snowpack and runoff (e.g., Rauscher et al. 2008;[45] Rasmussen et al. 2011[46]). Simulation of present and future summer precipitation remains a significant challenge, as current convective parameterizations fail to properly represent the statistics of mesoscale convective systems.[47] As a result, high-resolution models that still require the parameterization of deep convection exhibit mixed results.[44, 48] Advances in computing technology are beginning to enable regional climate modeling at the higher resolutions (1–4 km), permitting the direct simulation of convective clouds systems (e.g., Ban et al. 2014[49]) and eliminating the need for this class of parameterization. However, projections from such models are not yet ready for inclusion in this report.



Important progress has been made by the climate modeling community in providing multimodel ensembles such as CMIP5[50] and NARCCAP[41] to characterize projection uncertainty arising from model differences and large ensemble simulations such as CESM-LE[51] to characterize uncertainty inherent in the climate system due to internal variability. These ensembles provide an important resource for examining the uncertainties in future precipitation projections.

FHWA001687

## Projected Change (%) in Seasonal Precipitation



**Figure 7.5:** Projected change (%) in total seasonal precipitation from CMIP5 simulations for 2070–2099. The values are weighted multimodel means and expressed as the percent change relative to the 1976–2005 average. These are results for the higher scenario (RCP8.5). Stippling indicates that changes are assessed to be large compared to natural variations. Hatching indicates that changes are assessed to be small compared to natural variations. Blank regions (if any) are where projections are assessed to be inconclusive. Data source: World Climate Research Program's (WCRP's) Coupled Model Intercomparison Project. (Figure source: NOAA NCEI).

### 7.2.1 Future Changes in U.S. Seasonal Mean Precipitation

In the United States, projected changes in seasonal mean precipitation span the range from profound decreases to profound increases. In many regions and seasons, projected changes in precipitation are not large compared to natural variations. The general pattern of change is clear and consistent with theoretical expectations. Figure 7.5 shows the weighted CMIP5 multimodel average seasonal change at the end of the century compared to the present under the higher scenario (RCP8.5; see Ch. 4: Projections for discussion of RCPs).

In this figure, changes projected with high confidence to be larger than natural variations are stippled. Regions where future changes are projected with high confidence to be smaller than natural variations are hatched. In winter and spring, the northern part of the country is projected to become wetter as the global climate warms. In the early to middle parts of this century, this will likely be manifested as increases in snowfall.[52] By the latter half of the century, as temperature continues to increase, it will be too warm to snow in many current snow-producing situations, and precipitation will mostly be rainfall. In the southwestern

FHWA001688

United States, precipitation will decrease in the spring but the changes are only a little larger than natural variations. Many other regions of the country will not experience significant changes in average precipitation. This is also the case over most of the country in the summer and fall.

This pattern of projected precipitation change arises because of changes in locally available water vapor and weather system shifts. In the northern part of the continent, increases in water vapor, together with changes in circulation that are the result of expansion of the Hadley cell, bring more moisture to these latitudes while maintaining or increasing the frequency of precipitation-producing weather systems. This change in the Hadley circulation (see Ch. 5: Circulation and Variability for discussion of circulation changes) also causes the subtropics, the region between the northern and southern edges of the tropics and the midlatitudes (about 35° of latitude), to be drier in warmer climates as well as moving the mean storm track northward and away from the subtropics, decreasing the frequency of precipitation-producing systems. The combination of these two factors results in precipitation decreases in the southwestern United States, Mexico, and the Caribbean.[53]

*Projected Changes In Snow*

The Third National Climate Assessment[54] projected reductions in annual snowpack of up to 40% in the western United States based on the SRES A2 emissions scenario in the CMIP3 suite of climate model projections. Recent research using the CMIP5 suite of climate model projections forced with a higher scenario (RCP8.5) and statistically downscaled for the western United States continues to show the expected declines in various snow metrics, including snow water equivalent, the number of extreme snowfall events, and number of snowfall days.[55] A northward shift in the rain–snow transition zone in the central and

eastern United States was found using statistically downscaled CMIP5 simulations forced with RCP8.5. By the end of the 21st century, large areas that are currently snow dominated in the cold season are expected to be rainfall dominated.[56]

The Variable Infiltration Capacity (VIC) model has been used to investigate the potential effects of climate change on SWE. Declines in SWE are projected in all western U.S. mountain ranges during the 21st century with the virtual disappearance of snowpack in the southernmost mountains by the end of the 21st century under both the lower (RCP4.5) and higher (RCP8.5) scenarios.[57] The projected decreases are most robust at the lower elevations of areas where snowpack accumulation is now reliable (for example, the Cascades and northern Sierra Nevada ranges). In these areas, future decreases in SWE are largely driven by increases in temperature. At higher (colder) elevations, projections are driven more by precipitation changes and are thus more uncertain.



### 7.2.2 Extremes

*Heavy Precipitation Events*

Studies project that the observed increase in heavy precipitation events will continue in the future (e.g. Janssen et al. 2014,[58] 2016[59]). Similar to observed changes, increases are expected in all regions, even those regions where total precipitation is projected to decline, such as the southwestern United States. Under the higher scenario (RCP8.5) the number of extreme events (exceeding a 5-year return period) increases by two to three times the historical average in every region (Figure 7.6) by the end of the 21st century, with the largest increases in the Northeast. Under the lower scenario (RCP4.5), increases are 50%–100%. Research shows that there is strong evidence, both from the observed record and modeling studies, that increased water vapor resulting from high-

FHWA001689




**Figure 7.6:** Regional extreme precipitation event frequency for a lower scenario (RCP4.5) (green; 16 CMIP5 models) and the higher scenario (RCP8.5) (blue; 14 CMIP5 models) for a 2-day duration and 5-year return. Calculated for 2006–2100 but decadal anomalies begin in 2011. Error bars are ±1 standard deviation; standard deviation is calculated from the 14 or 16 model values that represent the aggregated average over the regions, over the decades, and over the ensemble members of each model. The average frequency for the historical reference period is 0.2 by definition and the values in this graph should be interpreted with respect to a comparison with this historical average value. (Figure source: Janssen et al. 2014[58]).

er temperatures is the primary cause of the increases.[42, 60, 61] Additional effects on extreme precipitation due to changes in dynamical processes are poorly understood. However, atmospheric rivers (ARs), especially along the West Coast of the United States, are projected to increase in number and water vapor transport[62] and experience landfall at lower latitudes[63] by the end of the 21st century.

Projections of changes in the 20-year return period amount for daily precipitation (Figure 7.7) using LOcally Constructed Analogs (LOCA) downscaled data also show large percentage increases for both the middle and late 21st century. A lower scenario (RCP4.5) show increases of around 10% for mid-century and up to 14% for the late century projections. A higher scenario (RCP8.5) shows even larger increases for both mid- and late-century

FHWA001690

7 | Precipitation Change in the United States

## Projected Change in Daily, 20-year Extreme Precipitation





**Figure 7.7:** Projected change in the 20-year return period amount for daily precipitation for mid- (left maps) and late-21st century (right maps). Results are shown for a lower scenario (top maps; RCP4.5) and for a higher scenario (bottom maps, RCP8.5). These results are calculated from the LOCA downscaled data. (Figure source: CICS-NC and NOAA NCEI).

projections, with increases of around 20% by late 21st century. No region in either scenario shows a decline in heavy precipitation. The increases in extreme precipitation tend to increase with return level, such that increases for the 100-year return level are about 30% by the end of the century under a higher scenario (RCP8.5).

Projections of changes in the distribution of daily precipitation amounts (Figure 7.8) indicate an overall more extreme precipitation climate. Specifically, the projections indicate a slight increase in the numbers of dry days and the very lightest precipitation days and a large increase in the heaviest days. The number of days with precipitation amounts greater than the 95th percentile of all non-zero precipita-

tion days increases by more than 25%. At the same time, the number of days with precipitation amounts in the 10th–80th percentile range decreases.

Most global climate models lack sufficient resolution to project changes in mesoscale convective systems (MCSs) in a changing climate.[64] However, research by Cook et al.[65] attempted to identify clues to changes in dynamical forcing that create MCSs. To do this, they examined the ability of 18 coupled ocean–atmosphere global climate models (GCMs) to simulate potential 21st century changes in warm-season flow and the associated U.S. Midwest hydrology resulting from increases in greenhouse gases. They selected a subset of six models that best captured the

FHWA001691



**Figure 7.8:** Projected change (percentage change relative to the 1976–2005 reference period average) in the number of daily zero ("No-Precip") and non-zero precipitation days (by percentile bins) for late-21st century under a higher scenario (RCP8.5). The precipitation percentile bin thresholds are based on daily non-zero precipitation amounts from the 1976–2005 reference period that have been ranked from low to high. These results are calculated from the LOCA downscaled data. (Figure source: CICS-NC and NOAA NCEI).



low-level flow and associated dynamics of the present-day climate of the central United States and then analyzed these models for changes due to enhanced greenhouse gas forcing. In each of these models, spring-time precipitation increases significantly (by 20%–40%) in the upper Mississippi Valley and decreases to the south. The enhanced moisture convergence leading to enhanced future climate rainfall increases in the U.S. Midwest is caused by meridional convergence at 850 hPa, connecting the rainfall changes with the Great Plains Low-Level Jet intensification.[66] This is consistent with findings from Feng et al.[26] in the observational record for the period 1979–2014 and by Pan et al.[67] by use of a regional climate model.

Changes in intense hourly precipitation events were simulated by Prein et al.[68] where they found the most intense hourly events (99.9 percentile) in the central United States increase at the expense of moderately intense (97.5 percentile) hourly events in the warm season. They also found the frequency of seasonal hourly precipitation extremes is expected to increase in all regions by up to five times in the same areas that show the highest increases in extreme precipitation rates.

*Hurricane Precipitation*

Regional model projections of precipitation from landfalling tropical cyclones over the United States, based on downscaling of CMIP5 model climate changes, suggest that the occurrence frequency of post-landfall tropical cyclones over the United States will change little compared to present day during the 21st century, as the reduced frequency of tropical cyclones over the Atlantic domain is mostly offset by a greater landfalling fraction. However, when downscaling from CMIP3 model climate changes, projections show a reduced occurrence frequency over U.S. land, indicating uncertainty about future outcomes. The average tropical cyclone rainfall rates within 500 km (about 311 miles) of the storm center increased by 8% to 17% in the simulations, which was at least as much as expected from the water vapor content increase factor alone.

FHWA001692

Several studies have projected increases of precipitation rates within hurricanes over ocean regions,[69] particularly for the Atlantic basin.[70] The primary physical mechanism for this increase is the enhanced water vapor content in the warmer atmosphere, which enhances moisture convergence into the storm for a given circulation strength, although a more intense circulation can also contribute.[71] Since hurricanes are responsible for many of the most extreme precipitation events in the southeastern United States,[10, 21] such events are likely to be even heavier in the future. In a set of idealized forcing experiments, this effect was partly offset by differences in warming rates at the surface and at altitude.[72]



FHWA001693

# TRACEABLE ACCOUNTS

### Key Finding 1

Annual precipitation has decreased in much of the West, Southwest, and Southeast and increased in most of the Northern and Southern Plains, Midwest, and Northeast. A national average increase of 4% in annual precipitation since 1901 is mostly a result of large increases in the fall season. (*Medium confidence*)

### Description of evidence base

The key finding and supporting text summarizes extensive evidence documented in the climate science peer-reviewed literature. Evidence of long-term changes in precipitation is based on analysis of daily precipitation observations from the U.S. Cooperative Observer Network (http://www.nws.noaa.gov/om/coop/) and shown in Figure 7.1. Published work, such as the Third National Climate Assessment,[73] and Figure 7.1 show important regional and seasonal differences in U.S. precipitation change since 1901.

### Major uncertainties

The main source of uncertainty is the sensitivity of observed precipitation trends to the spatial distribution of observing stations and to historical changes in station location, rain gauges, the local landscape, and observing practices. These issues are mitigated somewhat by new methods to produce spatial grids through time.[74]

### Assessment of confidence based on evidence and agreement, including short description of nature of evidence and level of agreement

Based on the evidence and understanding of the issues leading to uncertainties, confidence is *medium* that average annual precipitation has increased in the United States. Furthermore, confidence is also *medium* that the important regional and seasonal differences in changes documented in the text and in Figure 7.1 are robust.

### Summary sentence or paragraph that integrates the above information

Based on the patterns shown in Figure 7.1 and numerous additional studies of precipitation changes in the United States, there is *medium confidence* in the observed changes in annual and seasonal precipitation over the various regions and the United States as a whole.

### Key Finding 2

Heavy precipitation events in most parts of the United States have increased in both intensity and frequency since 1901 (*high confidence*). There are important regional differences in trends, with the largest increases occurring in the northeastern United States (*high confidence*). In particular, mesoscale convective systems (organized clusters of thunderstorms)—the main mechanism for warm season precipitation in the central part of the United States—have increased in occurrence and precipitation amounts since 1979 (*medium confidence*).



### Description of evidence base

The key finding and supporting text summarize extensive evidence documented in the climate science peer-reviewed literature. Numerous papers have been written documenting observed changes in heavy precipitation events in the United States, including those cited in the Third National Climate Assessment and in this assessment. Although station-based analyses (e.g., Westra et al. 2013[34]) do not show large numbers of statistically significant station-based trends, area averaging reduces the noise inherent in station-based data and produces robust increasing signals (see Figures 7.2 and 7.3). Evidence of long-term changes in precipitation is based on analysis of daily precipitation observations from the U.S. Cooperative Observer Network (http://www.nws.noaa.gov/om/coop/) and shown in Figures 7.2, 7.3, and 7.4.

### Major uncertainties

The main source of uncertainty is the sensitivity of observed precipitation trends to the spatial distribution of observing stations and to historical changes in station location, rain gauges, and observing practices. These issues are mitigated somewhat by methods used to produce spatial grids through gridbox averaging.

FHWA001694

7 | Precipitation Change in the United States

**Assessment of confidence based on evidence and agreement, including short description of nature of evidence and level of agreement**

Based on the evidence and understanding of the issues leading to uncertainties, confidence is *high* that heavy precipitation events have increased in the United States. Furthermore, confidence is also *high* that the important regional and seasonal differences in changes documented in the text and in Figures 7.2, 7.3, and 7.4 are robust.

**Summary sentence or paragraph that integrates the above information**

Based on numerous analyses of the observed record in the United States there is *high confidence* in the observed changes in heavy precipitation events, and *medium confidence* in observed changes in mesoscale convective systems.

**Key Finding 3**

The frequency and intensity of heavy precipitation events are projected to continue to increase over the 21st century (*high confidence*). Mesoscale convective systems in the central United States are expected to continue to increase in number and intensity in the future (*medium confidence*). There are, however, important regional and seasonal differences in projected changes in total precipitation: the northern United States, including Alaska, is projected to receive more precipitation in the winter and spring, and parts of the southwestern United States are projected to receive less precipitation in the winter and spring (*medium confidence*).

**Description of evidence base**

Evidence for future changes in precipitation is based on climate model projections and our understanding of the climate system's response to increasing greenhouse gases and of regional mechanisms behind the projected changes. In particular, Figure 7.7 documents projected changes in the 20-year return period amount using the LOCA data, and Figure 7.6 shows changes in 2 day totals for the 5-year return period using the CMIP5 suite of models. Each figure shows robust changes in extreme precipitation events as they are defined in

the figure. However, Figure 7.5, which shows changes in seasonal and annual precipitation, indicates where confidence in the changes is higher based on consistency between the models and that there are large areas where the projected change is uncertain.

**Major uncertainties**

A key issue is how well climate models simulate precipitation, which is one of the more challenging aspects of weather and climate simulation. In particular, comparisons of model projections for total precipitation (from both CMIP3 and CMIP5, see Sun et al. 2015[75]) by NCA3 region show a spread of responses in some regions (for example, the Southwest) such that they are opposite from the ensemble average response. The continental United States is positioned in the transition zone between expected drying in the subtropics and wetting in the mid- and higher-latitudes. There are some differences in the location of this transition between CMIP3 and CMIP5 models and thus there remains uncertainty in the exact location of the transition zone.



**Assessment of confidence based on evidence and agreement, including short description of nature of evidence and level of agreement**

Based on evidence from climate model simulations and our fundamental understanding of the relationship of water vapor to temperature, confidence is *high* that extreme precipitation will increase in all regions of the United States. However, based on the evidence and understanding of the issues leading to uncertainties, confidence is *medium* that that more total precipitation is projected for the northern U.S. and less for the Southwest.

**Summary sentence or paragraph that integrates the above information**

Based on numerous analyses of model simulations and our understanding of the climate system there is *high confidence* in the projected changes in precipitation extremes and *medium confidence* in projected changes in total precipitation over the United States.

FHWA001695

7 | Precipitation Change in the United States

### Key Finding 4

Northern Hemisphere spring snow cover extent, North America maximum snow depth, snow water equivalent in the western United States, and extreme snowfall years in the southern and western United States have all declined, while extreme snowfall years in parts of the northern United States have increased (*medium confidence*). Projections indicate large declines in snowpack in the western United States and shifts to more precipitation falling as rain than snow in the cold season in many parts of the central and eastern United States (*high confidence*).

### Description of evidence base

Evidence of historical changes in snow cover extent and a reduction in extreme snowfall years is consistent with our understanding of the climate system's response to increasing greenhouse gases. Furthermore, climate models continue to consistently show future declines in snowpack in the western United States. Recent model projections for the eastern United States also confirm a future shift from snowfall to rainfall during the cold season in colder portions of the central and eastern United States. Each of these changes is documented in the peer-reviewed literature and are cited in the main text of this chapter.

### Major uncertainties

The main source of uncertainty is the sensitivity of observed snow changes to the spatial distribution of observing stations and to historical changes in station location, rain gauges, and observing practices, particularly for snow. Another key issue is the ability of climate models to simulate precipitation, particularly snow. Future changes in the frequency and intensity of meteorological systems causing heavy snow are less certain than temperature changes.

### Assessment of confidence based on evidence and agreement, including short description of nature of evidence and level of agreement

Given the evidence base and uncertainties, confidence is *medium* that snow cover extent has declined in the United States and *medium* that extreme snowfall years have declined in recent years. Confidence is *high* that western United States snowpack will decline in the future, and confidence is *medium* that a shift from snow domination to rain domination will occur in the parts of the central and eastern United States cited in the text.

### Summary sentence or paragraph that integrates the above information

Based on observational analyses of snow cover, depth, and water equivalent there is *medium confidence* in the observed changes, and based on model simulations for the future there is *high confidence* in snowpack declines in the western United States and *medium confidence* in the shift to rain from snow in the eastern United States.

FHWA001696

## REFERENCES

1.  Walsh, J., D. Wuebbles, K. Hayhoe, J. Kossin, K. Kunkel, G. Stephens, P. Thorne, R. Vose, M. Wehner, J. Willis, D. Anderson, S. Doney, R. Feely, P. Hennon, V. Kharin, T. Knutson, F. Landerer, T. Lenton, J. Kennedy, and R. Somerville, and Ch. 2: Our changing climate. *Climate Change Impacts in the United States: The Third National Climate Assessment*. Melillo, J.M., T.C. Richmond, and G.W. Yohe, Eds. U.S. Global Change Research Program, Washington, D.C., 19-67. http://dx.doi.org/10.7930/J0KW5CXT

2.  NOAA, 2016: Climate at a Glance: Southwest PDSI. http://www.ncdc.noaa.gov/cag/time-series/us/107/0/pdsi/12/12/1895-2016?base_prd=true&firstbaseyear=1901&lastbaseyear=2000

3.  Barnston, A.G. and B. Lyon, 2016: Does the NMME capture a recent decadal shift toward increasing drought occurrence in the southwestern United States? *Journal of Climate*, **29**, 561-581. http://dx.doi.org/10.1175/JCLI-D-15-0311.1

4.  Seager, R., M. Hoerling, S. Schubert, H. Wang, B. Lyon, A. Kumar, J. Nakamura, and N. Henderson, 2015: Causes of the 2011–14 California drought. *Journal of Climate*, **28**, 6997-7024. http://dx.doi.org/10.1175/JCLI-D-14-00860.1

5.  NOAA, 2016: Climate at a Glance: California PDSI. http://www.ncdc.noaa.gov/cag/time-series/us/4/0/pdsi/12/9/1895-2016?base_prd=true&firstbaseyear=1901&lastbaseyear=2000

6.  Luce, C.H., J.T. Abatzoglou, and Z.A. Holden, 2013: The missing mountain water: Slower westerlies decrease orographic enhancement in the Pacific Northwest USA. *Science*, **342**, 1360-1364. http://dx.doi.org/10.1126/science.1242335

7.  Vaughan, D.G., J.C. Comiso, I. Allison, J. Carrasco, G. Kaser, R. Kwok, P. Mote, T. Murray, F. Paul, J. Ren, E. Rignot, O. Solomina, K. Steffen, and T. Zhang, 2013: Observations: Cryosphere. *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change*. Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex, and P.M. Midgley, Eds. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 317–382. http://www.climatechange2013.org/report/full-report/

8.  Kunkel, K.E., D.A. Robinson, S. Champion, X. Yin, T. Estilow, and R.M. Frankson, 2016: Trends and extremes in Northern Hemisphere snow characteristics. *Current Climate Change Reports*, **2**, 65-73. http://dx.doi.org/10.1007/s40641-016-0036-8

9.  Kluver, D. and D. Leathers, 2015: Regionalization of snowfall frequency and trends over the contiguous United States. *International Journal of Climatology*, **35**, 4348-4358. http://dx.doi.org/10.1002/joc.4292

10. Kunkel, K.E., D.R. Easterling, D.A.R. Kristovich, B. Gleason, L. Stoecker, and R. Smith, 2010: Recent increases in U.S. heavy precipitation associated with tropical cyclones. *Geophysical Research Letters*, **37**, L24706. http://dx.doi.org/10.1029/2010GL045164

11. Bard, L. and D.A.R. Kristovich, 2012: Trend reversal in Lake Michigan contribution to snowfall. *Journal of Applied Meteorology and Climatology*, **51**, 2038-2046. http://dx.doi.org/10.1175/jamc-d-12-064.1

12. Hartnett, J.J., J.M. Collins, M.A. Baxter, and D.P. Chambers, 2014: Spatiotemporal snowfall trends in central New York. *Journal of Applied Meteorology and Climatology*, **53**, 2685-2697. http://dx.doi.org/10.1175/jamc-d-14-0084.1

13. Wright, D.M., D.J. Posselt, and A.L. Steiner, 2013: Sensitivity of lake-effect snowfall to lake ice cover and temperature in the Great Lakes region. *Monthly Weather Review*, **141**, 670-689. http://dx.doi.org/10.1175/mwr-d-12-00038.1

14. Vavrus, S., M. Notaro, and A. Zarrin, 2013: The role of ice cover in lake-effect snowstorms over the Great Lakes Basin as simulated by RegCM4. *Monthly Weather Review*, **141**, 148-165. http://dx.doi.org/10.1175/mwr-d-12-00107.1

15. Pederson, G.T., J.L. Betancourt, and G.J. McCabe, 2013: Regional patterns and proximal causes of the recent snowpack decline in the Rocky Mountains, U.S. *Geophysical Research Letters*, **40**, 1811-1816. http://dx.doi.org/10.1002/grl.50424

16. Gan, T.Y., R.G. Barry, M. Gizaw, A. Gobena, and R. Balaji, 2013: Changes in North American snowpacks for 1979–2007 detected from the snow water equivalent data of SMMR and SSM/I passive microwave and related climatic factors. *Journal of Geophysical Research Atmospheres*, **118**, 7682–7697. http://dx.doi.org/10.1002/jgrd.50507

17. Lute, A.C. and J.T. Abatzoglou, 2014: Role of extreme snowfall events in interannual variability of snowfall accumulation in the western United States. *Water Resources Research*, **50**, 2874-2888. http://dx.doi.org/10.1002/2013WR014465

18. Belmecheri, S., F. Babst, E.R. Wahl, D.W. Stahle, and V. Trouet, 2016: Multi-century evaluation of Sierra Nevada snowpack. *Nature Climate Change*, **6**, 2-3. http://dx.doi.org/10.1038/nclimate2809

19. Colle, B.A., Z. Zhang, K.A. Lombardo, E. Chang, P. Liu, and M. Zhang, 2013: Historical evaluation and future prediction of eastern North American and western Atlantic extratropical cyclones in the CMIP5 models during the cool season. *Journal of Climate*, **26**, 6882-6903. http://dx.doi.org/10.1175/JCLI-D-12-00498.1



FHWA001697

20. Chang, E.K.M., C.-G. Ma, C. Zheng, and A.M.W. Yau, 2016: Observed and projected decrease in Northern Hemisphere extratropical cyclone activity in summer and its impacts on maximum temperature. *Geophysical Research Letters*, **43**, 2200-2208. http://dx.doi.org/10.1002/2016GL068172

21. Kunkel, K.E., D.R. Easterling, D.A. Kristovich, B. Gleason, L. Stoecker, and R. Smith, 2012: Meteorological causes of the secular variations in observed extreme precipitation events for the conterminous United States. *Journal of Hydrometeorology*, **13**, 1131-1141. http://dx.doi.org/10.1175/JHM-D-11-0108.1

22. Pfahl, S., P.A. O'Gorman, and M.S. Singh, 2015: Extratropical cyclones in idealized simulations of changed climates. *Journal of Climate*, **28**, 9373-9392. http://dx.doi.org/10.1175/JCLI-D-14-00816.1

23. Nesbitt, S.W., R. Cifelli, and S.A. Rutledge, 2006: Storm morphology and rainfall characteristics of TRMM precipitation features. *Monthly Weather Review*, **134**, 2702-2721. http://dx.doi.org/10.1175/mwr3200.1

24. Fritsch, J.M., R.J. Kane, and C.R. Chelius, 1986: The contribution of mesoscale convective weather systems to the warm-season precipitation in the United States. *Journal of Climate and Applied Meteorology*, **25**, 1333-1345. http://dx.doi.org/10.1175/1520-0450(1986)025<1333:tcomcw>2.0.co;2

25. Schumacher, R.S. and R.H. Johnson, 2006: Characteristics of U.S. extreme rain events during 1999–2003. *Weather and Forecasting*, **21**, 69-85. http://dx.doi.org/10.1175/waf900.1

26. Feng, Z., L.R. Leung, S. Hagos, R.A. Houze, C.D. Burleyson, and K. Balaguru, 2016: More frequent intense and long-lived storms dominate the springtime trend in central US rainfall. *Nature Communications*, **7**, 13429. http://dx.doi.org/10.1038/ncomms13429

27. Anderson, B.T., D.J. Gianotti, and G.D. Salvucci, 2015: Detectability of historical trends in station-based precipitation characteristics over the continental United States. *Journal of Geophysical Research Atmospheres*, **120**, 4842-4859. http://dx.doi.org/10.1002/2014JD022960

28. Easterling, D.R., K.E. Kunkel, M.F. Wehner, and L. Sun, 2016: Detection and attribution of climate extremes in the observed record. *Weather and Climate Extremes*, **11**, 17-27. http://dx.doi.org/10.1016/j.wace.2016.01.001

29. Knutson, T.R., F. Zeng, and A.T. Wittenberg, 2014: Seasonal and annual mean precipitation extremes occurring during 2013: A U.S. focused analysis [in "Explaining Extreme Events of 2013 from a Climate Perspective"]. *Bulletin of the American Meteorological Society*, **95 (9)**, S19-S23. http://dx.doi.org/10.1175/1520-0477-95.9.S1.1

30. Bindoff, N.L., P.A. Stott, K.M. AchutaRao, M.R. Allen, N. Gillett, D. Gutzler, K. Hansingo, G. Hegerl, Y. Hu, S. Jain, I.I. Mokhov, J. Overland, J. Perlwitz, R. Sebbari, and X. Zhang, 2013: Detection and attribution of climate change: From global to regional. *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change*. Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex, and P.M. Midgley, Eds. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 867–952. http://www.climatechange2013.org/report/full-report/

31. Min, S.K., X. Zhang, F.W. Zwiers, and G.C. Hegerl, 2011: Human contribution to more-intense precipitation extremes. *Nature*, **470**, 378-381. http://dx.doi.org/10.1038/nature09763

32. Min, S.-K., X. Zhang, F. Zwiers, H. Shiogama, Y.-S. Tung, and M. Wehner, 2013: Multimodel detection and attribution of extreme temperature changes. *Journal of Climate*, **26**, 7430-7451. http://dx.doi.org/10.1175/JCLI-D-12-00551.1

33. Zhang, X., H. Wan, F.W. Zwiers, G.C. Hegerl, and S.-K. Min, 2013: Attributing intensification of precipitation extremes to human influence. *Geophysical Research Letters*, **40**, 5252-5257. http://dx.doi.org/10.1002/grl.51010

34. Westra, S., L.V. Alexander, and F.W. Zwiers, 2013: Global increasing trends in annual maximum daily precipitation. *Journal of Climate*, **26**, 3904-3918. http://dx.doi.org/10.1175/JCLI-D-12-00502.1

35. Dittus, A.J., D.J. Karoly, S.C. Lewis, and L.V. Alexander, 2015: A multiregion assessment of observed changes in the areal extent of temperature and precipitation extremes. *Journal of Climate*, **28**, 9206-9220. http://dx.doi.org/10.1175/JCLI-D-14-00753.1

36. Dittus, A.J., D.J. Karoly, S.C. Lewis, L.V. Alexander, and M.G. Donat, 2016: A multiregion model evaluation and attribution study of historical changes in the area affected by temperature and precipitation extremes. *Journal of Climate*, **29**, 8285-8299. http://dx.doi.org/10.1175/jcli-d-16-0164.1

37. Hoerling, M., K. Wolter, J. Perlwitz, X. Quan, J. Eischeid, H. Want, S. Schubert, H. Diaz, and R. Dole, 2014: Northeast Colorado extreme rains interpreted in a climate change context [in "Explaining Extreme Events of 2013 from a Climate Perspective"]. *Bulletin of the American Meteorological Society*, **95 (9)**, S15-S18. http://dx.doi.org/10.1175/1520-0477-95.9.S1.1

38. Pall, P.C.M.P., M.F. Wehner, D.A. Stone, C.J. Paciorek, and W.D. Collins, 2017: Diagnosing anthropogenic contributions to heavy Colorado rainfall in September 2013. *Weather and Climate Extremes*, **17**, 1-6. http://dx.doi.org/10.1016/j.wace.2017.03.004



FHWA001698



39. van der Wiel, K., S.B. Kapnick, G.J. van Oldenborgh, K. Whan, S. Philip, G.A. Vecchi, R.K. Singh, J. Arrighi, and H. Cullen, 2017: Rapid attribution of the August 2016 flood-inducing extreme precipitation in south Louisiana to climate change. *Hydrology and Earth System Sciences*, **21**, 897-921. http://dx.doi.org/10.5194/hess-21-897-2017

40. Shepherd, T.G., 2014: Atmospheric circulation as a source of uncertainty in climate change projections. *Nature Geoscience*, **7**, 703-708. http://dx.doi.org/10.1038/ngeo2253

41. Mearns, L.O., R. Arritt, S. Biner, M.S. Bukovsky, S. Stain, S. Sain, D. Caya, J. Correia, Jr., D. Flory, W. Gutowski, E.S. Takle, R. Jones, R. Leung, W. Moufouma-Okia, L. McDaniel, A.M.B. Nunes, Y. Qian, J. Roads, L. Sloan, and M. Snyder, 2012: The North American regional climate change assessment program: Overview of phase I results. *Bulletin of the American Meteorological Society*, **93**, 1337-1362. http://dx.doi.org/10.1175/BAMS-D-11-00223.1

42. Wehner, M.F., 2013: Very extreme seasonal precipitation in the NARCCAP ensemble: Model performance and projections. *Climate Dynamics*, **40**, 59-80. http://dx.doi.org/10.1007/s00382-012-1393-1

43. Bacmeister, J.T., M.F. Wehner, R.B. Neale, A. Gettelman, C. Hannay, P.H. Lauritzen, J.M. Caron, and J.E. Truesdale, 2014: Exploratory high-resolution climate simulations using the Community Atmosphere Model (CAM). *Journal of Climate*, **27**, 3073-3099. http://dx.doi.org/10.1175/JCLI-D-13-00387.1

44. Wehner, M.F., K.A. Reed, F. Li, Prabhat, J. Bacmeister, C.-T. Chen, C. Paciorek, P.J. Gleckler, K.R. Sperber, W.D. Collins, A. Gettelman, and C. Jablonowski, 2014: The effect of horizontal resolution on simulation quality in the Community Atmospheric Model, CAM5.1. *Journal of Advances in Modeling Earth Systems*, **6**, 980-997. http://dx.doi.org/10.1002/2013MS000276

45. Rauscher, S.A., J.S. Pal, N.S. Diffenbaugh, and M.M. Benedetti, 2008: Future changes in snowmelt-driven runoff timing over the western US. *Geophysical Research Letters*, **35**, L16703. http://dx.doi.org/10.1029/2008GL034424

46. Rasmussen, R., C. Liu, K. Ikeda, D. Gochis, D. Yates, F. Chen, M. Tewari, M. Barlage, J. Dudhia, W. Yu, K. Miller, K. Arsenault, V. Grubišić, G. Thompson, and E. Gutmann, 2011: High-resolution coupled climate runoff simulations of seasonal snowfall over Colorado: A process study of current and warmer climate. *Journal of Climate*, **24**, 3015-3048. http://dx.doi.org/10.1175/2010JCLI3985.1

47. Boyle, J. and S.A. Klein, 2010: Impact of horizontal resolution on climate model forecasts of tropical precipitation and diabatic heating for the TWP-ICE period. *Journal of Geophysical Research*, **115**, D23113. http://dx.doi.org/10.1029/2010JD014262

48. Sakaguchi, K., L.R. Leung, C. Zhao, Q. Yang, J. Lu, S. Hagos, S.A. Rauscher, L. Dong, T.D. Ringler, and P.H. Lauritzen, 2015: Exploring a multiresolution approach using AMIP simulations. *Journal of Climate*, **28**, 5549-5574. http://dx.doi.org/10.1175/JC-LI-D-14-00729.1

49. Ban, N., J. Schmidli, and C. Schär, 2014: Evaluation of the convection-resolving regional climate modeling approach in decade-long simulations. *Journal of Geophysical Research Atmospheres*, **119**, 7889-7907. http://dx.doi.org/10.1002/2014JD021478

50. Taylor, K.E., R.J. Stouffer, and G.A. Meehl, 2012: An overview of CMIP5 and the experiment design. *Bulletin of the American Meteorological Society*, **93**, 485-498. http://dx.doi.org/10.1175/BAMS-D-11-00094.1

51. Kay, J.E., C. Deser, A. Phillips, A. Mai, C. Hannay, G. Strand, J.M. Arblaster, S.C. Bates, G. Danabasoglu, J. Edwards, M. Holland, P. Kushner, J.-F. Lamarque, D. Lawrence, K. Lindsay, A. Middleton, E. Munoz, R. Neale, K. Oleson, L. Polvani, and M. Vertenstein, 2015: The Community Earth System Model (CESM) large ensemble project: A community resource for studying climate change in the presence of internal climate variability. *Bulletin of the American Meteorological Society*, **96 (12)**, 1333-1349. http://dx.doi.org/10.1175/BAMS-D-13-00255.1

52. O'Gorman, P.A., 2014: Contrasting responses of mean and extreme snowfall to climate change. *Nature*, **512**, 416-418. http://dx.doi.org/10.1038/nature13625

53. Collins, M., R. Knutti, J. Arblaster, J.-L. Dufresne, T. Fichefet, P. Friedlingstein, X. Gao, W.J. Gutowski, T. Johns, G. Krinner, M. Shongwe, C. Tebaldi, A.J. Weaver, and M. Wehner, 2013: Long-term climate change: Projections, commitments and irreversibility. *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change*. Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex, and P.M. Midgley, Eds. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1029–1136. http://www.climatechange2013.org/report/full-report/

54. Georgakakos, A., P. Fleming, M. Dettinger, C. Peters-Lidard, T.C. Richmond, K. Reckhow, K. White, and D. Yates, 2014: Ch. 3: Water resources. *Climate Change Impacts in the United States: The Third National Climate Assessment*. Melillo, J.M., T.C. Richmond, and G.W. Yohe, Eds. U.S. Global Change Research Program, Washington, D.C., 69-112. http://dx.doi.org/10.7930/J0G44N6T

55. Lute, A.C., J.T. Abatzoglou, and K.C. Hegewisch, 2015: Projected changes in snowfall extremes and interannual variability of snowfall in the western United States. *Water Resources Research*, **51**, 960-972. http://dx.doi.org/10.1002/2014WR016267

FHWA001699

56. Ning, L. and R.S. Bradley, 2015: Snow occurrence changes over the central and eastern United States under future warming scenarios. *Scientific Reports*, **5**, 17073. http://dx.doi.org/10.1038/srep17073

57. Gergel, D.R., B. Nijssen, J.T. Abatzoglou, D.P. Lettenmaier, and M.R. Stumbaugh, 2017: Effects of climate change on snowpack and fire potential in the western USA. *Climatic Change*, **141**, 287-299. http://dx.doi.org/10.1007/s10584-017-1899-y

58. Janssen, E., D.J. Wuebbles, K.E. Kunkel, S.C. Olsen, and A. Goodman, 2014: Observational- and model-based trends and projections of extreme precipitation over the contiguous United States. *Earth's Future*, **2**, 99-113. http://dx.doi.org/10.1002/2013EF000185

59. Janssen, E., R.L. Sriver, D.J. Wuebbles, and K.E. Kunkel, 2016: Seasonal and regional variations in extreme precipitation event frequency using CMIP5. *Geophysical Research Letters*, **43**, 5385-5393. http://dx.doi.org/10.1002/2016GL069151

60. Kunkel, K.E., T.R. Karl, H. Brooks, J. Kossin, J. Lawrimore, D. Arndt, L. Bosart, D. Changnon, S.L. Cutter, N. Doesken, K. Emanuel, P.Y. Groisman, R.W. Katz, T. Knutson, J. O'Brien, C.J. Paciorek, T.C. Peterson, K. Redmond, D. Robinson, J. Trapp, R. Vose, S. Weaver, M. Wehner, K. Wolter, and D. Wuebbles, 2013: Monitoring and understanding trends in extreme storms: State of knowledge. *Bulletin of the American Meteorological Society*, **94**, 499–514. http://dx.doi.org/10.1175/BAMS-D-11-00262.1

61. Kunkel, K.E., T.R. Karl, D.R. Easterling, K. Redmond, J. Young, X. Yin, and P. Hennon, 2013: Probable maximum precipitation and climate change. *Geophysical Research Letters*, **40**, 1402-1408. http://dx.doi.org/10.1002/grl.50334

62. Dettinger, M., 2011: Climate change, atmospheric rivers, and floods in California—a multimodel analysis of storm frequency and magnitude changes. *Journal of the American Water Resources Association*, **47**, 514-523. http://dx.doi.org/10.1111/j.1752-1688.2011.00546.x

63. Shields, C.A. and J.T. Kiehl, 2016: Atmospheric river landfall-latitude changes in future climate simulations. *Geophysical Research Letters*, **43**, 8775-8782. http://dx.doi.org/10.1002/2016GL070470

64. Kooperman, G.J., M.S. Pritchard, and R.C.J. Somerville, 2013: Robustness and sensitivities of central U.S. summer convection in the super-parameterized CAM: Multi-model intercomparison with a new regional EOF index. *Geophysical Research Letters*, **40**, 3287-3291. http://dx.doi.org/10.1002/grl.50597

65. Cook, K.H., E.K. Vizy, Z.S. Launer, and C.M. Patricola, 2008: Springtime intensification of the Great Plains low-level jet and midwest precipitation in GCM simulations of the twenty-first century. *Journal of Climate*, **21**, 6321-6340. http://dx.doi.org/10.1175/2008jcli2355.1

66. Higgins, R.W., Y. Yao, E.S. Yarosh, J.E. Janowiak, and K.C. Mo, 1997: Influence of the Great Plains low-level jet on summertime precipitation and moisture transport over the central United States. *Journal of Climate*, **10**, 481-507. http://dx.doi.org/10.1175/1520-0442(1997)010<0481:iotgpl>2.0.co;2

67. Pan, Z., R.W. Arritt, E.S. Takle, W.J. Gutowski, Jr., C.J. Anderson, and M. Segal, 2004: Altered hydrologic feedback in a warming climate introduces a "warming hole". *Geophysical Research Letters*, **31**, L17109. http://dx.doi.org/10.1029/2004GL020528

68. Prein, A.F., R.M. Rasmussen, K. Ikeda, C. Liu, M.P. Clark, and G.J. Holland, 2017: The future intensification of hourly precipitation extremes. *Nature Climate Change*, **7**, 48-52. http://dx.doi.org/10.1038/nclimate3168

69. Knutson, T.R., J.L. McBride, J. Chan, K. Emanuel, G. Holland, C. Landsea, I. Held, J.P. Kossin, A.K. Srivastava, and M. Sugi, 2010: Tropical cyclones and climate change. *Nature Geoscience*, **3**, 157-163. http://dx.doi.org/10.1038/ngeo779

70. Knutson, T.R., J.J. Sirutis, G.A. Vecchi, S. Garner, M. Zhao, H.-S. Kim, M. Bender, R.E. Tuleya, I.M. Held, and G. Villarini, 2013: Dynamical downscaling projections of twenty-first-century Atlantic hurricane activity: CMIP3 and CMIP5 model-based scenarios. *Journal of Climate*, **27**, 6591-6617. http://dx.doi.org/10.1175/jcli-d-12-00539.1

71. Wang, C.-C., B.-X. Lin, C.-T. Chen, and S.-H. Lo, 2015: Quantifying the effects of long-term climate change on tropical cyclone rainfall using a cloud-resolving model: Examples of two landfall typhoons in Taiwan. *Journal of Climate*, **28**, 66-85. http://dx.doi.org/10.1175/JCLI-D-14-00044.1

72. Villarini, G., D.A. Lavers, E. Scoccimarro, M. Zhao, M.F. Wehner, G.A. Vecchi, T.R. Knutson, and K.A. Reed, 2014: Sensitivity of tropical cyclone rainfall to idealized global-scale forcings. *Journal of Climate*, **27**, 4622-4641. http://dx.doi.org/10.1175/JCLI-D-13-00780.1

73. Melillo, J.M., T.C. Richmond, and G.W. Yohe, eds., 2014: *Climate Change Impacts in the United States: The Third National Climate Assessment*. U.S. Global Change Research Program: Washington, D.C., 841 pp. http://dx.doi.org/10.7930/J0Z31WJ2

74. Vose, R.S., S. Applequist, M. Squires, I. Durre, M.J. Menne, C.N. Williams, Jr., C. Fenimore, K. Gleason, and D. Arndt, 2014: Improved historical temperature and precipitation time series for U.S. climate divisions. *Journal of Applied Meteorology and Climatology*, **53**, 1232-1251. http://dx.doi.org/10.1175/JAMC-D-13-0248.1



FHWA001700

75. Sun, L., K.E. Kunkel, L.E. Stevens, A. Buddenberg, J.G. Dobson, and D.R. Easterling, 2015: Regional Surface Climate Conditions in CMIP3 and CMIP5 for the United States: Differences, Similarities, and Implications for the U.S. National Climate Assessment. NOAA Technical Report NESDIS 144. National Oceanic and Atmospheric Administration, National Environmental Satellite, Data, and Information Service, 111 pp. http://dx.doi.org/10.7289/V5RB72KG

76. Angélil, O., D. Stone, M. Wehner, C.J. Paciorek, H. Krishnan, and W. Collins, 2017: An independent assessment of anthropogenic attribution statements for recent extreme temperature and rainfall events. *Journal of Climate*, **30**, 5-16. http://dx.doi.org/10.1175/JCLI-D-16-0077.1

77. Edwards, L.M., M. Bunkers, J.T. Abatzoglou, D.P. Todey, and L.E. Parker, 2014: October 2013 blizzard in western South Dakota [in "Explaining Extreme Events of 2013 from a Climate Perspective"]. *Bulletin of the American Meteorological Society*, **95 (9)**, S23-S26. http://dx.doi.org/10.1175/1520-0477-95.9.S1.1

78. Peterson, T.C., R.R. Heim, R. Hirsch, D.P. Kaiser, H. Brooks, N.S. Diffenbaugh, R.M. Dole, J.P. Giovannettone, K. Guirguis, T.R. Karl, R.W. Katz, K. Kunkel, D. Lettenmaier, G.J. McCabe, C.J. Paciorek, K.R. Ryberg, S. Schubert, V.B.S. Silva, B.C. Stewart, A.V. Vecchia, G. Villarini, R.S. Vose, J. Walsh, M. Wehner, D. Wolock, K. Wolter, C.A. Woodhouse, and D. Wuebbles, 2013: Monitoring and understanding changes in heat waves, cold waves, floods and droughts in the United States: State of knowledge. *Bulletin of the American Meteorological Society*, **94**, 821-834. http://dx.doi.org/10.1175/BAMS-D-12-00066.1



FHWA001701



# 8

# Droughts, Floods, and Wildfires

## KEY FINDINGS

1. Recent droughts and associated heat waves have reached record intensity in some regions of the United States; however, by geographical scale and duration, the Dust Bowl era of the 1930s remains the benchmark drought and extreme heat event in the historical record (*very high confidence*). While by some measures drought has decreased over much of the continental United States in association with long-term increases in precipitation, neither the precipitation increases nor inferred drought decreases have been confidently attributed to anthropogenic forcing.

2. The human effect on recent major U.S. droughts is complicated. Little evidence is found for a human influence on observed precipitation deficits, but much evidence is found for a human influence on surface soil moisture deficits due to increased evapotranspiration caused by higher temperatures. (*High confidence*)

3. Future decreases in surface (top 10 cm) soil moisture from anthropogenic forcing over most of the United States are *likely* as the climate warms under higher scenarios. (*Medium confidence*)

4. Substantial reductions in western U.S. winter and spring snowpack are projected as the climate warms. Earlier spring melt and reduced snow water equivalent have been formally attributed to human-induced warming (*high confidence*) and will *very likely* be exacerbated as the climate continues to warm (*very high confidence*). Under higher scenarios, and assuming no change to current water resources management, chronic, long-duration hydrological drought is increasingly possible by the end of this century (*very high confidence*).

5. Detectable changes in some classes of flood frequency have occurred in parts of the United States and are a mix of increases and decreases. Extreme precipitation, one of the controlling factors in flood statistics, is observed to have generally increased and is projected to continue to do so across the United States in a warming atmosphere. However, formal attribution approaches have not established a significant connection of increased riverine flooding to human-induced climate change, and the timing of any emergence of a future detectable anthropogenic change in flooding is unclear. (*Medium confidence*)

6. The incidence of large forest fires in the western United States and Alaska has increased since the early 1980s (*high confidence*) and is projected to further increase in those regions as the climate warms, with profound changes to certain ecosystems (*medium confidence*).

**Recommended Citation for Chapter**

**Wehner**, M.F., J.R. Arnold, T. Knutson, K.E. Kunkel, and A.N. LeGrande, 2017: Droughts, floods, and wildfires. In: *Climate Science Special Report: Fourth National Climate Assessment, Volume I* [Wuebbles, D.J., D.W. Fahey, K.A. Hibbard, D.J. Dokken, B.C. Stewart, and T.K. Maycock (eds.)]. U.S. Global Change Research Program, Washington, DC, USA, pp. 231-256 doi: 10.7930/J0CJ8BNN.

FHWA001702