149. Cohen, J., J.A. Screen, J.C. Furtado, M. Barlow, D. Whittleston, D. Coumou, J. Francis, K. Dethloff, D. Entekhabi, J. Overland, and J. Jones, 2014: Recent Arctic amplification and extreme mid-latitude weather. *Nature Geoscience*, **7**, 627-637. http://dx.doi.org/10.1038/ngeo2234

150. Barnes, E.A. and J.A. Screen, 2015: The impact of Arctic warming on the midlatitude jet-stream: Can it? Has it? Will it? *Wiley Interdisciplinary Reviews: Climate Change*, **6**, 277-286. http://dx.doi.org/10.1002/wcc.337

151. Ayarzagüena, B. and J.A. Screen, 2016: Future Arctic sea ice loss reduces severity of cold air outbreaks in midlatitudes. *Geophysical Research Letters*, **43**, 2801-2809. http://dx.doi.org/10.1002/2016GL068092

152. Screen, J.A., C. Deser, and L. Sun, 2015: Reduced risk of North American cold extremes due to continued Arctic sea ice loss. *Bulletin of the American Meteorological Society*, **96 (12)**, 1489-1503. http://dx.doi.org/10.1175/BAMS-D-14-00185.1

153. Screen, J.A., C. Deser, and L. Sun, 2015: Projected changes in regional climate extremes arising from Arctic sea ice loss. *Environmental Research Letters*, **10**, 084006. http://dx.doi.org/10.1088/1748-9326/10/8/084006

154. Sun, L., J. Perlwitz, and M. Hoerling, 2016: What caused the recent "Warm Arctic, Cold Continents" trend pattern in winter temperatures? *Geophysical Research Letters*, **43**, 5345-5352. http://dx.doi.org/10.1002/2016GL069024

155. Francis, J.A. and S.J. Vavrus, 2012: Evidence linking Arctic amplification to extreme weather in mid-latitudes. *Geophysical Research Letters*, **39**, L06801. http://dx.doi.org/10.1029/2012GL051000

156. Vihma, T., 2014: Effects of Arctic sea ice decline on weather and climate: A review. *Surveys in Geophysics*, **35**, 1175-1214. http://dx.doi.org/10.1007/s10712-014-9284-0

157. Francis, J. and N. Skific, 2015: Evidence linking rapid Arctic warming to mid-latitude weather patterns. *Philosophical Transactions of the Royal Society A: Mathematical, Physical and Engineering Sciences*, **373**, 20140170. http://dx.doi.org/10.1098/rsta.2014.0170

158. Francis, J.A. and S.J. Vavrus, 2015: Evidence for a wavier jet stream in response to rapid Arctic warming. *Environmental Research Letters*, **10**, 014005. http://dx.doi.org/10.1088/1748-9326/10/1/014005

159. Seager, R., M. Hoerling, S. Schubert, H. Wang, B. Lyon, A. Kumar, J. Nakamura, and N. Henderson, 2015: Causes of the 2011–14 California drought. *Journal of Climate*, **28**, 6997-7024. http://dx.doi.org/10.1175/JCLI-D-14-00860.1

160. Swain, D., M. Tsiang, M. Haughen, D. Singh, A. Charland, B. Rajarthan, and N.S. Diffenbaugh, 2014: The extraordinary California drought of 2013/14: Character, context and the role of climate change [in "Explaining Extreme Events of 2013 from a Climate Perspective"]. *Bulletin of the American Meteorological Society*, **95 (9)**, S3-S6. http://dx.doi.org/10.1175/1520-0477-95.9.S1.1

161. Teng, H. and G. Branstator, 2017: Causes of extreme ridges that induce California droughts. *Journal of Climate*, **30**, 1477-1492. http://dx.doi.org/10.1175/jcli-d-16-0524.1

162. Overland, J., J.A. Francis, R. Hall, E. Hanna, S.-J. Kim, and T. Vihma, 2015: The melting Arctic and midlatitude weather patterns: Are they connected? *Journal of Climate*, **28**, 7917-7932. http://dx.doi.org/10.1175/JCLI-D-14-00822.1

163. Barnes, E.A. and L.M. Polvani, 2015: CMIP5 projections of Arctic amplification, of the North American/North Atlantic circulation, and of their relationship. *Journal of Climate*, **28**, 5254-5271. http://dx.doi.org/10.1175/JCLI-D-14-00589.1

164. Hoskins, B. and T. Woollings, 2015: Persistent extratropical regimes and climate extremes. *Current Climate Change Reports*, **1**, 115-124. http://dx.doi.org/10.1007/s40641-015-0020-8

165. Sigmond, M. and J.C. Fyfe, 2016: Tropical Pacific impacts on cooling North American winters. *Nature Climate Change*, **6**, 970-974. http://dx.doi.org/10.1038/nclimate3069

166. Cohen, J., J. Jones, J.C. Furtado, and E. Tziperman, 2013: Warm Arctic, cold continents: A common pattern related to Arctic sea ice melt, snow advance, and extreme winter weather. . *Oceanography*, **26**, 150-160. http://dx.doi.org/10.5670/oceanog.2013.70

167. Nummelin, A., M. Ilicak, C. Li, and L.H. Smedsrud, 2016: Consequences of future increased Arctic runoff on Arctic Ocean stratification, circulation, and sea ice cover. *Journal of Geophysical Research Oceans*, **121**, 617-637. http://dx.doi.org/10.1002/2015JC011156

168. Giles, K.A., S.W. Laxon, A.L. Ridout, D.J. Wingham, and S. Bacon, 2012: Western Arctic Ocean freshwater storage increased by wind-driven spin-up of the Beaufort Gyre. *Nature Geoscience*, **5**, 194-197. http://dx.doi.org/10.1038/ngeo1379

169. Morison, J., R. Kwok, C. Peralta-Ferriz, M. Alkire, I. Rigor, R. Andersen, and M. Steele, 2012: Changing Arctic Ocean freshwater pathways. *Nature*, **481**, 66-70. http://dx.doi.org/10.1038/nature10705

170. Rahmstorf, S., J.E. Box, G. Feulner, M.E. Mann, A. Robinson, S. Rutherford, and E.J. Schaffernicht, 2015: Exceptional twentieth-century slowdown in Atlantic Ocean overturning circulation. *Nature Climate Change*, **5**, 475-480. http://dx.doi.org/10.1038/nclimate2554



FHWA001800

171. Yang, Q., T.H. Dixon, P.G. Myers, J. Bonin, D. Chambers, and M.R. van den Broeke, 2016: Recent increases in Arctic freshwater flux affects Labrador Sea convection and Atlantic overturning circulation. *Nature Communications*, **7**, 10525. http://dx.doi.org/10.1038/ncomms10525

172. Liu, W., S.-P. Xie, Z. Liu, and J. Zhu, 2017: Overlooked possibility of a collapsed Atlantic Meridional Overturning Circulation in warming climate. *Science Advances*, **3**, e1601666. http://dx.doi.org/10.1126/sciadv.1601666

173. Smeed, D.A., G.D. McCarthy, S.A. Cunningham, E. Frajka-Williams, D. Rayner, W.E. Johns, C.S. Meinen, M.O. Baringer, B.I. Moat, A. Duchez, and H.L. Bryden, 2014: Observed decline of the Atlantic meridional overturning circulation 2004–2012. *Ocean Science*, **10**, 29-38. http://dx.doi.org/10.5194/os-10-29-2014

174. Romanovsky, V.E., S.L. Smith, H.H. Christiansen, N.I. Shiklomanov, D.A. Streletskiy, D.S. Drozdov, G.V. Malkova, N.G. Oberman, A.L. Kholodov, and S.S. Marchenko, 2015: [The Arctic] Terrestrial permafrost [in "State of the Climate in 2014"]. *Bulletin of the American Meteorological Society*, **96 (12)**, S139-S141. http://dx.doi.org/10.1175/2015BAMSStateoftheClimate.1

175. Romanovsky, V.E., S.L. Smith, K. Isaksen, N.I. Shiklomanov, D.A. Streletskiy, A.L. Kholodov, H.H. Christiansen, D.S. Drozdov, G.V. Malkova, and S.S. Marchenko, 2016: [The Arctic] Terrestrial permafrost [in "State of the Climate in 2015"]. *Bulletin of the American Meteorological Society*, **97**, S149-S152. http://dx.doi.org/10.1175/2016BAMSStateoftheClimate.1

176. Shiklomanov, N.E., D.A. Streletskiy, and F.E. Nelson, 2012: Northern Hemisphere component of the global Circumpolar Active Layer Monitory (CALM) program. In *Proceedings of the 10th International Conference on Permafrost*, Salekhard, Russia. Kane, D.L. and K.M. Hinkel, Eds., 377-382. http://research.iarc.uaf.edu/NICOP/proceedings/10th/TICOP_vol1.pdf

177. Kokelj, S.V., T.C. Lantz, J. Tunnicliffe, R. Segal, and D. Lacelle, 2017: Climate-driven thaw of permafrost preserved glacial landscapes, northwestern Canada. *Geology*, **45**, 371-374. http://dx.doi.org/10.1130/g38626.1

178. Grosse, G., S. Goetz, A.D. McGuire, V.E. Romanovsky, and E.A.G. Schuur, 2016: Changing permafrost in a warming world and feedbacks to the Earth system. *Environmental Research Letters*, **11**, 040201. http://dx.doi.org/10.1088/1748-9326/11/4/040201

179. Schuur, E.A.G., A.D. McGuire, C. Schadel, G. Grosse, J.W. Harden, D.J. Hayes, G. Hugelius, C.D. Koven, P. Kuhry, D.M. Lawrence, S.M. Natali, D. Olefeldt, V.E. Romanovsky, K. Schaefer, M.R. Turetsky, C.C. Treat, and J.E. Vonk, 2015: Climate change and the permafrost carbon feedback. *Nature*, **520**, 171-179. http://dx.doi.org/10.1038/nature14338

180. Tarnocai, C., J.G. Canadell, E.A.G. Schuur, P. Kuhry, G. Mazhitova, S. Zimov, 2009: Soil organic carbon pools in the northern circumpolar permafrost region. *Global Biogeochemical Cycles*, **23**, GB2023. http://dx.doi.org/10.1029/2008GB003327

181. Chang, R.Y.-W., C.E. Miller, S.J. Dinardo, A. Karion, C. Sweeney, B.C. Daube, J.M. Henderson, M.E. Mountain, J. Eluszkiewicz, J.B. Miller, L.M.P. Bruhwiler, and S.C. Wofsy, 2014: Methane emissions from Alaska in 2012 from CARVE airborne observations. *Proceedings of the National Academy of Sciences*, **111**, 16694-16699. http://dx.doi.org/10.1073/pnas.1412953111

182. Schuur, E.A.G., J.G. Vogel, K.G. Crummer, H. Lee, J.O. Sickman, and T.E. Osterkamp, 2009: The effect of permafrost thaw on old carbon release and net carbon exchange from tundra. *Nature*, **459**, 556-559. http://dx.doi.org/10.1038/nature08031

183. Zona, D., B. Gioli, R. Commane, J. Lindaas, S.C. Wofsy, C.E. Miller, S.J. Dinardo, S. Dengel, C. Sweeney, A. Karion, R.Y.-W. Chang, J.M. Henderson, P.C. Murphy, J.P. Goodrich, V. Moreaux, A. Liljedahl, J.D. Watts, J.S. Kimball, D.A. Lipson, and W.C. Oechel, 2016: Cold season emissions dominate the Arctic tundra methane budget. *Proceedings of the National Academy of Sciences*, **113**, 40-45. http://dx.doi.org/10.1073/pnas.1516017113

184. Treat, C.C., S.M. Natali, J. Ernakovich, C.M. Iversen, M. Lupascu, A.D. McGuire, R.J. Norby, T. Roy Chowdhury, A. Richter, H. Šantrůčková, C. Schädel, E.A.G. Schuur, V.L. Sloan, M.R. Turetsky, and M.P. Waldrop, 2015: A pan-Arctic synthesis of $CH_4$ and $CO_2$ production from anoxic soil incubations. *Global Change Biology*, **21**, 2787-2803. http://dx.doi.org/10.1111/gcb.12875

185. Myhre, G., D. Shindell, F.-M. Bréon, W. Collins, J. Fuglestvedt, J. Huang, D. Koch, J.-F. Lamarque, D. Lee, B. Mendoza, T. Nakajima, A. Robock, G. Stephens, T. Takemura, and H. Zhang, 2013: Anthropogenic and natural radiative forcing. *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change*. Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex, and P.M. Midgley, Eds. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 659–740. http://www.climatechange2013.org/report/full-report/

186. Schädel, C., M.K.F. Bader, E.A.G. Schuur, C. Biasi, R. Bracho, P. Capek, S. De Baets, K. Diakova, J. Ernakovich, C. Estop-Aragones, D.E. Graham, I.P. Hartley, C.M. Iversen, E. Kane, C. Knoblauch, M. Lupascu, P.J. Martikainen, S.M. Natali, R.J. Norby, J.A. O'Donnell, T.R. Chowdhury, H. Santruckova, G. Shaver, V.L. Sloan, C.C. Treat, M.R. Turetsky, M.P. Waldrop, and K.P. Wickland, 2016: Potential carbon emissions dominated by carbon dioxide from thawed permafrost soils. *Nature Climate Change*, **6**, 950-953. http://dx.doi.org/10.1038/nclimate3054



FHWA001801

187. Koven, C.D., D.M. Lawrence, and W.J. Riley, 2015: Permafrost carbon–climate feedback is sensitive to deep soil carbon decomposability but not deep soil nitrogen dynamics. *Proceedings of the National Academy of Sciences*, **112**, 3752-3757. http://dx.doi.org/10.1073/pnas.1415123112

188. Koven, C.D., E.A.G. Schuur, C. Schädel, T.J. Bohn, E.J. Burke, G. Chen, X. Chen, P. Ciais, G. Grosse, J.W. Harden, D.J. Hayes, G. Hugelius, E.E. Jafarov, G. Krinner, P. Kuhry, D.M. Lawrence, A.H. MacDougall, S.S. Marchenko, A.D. McGuire, S.M. Natali, D.J. Nicolsky, D. Olefeldt, S. Peng, V.E. Romanovsky, K.M. Schaefer, J. Strauss, C.C. Treat, and M. Turetsky, 2015: A simplified, data-constrained approach to estimate the permafrost carbon–climate feedback. *Philosophical Transactions of the Royal Society A: Mathematical, Physical and Engineering Sciences*, **373**, 20140423. http://dx.doi.org/10.1098/rsta.2014.0423

189. Schaefer, K., H. Lantuit, E.R. Vladimir, E.A.G. Schuur, and R. Witt, 2014: The impact of the permafrost carbon feedback on global climate. *Environmental Research Letters*, **9**, 085003. http://dx.doi.org/10.1088/1748-9326/9/8/085003

190. Chadburn, S.E., E.J. Burke, P.M. Cox, P. Friedlingstein, G. Hugelius, and S. Westermann, 2017: An observation-based constraint on permafrost loss as a function of global warming. *Nature Climate Change*, **7**, 340-344. http://dx.doi.org/10.1038/nclimate3262

191. Friedlingstein, P., P. Cox, R. Betts, L. Bopp, W.v. Bloh, V. Brovkin, P. Cadule, S. Doney, M. Eby, I. Fung, G. Bala, J. John, C. Jones, F. Joos, T. Kato, M. Kawamiya, W. Knorr, L. Lindsay, H.D. Matthews, T. Raddatz, P. Rayner, C. Reick, E. Roeckner, K.-G. Schnitzler, R. Schnur, K. Strassmann, A.J. Weaver, C. Yoshikawa, and N. Zeng, 2006: Climate–carbon cycle feedback analysis: Results from the C⁴MIP model intercomparison. *Journal of Climate*, **19**, 3337-3353. http://dx.doi.org/10.1175/JCLI3800.1

192. Fisher, J.B., M. Sikka, W.C. Oechel, D.N. Huntzinger, J.R. Melton, C.D. Koven, A. Ahlström, M.A. Arain, I. Baker, J.M. Chen, P. Ciais, C. Davidson, M. Dietze, B. El-Masri, D. Hayes, C. Huntingford, A.K. Jain, P.E. Levy, M.R. Lomas, B. Poulter, D. Price, A.K. Sahoo, K. Schaefer, H. Tian, E. Tomelleri, H. Verbeeck, N. Viovy, R. Wania, N. Zeng, and C.E. Miller, 2014: Carbon cycle uncertainty in the Alaskan Arctic. *Biogeosciences*, **11**, 4271-4288. http://dx.doi.org/10.5194/bg-11-4271-2014

193. Liljedahl, A.K., J. Boike, R.P. Daanen, A.N. Fedorov, G.V. Frost, G. Grosse, L.D. Hinzman, Y. Iijma, J.C. Jorgenson, N. Matveyeva, M. Necsoiu, M.K. Raynolds, V.E. Romanovsky, J. Schulla, K.D. Tape, D.A. Walker, C.J. Wilson, H. Yabuki, and D. Zona, 2016: Pan-Arctic ice-wedge degradation in warming permafrost and its influence on tundra hydrology. *Nature Geoscience*, **9**, 312-318. http://dx.doi.org/10.1038/ngeo2674

194. Oh, Y., B. Stackhouse, M.C.Y. Lau, X. Xu, A.T. Trugman, J. Moch, T.C. Onstott, C.J. Jørgensen, L. D'Imperio, E. Elberling, C.A. Emmerton, V.L. St. Louis, and D. Medvigy, 2016: A scalable model for methane consumption in Arctic mineral soils. *Geophysical Research Letters*, **43**, 5143-5150. http://dx.doi.org/10.1002/2016GL069049

195. Archer, D., 2007: Methane hydrate stability and anthropogenic climate change. *Biogeosciences*, **4**, 521-544. http://dx.doi.org/10.5194/bg-4-521-2007

196. Piñero, E., M. Marquardt, C. Hensen, M. Haeckel, and K. Wallmann, 2013: Estimation of the global inventory of methane hydrates in marine sediments using transfer functions. *Biogeosciences*, **10**, 959-975. http://dx.doi.org/10.5194/bg-10-959-2013

197. Ruppel, C.D. *Methane hydrates and contemporary climate change.* Nature Education Knowledge, 2011. **3**.

198. Ruppel, C.D. and J.D. Kessler, 2017: The interaction of climate change and methane hydrates. *Reviews of Geophysics*, **55**, 126-168. http://dx.doi.org/10.1002/2016RG000534

199. Bollmann, M., T. Bosch, F. Colijn, R. Ebinghaus, R. Froese, K. Güssow, S. Khalilian, S. Krastel, A. Körtzinger, M. Langenbuch, M. Latif, B. Matthiessen, F. Melzner, A. Oschlies, S. Petersen, A. Proelß, M. Quaas, J. Reichenbach, T. Requate, T. Reusch, P. Rosenstiel, J.O. Schmidt, K. Schrottke, H. Sichelschmidt, U. Siebert, R. Soltwedel, U. Sommer, K. Stattegger, H. Sterr, R. Sturm, T. Treude, A. Vafeidis, C.v. Bernem, J.v. Beusekom, R. Voss, M. Visbeck, M. Wahl, K. Wallmann, and F. Weinberger, 2010: *World Ocean Review: Living With the Oceans.* maribus gGmbH, 232 pp. http://worldoceanreview.com/wp-content/downloads/wor1/WOR1_english.pdf

200. Brothers, L.L., B.M. Herman, P.E. Hart, and C.D. Ruppel, 2016: Subsea ice-bearing permafrost on the U.S. Beaufort Margin: 1. Minimum seaward extent defined from multichannel seismic reflection data. *Geochemistry, Geophysics, Geosystems*, **17**, 4354-4365. http://dx.doi.org/10.1002/2016GC006584

201. Johnson, H.P., U.K. Miller, M.S. Salmi, and E.A. Solomon, 2015: Analysis of bubble plume distributions to evaluate methane hydrate decomposition on the continental slope. *Geochemistry, Geophysics, Geosystems*, **16**, 3825-3839. http://dx.doi.org/10.1002/2015GC005955

202. Ruppel, C.D., B.M. Herman, L.L. Brothers, and P.E. Hart, 2016: Subsea ice-bearing permafrost on the U.S. Beaufort Margin: 2. Borehole constraints. *Geochemistry, Geophysics, Geosystems*, **17**, 4333-4353. http://dx.doi.org/10.1002/2016GC006582

203. Skarke, A., C. Ruppel, M. Kodis, D. Brothers, and E. Lobecker, 2014: Widespread methane leakage from the sea floor on the northern US Atlantic margin. *Nature Geoscience*, **7**, 657-661. http://dx.doi.org/10.1038/ngeo2232



FHWA001802

204. Hunter, S.J., D.S. Goldobin, A.M. Haywood, A. Ridgwell, and J.G. Rees, 2013: Sensitivity of the global submarine hydrate inventory to scenarios of future climate change. *Earth and Planetary Science Letters*, **367**, 105-115. http://dx.doi.org/10.1016/j.epsl.2013.02.017

205. Kretschmer, K., A. Biastoch, L. Rüpke, and E. Burwicz, 2015: Modeling the fate of methane hydrates under global warming. *Global Biogeochemical Cycles*, **29**, 610-625. http://dx.doi.org/10.1002/2014GB005011

206. Graves, C.A., L. Steinle, G. Rehder, H. Niemann, D.P. Connelly, D. Lowry, R.E. Fisher, A.W. Stott, H. Sahling, and R.H. James, 2015: Fluxes and fate of dissolved methane released at the seafloor at the landward limit of the gas hydrate stability zone offshore western Svalbard. *Journal of Geophysical Research Oceans*, **120**, 6185-6201. http://dx.doi.org/10.1002/2015JC011084

207. ACIA, 2005: Arctic Climate Impact Assessment. ACIA Secretariat and Cooperative Institute for Arctic Research, 1042 pp. http://www.acia.uaf.edu/pages/scientific.html

208. Hollesen, J., H. Matthiesen, A.B. Møller, and B. Elberling, 2015: Permafrost thawing in organic Arctic soils accelerated by ground heat production. *Nature Climate Change*, **5**, 574-578. http://dx.doi.org/10.1038/nclimate2590

209. Fetterer, F., K. Knowles, W. Meier, and M. Savoie, 2016, updated daily: Sea Ice Index, Version 2. National Snow and Ice Data Center, Boulder, CO.

210. WGMS, 2016: Fluctuations of Glaciers Database. World Glacier Monitoring Service, Zurich, Switzerland.

211. Wolken, G., M. Sharp, L.M. Andreassen, A. Arendt, D. Burgess, J.G. Cogley, L. Copland, J. Kohler, S. O'Neel, M. Pelto, L. Thomson, and B. Wouters, 2016: [The Arctic] Glaciers and ice caps outside Greenland [in "State of the Climate in 2015"]. *Bulletin of the American Meteorological Society*, **97**, S142-S145. http://dx.doi.org/10.1175/2016BAMSStateoftheClimate.1

212. USGS, 2004: Repeat Photography of Alaskan Glaciers: Muir Glacier (USGS Photograph by Bruce F. Molnia). Department of the Interior, U.S. Geological Survey. https://www2.usgs.gov/climate_landuse/glaciers/repeat_photography.asp



FHWA001803



# 12
# Sea Level Rise

**KEY FINDINGS**

1. Global mean sea level (GMSL) has risen by about 7–8 inches (about 16–21 cm) since 1900, with about 3 of those inches (about 7 cm) occurring since 1993 (*very high confidence*). Human-caused climate change has made a substantial contribution to GMSL rise since 1900 (*high confidence*), contributing to a rate of rise that is greater than during any preceding century in at least 2,800 years (*medium confidence*).

2. Relative to the year 2000, GMSL is *very likely* to rise by 0.3–0.6 feet (9–18 cm) by 2030, 0.5–1.2 feet (15–38 cm) by 2050, and 1.0–4.3 feet (30–130 cm) by 2100 (*very high confidence in lower bounds; medium confidence in upper bounds for 2030 and 2050; low confidence in upper bounds for 2100*). Future pathways have little effect on projected GMSL rise in the first half of the century, but significantly affect projections for the second half of the century (*high confidence*). Emerging science regarding Antarctic ice sheet stability suggests that, for high emission scenarios, a GMSL rise exceeding 8 feet (2.4 m) by 2100 is physically possible, although the probability of such an extreme outcome cannot currently be assessed. Regardless of pathway, it is *extremely likely* that GMSL rise will continue beyond 2100 (*high confidence*).

3. Relative sea level (RSL) rise in this century will vary along U.S. coastlines due, in part, to changes in Earth's gravitational field and rotation from melting of land ice, changes in ocean circulation, and vertical land motion (*very high confidence*). For almost all future GMSL rise scenarios, RSL rise is *likely* to be greater than the global average in the U.S. Northeast and the western Gulf of Mexico. In intermediate and low GMSL rise scenarios, RSL rise is *likely* to be less than the global average in much of the Pacific Northwest and Alaska. For high GMSL rise scenarios, RSL rise is *likely* to be higher than the global average along all U.S. coastlines outside Alaska. Almost all U.S. coastlines experience more than global mean sea level rise in response to Antarctic ice loss, and thus would be particularly affected under extreme GMSL rise scenarios involving substantial Antarctic mass loss (*high confidence*).

4. As sea levels have risen, the number of tidal floods each year that cause minor impacts (also called "nuisance floods") have increased 5- to 10-fold since the 1960s in several U.S. coastal cities (*very high confidence*). Rates of increase are accelerating in over 25 Atlantic and Gulf Coast cities (*very high confidence*). Tidal flooding will continue increasing in depth, frequency, and extent this century (*very high confidence*).

FHWA001804

**KEY FINDINGS** *(continued)*

5. Assuming storm characteristics do not change, sea level rise will increase the frequency and extent of extreme flooding associated with coastal storms, such as hurricanes and nor'easters (*very high confidence*). A projected increase in the intensity of hurricanes in the North Atlantic (*medium confidence*) could increase the probability of extreme flooding along most of the U.S. Atlantic and Gulf Coast states beyond what would be projected based solely on RSL rise. However, there is *low confidence* in the projected increase in frequency of intense Atlantic hurricanes, and the associated flood risk amplification and flood effects could be offset or amplified by such factors as changes in overall storm frequency or tracks.

**Recommended Citation for Chapter**

**Sweet**, W.V., R. Horton, R.E. Kopp, A.N. LeGrande, and A. Romanou, 2017: Sea level rise. In: *Climate Science Special Report: Fourth National Climate Assessment, Volume I* [Wuebbles, D.J., D.W. Fahey, K.A. Hibbard, D.J. Dokken, B.C. Stewart, and T.K. Maycock (eds.)]. U.S. Global Change Research Program, Washington, DC, USA, pp. 333-363, doi: 10.7930/J0VM49F2.

## 12.1 Introduction

Sea level rise is closely linked to increasing global temperatures. Thus, even as uncertainties remain about just how much sea level may rise this century, it is virtually certain that sea level rise this century and beyond will pose a growing challenge to coastal communities, infrastructure, and ecosystems from increased (permanent) inundation, more frequent and extreme coastal flooding, erosion of coastal landforms, and saltwater intrusion within coastal rivers and aquifers. Assessment of vulnerability to rising sea levels requires consideration of physical causes, historical evidence, and projections. A risk-based perspective on sea level rise points to the need for emphasis on how changing sea levels alter the coastal zone and interact with coastal flood risk at local scales.

This chapter reviews the physical factors driving changes in global mean sea level (GMSL) and those causing additional regional variations in relative sea level (RSL). It presents geological and instrumental observations of historical sea level changes and an assessment of the human contribution to sea level change. It then describes a range of scenarios for future levels and rates of sea level change, and the relationship of these scenarios to the Representative Concentration Pathways (RCPs). Finally, it assesses the impact of changes in sea level on extreme water levels.



While outside the scope of this chapter, it is important to note the myriad of other potential impacts associated with RSL rise, wave action, and increases in coastal flooding. These impacts include loss of life, damage to infrastructure and the built environment, salinization of coastal aquifers, mobilization of pollutants, changing sediment budgets, coastal erosion, and ecosystem changes such as marsh loss and threats to endangered flora and fauna.[1] While all of these impacts are inherently important, some also have the potential to influence local rates of RSL rise and the extent of wave-driven and coastal flooding impacts. For example, there is evidence that wave action and flooding of beaches and marshes can induce changes in coastal geomorphology, such as sediment build up, that may iteratively modify the future flood risk profile of communities and ecosystems.[2]

FHWA001805

## 12.2 Physical Factors Contributing to Sea Level Rise

Sea level change is driven by a variety of mechanisms operating at different spatial and temporal scales (see Kopp et al. 2015[3] for a review). GMSL rise is primarily driven by two factors: 1) increased volume of seawater due to thermal expansion of the ocean as it warms, and 2) increased mass of water in the ocean due to melting ice from mountain glaciers and the Antarctic and Greenland ice sheets.[4] The overall amount (mass) of ocean water, and thus sea level, is also affected to a lesser extent by changes in global land-water storage, which reflects changes in the impoundment of water in dams and reservoirs and river runoff from groundwater extraction, inland sea and wetland drainage, and global precipitation patterns, such as occur during phases of the El Niño–Southern Oscillation (ENSO).[4, 5, 6, 7, 8]

Sea level and its changes are not uniform globally for several reasons. First, atmosphere–ocean dynamics—driven by ocean circulation, winds, and other factors—are associated with differences in the height of the sea surface, as are differences in density arising from the distribution of heat and salinity in the ocean. Changes in any of these factors will affect sea surface height. For example, a weakening of the Gulf Stream transport in the mid-to-late 2000s may have contributed to enhanced sea level rise in the ocean environment extending to the northeastern U.S. coast,[9, 10, 11] a trend that many models project will continue into the future.[12]

Second, the locations of land ice melting and land water reservoir changes impart distinct regional "static-equilibrium fingerprints" on sea level, based on gravitational, rotational, and crustal deformation effects (Figure 12.1a–d).[13] For example, sea level falls near a melting ice sheet because of the reduced gravitational attraction of the ocean toward the ice sheet;

reciprocally, it rises by greater than the global average far from the melting ice sheet.

Third, the Earth's mantle is still moving in response to the loss of the great North American (Laurentide) and European ice sheets of the Last Glacial Maximum; the associated changes in the height of the land, the shape of the ocean basin, and the Earth's gravitational field give rise to glacial-isostatic adjustment (Figure 12.1e). For example, in areas once covered by the thickest parts of the great ice sheets of the Last Glacial Maximum, such as in Hudson Bay and in Scandinavia, post-glacial rebound of the land is causing RSL to fall. Along the flanks of the ice sheets, such as along most of the east coast of the United States, subsidence of the bulge that flanked the ice sheet is causing RSL to rise.

Finally, a variety of other factors can cause local vertical land movement. These include natural sediment compaction, compaction caused by local extraction of groundwater and fossil fuels, and processes related to plate tectonics, such as earthquakes and more gradual seismic creep (Figure 12.1f).[14, 15]



Compared to many climate variables, the trend signal for sea level change tends to be large relative to natural variability. However, at inter-annual timescales, changes in ocean dynamics, density, and wind can cause substantial sea level variability in some regions. For example, there has been a multidecadal suppression of sea level rise off the Pacific coast[16] and large year-to-year variations in sea level along the Northeast U.S. coast.[17] Local rates of land height change have also varied dramatically on decadal timescales in some locations, such as along the western Gulf Coast, where rates of subsurface extraction of fossil fuels and groundwater have varied over time.[18]

FHWA001806





**Figure 12.1:** (a–d) Static-equilibrium fingerprints of the relative sea level (RSL) effect of land ice melt, in units of feet of RSL change per feet of global mean sea level (GMSL) change, for mass loss from (a) Greenland, (b) West Antarctica, (c) East Antarctica, and (d) the median projected combination of melting glaciers, after Kopp et al.[3, 76] (e) Model projections of the rate of RSL rise due to glacial-isostatic adjustment (units of feet/century), after Kopp et al.[3] (f) Tide gauge-based estimates of the non-climatic, long term contribution to RSL rise, including the effects of glacial isostatic adjustment, tectonics, and sediment compaction (units of feet/century).[76] (Figure source: (a)–(d) Kopp et al. 2015,[3] (e) adapted from Kopp et al. 2015;[3] (f) adapted from Sweet et al. 2017[71]).

FHWA001807

## 12.3 Paleo Sea Level

Geological records of temperature and sea level indicate that during past warm periods over the last several millions of years, GMSL was higher than it is today.[19, 20] During the Last Interglacial stage, about 125,000 years ago, global average sea surface temperature was about 0.5° ± 0.3°C (0.9° ± 0.5°F) above the preindustrial level [that is, comparable to the average over 1995–2014, when global mean temperature was about 0.8°C (1.4°F) above the preindustrial levels].[21] Polar temperatures were comparable to those projected for 1°–2°C (1.8°–3.6°F) of global mean warming above the preindustrial level. At this time, GMSL was about 6–9 meters (about 20–30 feet) higher than today (Figure 12.2a).[22, 23] This geological benchmark may indicate the probable long-term response of GMSL to the minimum magnitude of temperature change projected for the current century.

Similarly, during the mid-Pliocene warm period, about 3 million years ago, global mean temperature was about 1.8°–3.6°C (3.2°–6.5°F) above the preindustrial level.[24] Estimates of GMSL are less well constrained than during the Last Interglacial, due to the smaller number of local geological sea level reconstruction and the possibility of significant vertical land motion over millions of years.[20] Some reconstructions place mid-Pliocene GMSL at about 10–30 meters (about 30–100 feet) higher than today.[25] Sea levels this high would require a significantly reduced Antarctic ice sheet, highlighting the risk of significant Antarctic ice sheet loss under such levels of warming (Figure 12.2a).

For the period since the Last Glacial Maximum, about 26,000 to 19,000 years ago,[26] geologists can produce detailed reconstructions of sea levels as well as rates of sea level change. To do this, they use proxies such as the heights of fossil coral reefs and the populations of different salinity-sensitive microfossils within salt marsh sediments.[27] During the main portion of the deglaciation, from about 17,000 to 8,000 years ago, GMSL rose at an average rate of about 12 mm / year (0.5 inches / year).[28] However, there were periods of faster rise. For example, during Meltwater Pulse 1a, lasting from about 14,600 to 14,300 years ago, GMSL may have risen at an average rate about 50 mm / year (2 inches / year).[29]

Since the disappearance of the last remnants of the North American (Laurentide) Ice Sheet about 7,000 years ago[30] to about the start of the 20th century, however, GMSL has been relatively stable. During this period, total GMSL rise is estimated to have been about 4 meters (about 13 feet), most of which occurred between 7,000 and 4,000 years ago.[28] The Third National Climate Assessment (NCA3) noted, based on a geological data set from North Carolina,[31] that the 20th century GMSL rise was much faster than at any time over the past 2,000 years. Since NCA3, high-resolution sea level reconstructions have been developed for multiple locations, and a new global analysis of such reconstructions strengthens this finding.[32] Over the last 2,000 years, prior to the industrial era, GMSL exhibited small fluctuations of about ±8 cm (3 inches), with a significant decline of about 8 cm (3 inches) between the years 1000 and 1400 CE coinciding with about 0.2°C (0.4°F) of global mean cooling.[32] The rate of rise in the last century, about 14 cm / century (5.5 inches / century), was greater than during any preceding century in at least 2,800 years (Figure 12.2b).[32]



FHWA001808



(a)



(b)

**Figure 12.2:** (a) The relationship between peak global mean temperature, atmospheric $CO_2$, maximum global mean sea level (GMSL), and source(s) of meltwater for two periods in the past with global mean temperature comparable to or warmer than present. Light blue shading indicates uncertainty of GMSL maximum. Red pie charts over Greenland and Antarctica denote fraction, not location, of ice retreat. Atmospheric $CO_2$ levels in 2100 are shown under RCP8.5. (b) GMSL rise from −500 to 1900 CE, from Kopp et al.'s[32] geological and tide gauge-based reconstruction (blue), from 1900 to 2010 from Hay et al.'s[33] tide gauge-based reconstruction (black), and from 1992 to 2015 from the satellite-based reconstruction updated from Nerem et al.[35] (magenta). (Figure source: (a) adapted from Dutton et al. 2015[20] and (b) Sweet et al. 2017[71]).



FHWA001809

## 12.4 Recent Past Trends (20th and 21st Centuries)

### 12.4.1 Global Tide Gauge Network and Satellite Observations

A global tide gauge network provides the century-long observations of local RSL, whereas satellite altimetry provides broader coverage of sea surface heights outside the polar regions starting in 1993. GMSL can be estimated through statistical analyses of either data set. GMSL trends over the 1901–1990 period vary slightly (Hay et al. 2015:[33] $1.2 \pm 0.2$ mm/year [0.05 inches/year]; Church and White 2011:[34] $1.5 \pm 0.2$ mm/year [0.06 inches/year]) with differences amounting to about 1 inch over 90 years. Thus, these results indicate about 11–14 cm (4–5 inches) of GMSL rise from 1901 to 1990.

Tide gauge analyses indicate that GMSL rose at a considerably faster rate of about 3 mm/year (0.12 inches/year) since 1993,[33, 34] a result supported by satellite data indicating a trend of $3.4 \pm 0.4$ mm/year (0.13 ± 0.02 inches/year) over 1993–2015 (update to Nerem et al. 2010[35]). These results indicate an additional GMSL rise of about 7 cm (about 3 inches) since 1990 (Figure 12.2b, Figure 12.3a) and about 16–21 cm (about 7–8 inches) since 1900. Satellite (altimetry and gravity) and in situ water column (Argo floats) measurements show that, since 2005, about one third of GMSL rise has been from steric changes (primarily thermal expansion) and about two thirds from the addition of mass to the ocean, which represents a growing land-ice contribution (compared to steric) and a departure from the relative contributions earlier in the 20th century (Figure 12.3a).[4, 36, 37, 38, 39, 40]

In addition to land ice, the mass-addition contribution also includes net changes in global land-water storage. This term varied in sign over the course of the last century, with human-induced changes in land-water storage being negative (perhaps as much as about −0.6 mm/year [−0.02 inches/year]) during the period of heavy dam construction in the middle of the last century, and turning positive in the 1990s as groundwater withdrawal came to dominate.[8] On decadal timescales, precipitation variability can dominate human-induced changes in land water storage; recent satellite-gravity estimates suggest that, over 2002–2014, a human-caused land-water contribution to GMSL of 0.4 mm/year (0.02 inches/year) was more than offset by −0.7 mm/year (−0.03 inches/year) due to natural variability.[5]

Comparison of results from a variety of approaches supports the conclusion that a substantial fraction of GMSL rise since 1900 is attributable to human-caused climate change.[32, 41, 42, 43, 44, 45, 46, 47, 48] For example, based on the long term historical relationship between temperature and rate of GMSL change, Kopp et al.[32] found that GMSL rise would *extremely likely* have been less than 59% of observed in the absence of 20th century global warming, and that it is *very likely* that GMSL has been higher since 1960 than it would have been without 20th century global warming (Figure 12.3b). Similarly, using a variety of models for individual components, Slangen et al.[41] found that about 80% of the GMSL rise they simulated for 1970–2005 and about half of that which they simulated for 1900–2005 was attributable to anthropogenic forcing.











**Figure 12.3:** (a) Contributions of ocean mass changes from land ice and land water storage (measured by satellite gravimetry) and ocean volume changes (or steric, primarily from thermal expansion measured by in situ ocean profilers) and their comparison to global mean sea level (GMSL) change (measured by satellite altimetry) since 1993. (b) An estimate of modeled GMSL rise in the absence of 20th century warming (blue), from the same model with observed warming (red), and compared to observed GMSL change (black). Heavy/light shading indicates the 17th–83rd and 5th–95th percentiles. (c) Rates of change from 1993 to 2015 in sea surface height from satellite altimetry data; updated from Kopp et al.[3] using data updated from Church and White.[34] (Figure source: (a) adapted and updated from Leuliette and Nerem 2016,[40] (b) adapted from Kopp et al. 2016[32] and (c) adapted and updated from Kopp et al. 2015[3]).

FHWA001811

Over timescales of a few decades, ocean–atmosphere dynamics drive significant variability in sea surface height, as can be observed by satellite (Figure 12.3c) and in tide gauge records that have been adjusted to account for background rates of rise due to long term factors like glacio-isostatic adjustments. For example, the U.S. Pacific Coast experienced a slower-than-global increase between about 1980 and 2011, while the western tropical Pacific experienced a faster-than-global increase in the 1990s and 2000s. This pattern was associated with changes in average winds linked to the Pacific Decadal Oscillation (PDO)[16, 49, 50] and appears to have reversed since about 2012.[51] Along the Atlantic coast, the U.S. Northeast has experienced a faster-than-global increase since the 1970s, while the U.S. Southeast has experienced a slower-than-global increase since the 1970s. This pattern appears to be tied to changes in the Gulf Stream,[10, 12, 52, 53] although whether these changes represent natural variability or a long-term trend remains uncertain.[54]

### 12.4.2 Ice Sheet Gravity and Altimetry and Visual Observations

Since NCA3, Antarctica and Greenland have continued to lose ice mass, with mounting evidence accumulating that mass loss is accelerating. Studies using repeat gravimetry (GRACE satellites), repeat altimetry, GPS monitoring, and mass balance calculations generally agree on accelerating mass loss in Antarctica.[55, 56, 57, 58] Together, these indicate a mass loss of roughly 100 Gt/year (gigatonnes/year) over the last decade (a contribution to GMSL of about 0.3 mm/year [0.01 inches/year]). Positive accumulation rate anomalies in East Antarctica, especially in Dronning Maud Land,[59] have contributed to the trend of slight growth there (e.g., Seo et al. 2015;[57] Martín-Español et al. 2016[58]), but this is more than offset by mass loss elsewhere, especially in West Antarctica along the coast facing the Amundsen Sea,[60, 61]

Totten Glacier in East Antarctica,[62, 63] and along the Antarctic Peninsula.[57, 58, 64] Floating ice shelves around Antarctica are losing mass at an accelerating rate.[65] Mass loss from floating ice shelves does not directly affect GMSL, but does allow faster flow of ice from the ice sheet into the ocean.

Estimates of mass loss in Greenland based on mass balance from input-output, repeat gravimetry, repeat altimetry, and aerial imagery as discussed in Chapter 11: Arctic Changes reveal a recent acceleration.[66] Mass loss averaged approximately 75 Gt/year (about 0.2 mm/year [0.01 inches/year] GMSL rise) from 1900 to 1983, continuing at a similar rate of approximately 74 Gt/year through 2003 before accelerating to 186 Gt/year (0.5 mm/year [0.02 inches/year] GMSL rise) from 2003 to 2010.[67] Strong interannual variability does exist (see Ch. 11: Arctic Changes), such as during the exceptional melt year from April 2012 to April 2013, which resulted in mass loss of approximately 560 Gt (1.6 mm/year [0.06 inches/year]).[68] More recently (April 2014–April 2015), annual mass losses have resumed the accelerated rate of 186 Gt/year.[67, 69] Mass loss over the last century has reversed the long-term trend of slow thickening linked to the continuing evolution of the ice sheet from the end of the last ice age.[70]



## 12.5 Projected Sea Level Rise

### 12.5.1 Scenarios of Global Mean Sea Level Rise

No single physical model is capable of accurately representing all of the major processes contributing to GMSL and regional/local RSL rise. Accordingly, the U.S. Interagency Sea Level Rise Task Force (henceforth referred to as "Interagency")[71] has revised the GMSL rise scenarios for the United States and now provides six scenarios that can be used for assessment and risk-framing purposes (Figure 12.4a; Table 12.1). The low scenario of 30 cm (about 1 foot) GMSL rise by 2100 is consistent with a continuation of the recent approximately 3 mm/year (0.12 inches/year) rate of rise through to 2100 (Table 12.2), while the five other scenarios span a range of GMSL rise be-

tween 50 and 250 cm (1.6 and 8.2 feet) in 2100, with corresponding rise rates between 5 mm/year (0.2 inches/year) to 44 mm/year (1.7 inches/year) towards the end of this century (Table 12.2). The highest scenario of 250 cm is consistent with several literature estimates of the maximum physically plausible level of 21st century sea level rise (e.g., Pfeffer et al. 2008,[72] updated with Sriver et al. 2012[73] estimates of thermal expansion and Bamber and Aspinall 2013[74] estimates of Antarctic contribution, and incorporating land water storage, as discussed in Miller et al. 2013[75] and Kopp et al. 2014[76]). It is It is also consistent with the high end of recent projections of Antarctic ice sheet melt discussed below.[77] The Interagency

(a)





(b)







**Figure 12.4:** (a) Global mean sea level (GMSL) rise from 1800 to 2100, based on Figure 12.2b from 1800 to 2015, the six Interagency[71] GMSL scenarios (navy blue, royal blue, cyan, green, orange, and red curves), the *very likely* ranges in 2100 for different RCPs (colored boxes), and lines augmenting the *very likely* ranges by the difference between the median Antarctic contribution of Kopp et al.[76] and the various median Antarctic projections of DeConto and Pollard.[77] (b) Relative sea level (RSL) rise (feet) in 2100 projected for the Interagency Intermediate Scenario (1-meter [3.3 feet] GMSL rise by 2100) (Figure source: Sweet et al. 2017[71]).

FHWA001813

**Table 12.1.** The Interagency GMSL rise scenarios in meters (feet) relative to 2000. All values are 19-year averages of GMSL centered at the identified year. To convert from a 1991–2009 tidal datum to the 1983–2001 tidal datum, add 2.4 cm (0.9 inches).

| Scenario | 2020 | 2030 | 2050 | 2100 |
|---|---|---|---|---|
| Low | 0.06 (0.2) | 0.09 (0.3) | 0.16 (0.5) | 0.30 (1.0) |
| Intermediate-Low | 0.08 (0.3) | 0.13 (0.4) | 0.24 (0.8) | 0.50 (1.6) |
| Intermediate | 0.10 (0.3) | 0.16 (0.5) | 0.34 (1.1) | 1.0 (3.3) |
| Intermediate-High | 0.10 (0.3) | 0.19 (0.6) | 0.44 (1.4) | 1.5 (4.9) |
| High | 0.11 (0.4) | 0.21 (0.7) | 0.54 (1.8) | 2.0 (6.6) |
| Extreme | 0.11 (0.4) | 0.24 (0.8) | 0.63 (2.1) | 2.5 (8.2) |

**Table 12.2.** Rates of GMSL rise in the Interagency scenarios in mm/year (inches/year). All values represent 19-year average rates of change, centered at the identified year.

| Scenario | 2020 | 2030 | 2050 | 2090 |
|---|---|---|---|---|
| Low | 3 (0.1) | 3 (0.1) | 3 (0.1) | 3 (0.1) |
| Intermediate-Low | 5 (0.2) | 5 (0.2) | 5 (0.2) | 5 (0.2) |
| Intermediate | 6 (0.2) | 7 (0.3) | 10 (0.4) | 15 (0.6) |
| Intermediate-High | 7 (0.3) | 10 (0.4) | 15 (0.6) | 24 (0.9) |
| High | 8 (0.3) | 13 (0.5) | 20 (0.8) | 35 (1.4) |
| Extreme | 10 (0.4) | 15 (0.6) | 25 (1.0) | 44 (1.7) |

**Table 12.3.** Interpretations of the Interagency GMSL rise scenarios

| Scenario | Interpretation |
|---|---|
| Low | Continuing current rate of GMSL rise, as calculated since 1993<br>Low end of *very likely* range under RCP2.6 |
| Intermediate-Low | Modest increase in rate<br>Middle of *likely* range under RCP2.6<br>Low end of *likely* range under RCP4.5<br>Low end of *very likely* range under RCP8.5 |
| Intermediate | High end of *very likely* range under RCP4.5<br>High end of *likely* range under RCP8.5<br>Middle of *likely* range under RCP4.5 when accounting for possible ice cliff instabilities |
| Intermediate-High | Slightly above high end of *very likely* range under RCP8.5<br>Middle of *likely* range under RCP8.5 when accounting for possible ice cliff instabilities |
| High | High end of *very likely* range under RCP8.5 when accounting for possible ice cliff instabilities |
| Extreme | Consistent with estimates of physically possible "worst case" |



FHWA001814

GMSL scenario interpretations are shown in Table 12.3.

The Interagency scenario approach is similar to local RSL rise scenarios of Hall et al.[78] used for all coastal U.S. Department of Defense installations worldwide. The Interagency approach starts with a probabilistic projection framework to generate time series and regional projections consistent with each GMSL rise scenario for 2100.[76] That framework combines probabilistic estimates of contributions to GMSL and regional RSL rise from ocean processes, cryospheric processes, geological processes, and anthropogenic land-water storage. Pooling the Kopp et al.[76] projections across even lower, lower, and higher scenarios (RCP2.6, 4.5, and 8.5), the probabilistic projections are filtered to identify pathways consistent with each of these 2100 levels, with the median (and 17th and 83rd percentiles) picked from each of the filtered subsets.

### 12.5.2 Probabilities of Different Sea Level Rise Scenarios

Several studies have estimated the probabilities of different amounts of GMSL rise under different pathways (e.g., Church et al. 2013;[4] Kopp et al. 2014;[76] Slangen et al. 2014;[79] Jevrejeva et al. 2014;[80] Grinsted et al. 2015;[81] Kopp et al. 2016;[32] Mengel et al. 2016;[82] Jackson and Jevrejeva 2016[83]) using a variety of methods, including both statistical and physical models. Most of these studies are in general agreement that GMSL rise by 2100 is *very likely* to be between about 25–80 cm (0.8–2.6 feet) under an even lower scenario (RCP2.6), 35–95 cm (1.1–3.1 feet) under a lower scenario (RCP4.5), and 50–130 cm (1.6–4.3 feet) under a higher scenario (RCP8.5), although some projections extend the *very likely* range for RCP8.5 as high as 160–180 cm (5–6 feet) (Kopp et al. 2014,[76] sensitivity study).[80, 83] Based on Kopp et al.,[76] the probability of exceeding the amount of GMSL in 2100 under the Interagency scenarios is shown in Table 12.4.

The Antarctic projections of Kopp et al.,[76] the GMSL projections of which underlie Table 12.4, are consistent with a statistical-physical model of the onset of marine ice sheet instability calibrated to observations of ongoing retreat in the Amundsen Embayment sector of West Antarctica.[84] Ritz et al.'s[84] 95th percentile Antarctic contribution to GMSL of 30 cm by 2100 is comparable to Kopp et al.'s[76] 95th percentile projection of 33 cm under the higher scenario (RCP8.5). However, emerging science suggests that these projections may understate the probability of faster-than-expected ice sheet melt, particularly for high-end warming scenarios. While these probability estimates



Table 12.4. Probability of exceeding the Interagency GMSL scenarios in 2100 per Kopp et al.[76] New evidence regarding the Antarctic ice sheet, if sustained, may significantly increase the probability of the intermediate-high, high, and extreme scenarios, particularly under the higher scenario (RCP8.5), but these results have not yet been incorporated into a probabilistic analysis.

| Scenario | RCP2.6 | RCP4.5 | RCP8.5 |
|---|---|---|---|
| Low | 94% | 98% | 100% |
| Intermediate-Low | 49% | 73% | 96% |
| Intermediate | 2% | 3% | 17% |
| Intermediate-High | 0.4% | 0.5% | 1.3% |
| High | 0.1% | 0.1% | 0.3% |
| Extreme | 0.05% | 0.05% | 0.1% |

FHWA001815

are consistent with the assumption that the relationship between global temperature and GMSL in the coming century will be similar to that observed over the last two millennia,[32, 85] emerging positive feedbacks (self-amplifying cycles) in the Antarctic Ice Sheet especially[86, 87] may invalidate that assumption. Physical feedbacks that until recently were not incorporated into ice sheet models[88] could add about 0–10 cm (0–0.3 feet), 20–50 cm (0.7–1.6 feet) and 60–110 cm (2.0–3.6 feet) to central estimates of current century sea level rise under even lower, lower, and higher scenarios (RCP2.6, RCP4.5 and RCP8.5, respectively).[77] In addition to marine ice sheet instability, examples of these interrelated processes include ice cliff instability and ice shelf hydrofracturing. Processes underway in Greenland may also be leading to accelerating high-end melt risk. Much of the research has focused on changes in surface albedo driven by the melt-associated unmasking and concentration of impurities in snow and ice.[69] However, ice dynamics at the bottom of the ice sheet may be important as well, through interactions with surface runoff or a warming ocean. As an example of the latter, Jakobshavn Isbræ, Kangerdlugssuaq Glacier, and the Northeast Greenland ice stream may be vulnerable to marine ice sheet instability.[66]

### 12.5.3 Sea Level Rise after 2100
GMSL rise will not stop in 2100, and so it is useful to consider extensions of GMSL rise projections beyond this point. By 2200, the 0.3–

2.5 meter (1.0–8.2 feet) range spanned by the six Interagency GMSL scenarios in year 2100 increases to about 0.4–9.7 meters (1.3–31.8 feet), as shown in Table 12.5. These six scenarios imply average rates of GMSL rise over the first half of the next century of 1.4 mm/year (0.06 inch/year), 4.6 mm/yr (0.2 inch/year), 16 mm/year (0.6 inch/year), 32 mm/year (1.3 inches/year), 46 mm/yr (1.8 inches/year) and 60 mm/year (2.4 inches/year), respectively. Excluding the possible effects of still emerging science regarding ice cliffs and ice shelves, it is very likely that by 2200 GMSL will have risen by 0.3–2.4 meters (1.0–7.9 feet) under an even lower scenario (RCP2.6), 0.4–2.7 meters (1.3–8.9 feet) under a lower scenario (RCP4.5), and 1.0–3.7 meters (3.3–12 feet) under the higher scenario (RCP8.5).[76]

Under most projections, GMSL rise will also not stop in 2200. The concept of a "sea level rise commitment" refers to the long-term projected sea level rise were the planet's temperature to be stabilized at a given level (e.g., Levermann et al. 2013;[89] Golledge et al. 2015[90]). The paleo sea level record suggests that even 2°C (3.6°F) of global average warming above the preindustrial temperature may represent a commitment to several meters of rise. One modeling study suggesting a 2,000-year commitment of 2.3 m/°C (4.2 feet/°F)[89] indicates that emissions through 2100 would lock in a likely 2,000-year GMSL rise commitment of about 0.7–4.2 meters (2.3–14 feet) under an even lower scenario (RCP2.6), about 1.7–5.6



### Table 12.5. Post-2100 extensions of the Interagency GMSL rise scenarios in meters (feet)

| Scenario | 2100 | 2120 | 2150 | 2200 |
|---|---|---|---|---|
| Low | 0.30 (1.0) | 0.34 (1.1) | 0.37 (1.2) | 0.39 (1.3) |
| Intermediate-Low | 0.50 (1.6) | 0.60 (2.0) | 0.73 (2.4) | 0.95 (3.1) |
| Intermediate | 1.0 (3.3) | 1.3 (4.3) | 1.8 (5.9) | 2.8 (9.2) |
| Intermediate-High | 1.5 (4.9) | 2.0 (6.6) | 3.1 (10) | 5.1 (17) |
| High | 2.0 (6.6) | 2.8 (9.2) | 4.3 (14) | 7.5 (25) |
| Extreme | 2.5 (8.2) | 3.6 (12) | 5.5 (18) | 9.7 (32) |

FHWA001816

meters (5.6–19 feet) under a lower scenario (RCP4.5), and about 4.3–9.9 meters (14–33 feet) under the higher scenario (RCP8.5).[91] However, as with the 21st century projections, emerging science regarding the sensitivity of the Antarctic Ice Sheet may increase the estimated sea level rise over the next millennium, especially for a higher scenario.[77] Large-scale climate geoengineering might reduce these commitments,[92, 93] but may not be able to avoid lock-in of significant change.[94, 95, 96, 97] Once changes are realized, they will be effectively irreversible for many millennia, even if humans artificially accelerate the removal of $CO_2$ from the atmosphere.[77]

The 2,000-year commitment understates the full sea level rise commitment, due to the long response time of the polar ice sheets. Paleo sea level records (Figure 12.2a) suggest that 1°C of warming may already represent a long-term commitment to more than 6 meters (20 feet) of GMSL rise.[20, 22, 23] A 10,000-year modeling study[98] suggests that 2°C warming represents a 10,000-year commitment to about 25 meters (80 feet) of GMSL rise, driven primarily by a loss of about one-third of the Antarctic ice sheet and three-fifths of the Greenland ice sheet, while 21st century emissions consistent with a higher scenario (RCP8.5) represent a 10,000-year commitment to about 38 meters (125 feet) of GMSL rise, including a complete loss of the Greenland ice sheet over about 6,000 years.

### 12.5.4 Regional Projections of Sea Level Change
Because the different factors contributing to sea level change give rise to different spatial patterns, projecting future RSL change at specific locations requires not just an estimate of GMSL change but estimates of the different processes contributing to GMSL change—each of which has a different associated spatial pattern—as well as of the processes contributing exclusively to regional or local change. Based

on the process-level projections of the Interagency GMSL scenarios, several key regional patterns are apparent in future U.S. RSL rise as shown for the Intermediate (1 meter [3.3 feet] GMSL rise by 2100 scenario) in Figure 12.4b.

1. RSL rise due to Antarctic Ice Sheet melt is greater than GMSL rise along all U.S. coastlines due to static-equilibrium effects.

2. RSL rise due to Greenland Ice Sheet melt is less than GMSL rise along the coastline of the continental United States due to static-equilibrium effects. This effect is especially strong in the Northeast.

3. RSL rise is additionally augmented in the Northeast by the effects of glacial isostatic adjustment.

4. The Northeast is also exposed to rise due to changes in the Gulf Stream and reductions in the Atlantic meridional overturning circulation (AMOC). Were the AMOC to collapse entirely—an outcome viewed as unlikely in the 21st century—it could result in as much as approximately 0.5 meters (1.6 feet) of additional regional sea level rise (see Ch. 15: Potential Surprises for further discussion).[99, 100]



5. The western Gulf of Mexico and parts of the U.S. Atlantic Coast south of New York are currently experiencing significant RSL rise caused by the withdrawal of groundwater (along the Atlantic Coast) and of both fossil fuels and groundwater (along the Gulf Coast). Continuation of these practices will further amplify RSL rise.

6. The presence of glaciers in Alaska and their proximity to the Pacific Northwest reduces RSL rise in these regions, due to both the ongoing glacial isostatic adjustment to past glacier shrinkage and to

the static-equilibrium effects of projected future losses.

7.  Because they are far from all glaciers and ice sheets, RSL rise in Hawai'i and other Pacific islands due to any source of melting land ice is amplified by the static-equilibrium effects.

## 12.6 Extreme Water Levels

### 12.6.1 Observations

Coastal flooding during extreme high-water events has become deeper due to local RSL rise and more frequent from a fixed-elevation perspective.[78, 101, 102, 103] Trends in annual frequencies surpassing local emergency preparedness thresholds for minor tidal flooding (i.e., "nuisance" levels of about 30–60 cm [1–2 feet]) that begin to flood infrastructure and trigger coastal flood "advisories" by NOAA's National Weather Service have increased 5- to 10-fold or more since the 1960s along the U.S. coastline,[104] as shown in Figure 12.5a. Locations experiencing such trend changes (based upon fits of flood days per year of Sweet and Park 2014[105]) include Atlantic City and Sandy Hook, NJ; Philadelphia, PA; Baltimore and Annapolis, MD; Norfolk, VA; Wilmington, NC; Charleston, SC; Savannah, GA; Mayport and Key West, FL; Port Isabel, TX, La Jolla, CA; and Honolulu, HI. In fact, over the last several decades, minor tidal flood rates have been accelerating within several (more than 25) East and Gulf Coast cities with established elevation thresholds for minor (nuisance) flood impacts, fastest where elevation thresholds are lower, local RSL rise is higher, and extreme variability less.[104, 105, 106]

Trends in extreme water levels (for example, monthly maxima) in excess of mean sea levels (for example, monthly means) exist, but are not commonplace.[48, 101, 107, 108, 109] More common are regional time dependencies in high-water probabilities, which can co-vary on an interan-

nual basis with climatic and other patterns.[101, 110, 111, 112, 113, 114, 115] These patterns are often associated with anomalous oceanic and atmospheric conditions.[116, 117] For instance, the probability of experiencing minor tidal flooding is compounded during El Niño periods along portions of the West and Mid-Atlantic Coasts[105] from a combination of higher sea levels and enhanced synoptic forcing and storm surge frequency.[112, 118, 119, 120]

### 12.6.2 Influence of Projected Sea Level Rise on Coastal Flood Frequencies

The extent and depth of minor-to-major coastal flooding during high-water events will continue to increase in the future as local RSL rises.[71, 76, 78, 105, 121, 122, 123, 124, 125] Relative to fixed elevations, the frequency of high-water events will increase the fastest where extreme variability is less and the rate of local RSL rise is higher.[71, 76, 105, 121, 124, 126] Under the RCP-based probabilistic RSL projections of Kopp et al. 2014,[76] at tide gauge locations along the contiguous U.S. coastline, a median 8-fold increase (range of 1.1- to 430-fold increase) is expected by 2050 in the annual number of floods exceeding the elevation of the current 100-year flood event (measured with respect to a 1991–2009 baseline sea level).[124] Under the same forcing, the frequency of minor tidal flooding (with contemporary recurrence intervals generally <1 year[104]) will increase even more so in the coming decades[105, 127] and eventually occur on a daily basis (Figure 12.5b). With only about 0.35 m (<14 inches) of additional local RSL rise (with respect to the year 2000), annual frequencies of moderate level flooding—those locally with a 5-year recurrence interval (Figure 12.5c) and associated with a NOAA coastal flood warning of serious risk to life and property—will increase 25-fold at the majority of NOAA tide gauge locations along the U.S. coastline (outside of Alaska) by or about (±5 years) 2080, 2060, 2040, and 2030 under the Interagency Low, Intermediate-Low,



FHWA001818



**Figure 12.5:** (a) Tidal floods (days per year) exceeding NOAA thresholds for minor impacts at 28 NOAA tide gauges through 2015. (b) Historical exceedances (orange), future projections through 2100 based upon the continuation of the historical trend (blue), and future projections under median RCP2.6, 4.5 and 8.5 conditions, for two of the locations—Charleston, SC and San Francisco, CA. (c) Water level heights above average highest tide associated with a local 5-year recurrence probability, and (d) the future decade when the 5-year event becomes a 0.2-year (5 or more times per year) event under the Interagency Intermediate scenario; black dots imply that a 5-year to 0.2-year frequency change does not unfold by 2200 under the Intermediate scenario. (Figure source: (a) adapted from Sweet and Marra 2016,[165] (b) adapted from Sweet and Park 2014,[105] (c) and (d) Sweet et al. 2017[71]).



Intermediate, and Intermediate-High GMSL scenarios, respectively.[71] Figure 12.5d, which shows the decade in which the frequency of such moderate level flooding will increase 25-fold under the Interagency Intermediate Scenario, highlights that the mid- and Southeast Atlantic, western Gulf of Mexico, California, and the Island States and Territories are most susceptible to rapid changes in potentially damaging flood frequencies.

### 12.6.3 Waves and Impacts

The combination of a storm surge at high tide with additional dynamic effects from waves[128, 129] creates the most damaging coastal hydraulic conditions.[130] Simply with higher-than-nor-

mal sea levels, wave action increases the likelihood for extensive coastal erosion[131, 132, 133] and low-island overwash.[134] Wave runup is often the largest water level component during extreme events, especially along island coastlines where storm surge is constrained by bathymetry.[78, 121, 123] On an interannual basis, wave impacts are correlated across the Pacific Ocean with phases of ENSO.[135, 136] Over the last half century, there has been an increasing trend in wave height and power within the North Pacific Ocean[137, 138] that is modulated by the PDO.[137, 139] Resultant increases in wave run-up have been more of a factor than RSL rise in terms of impacts along the U.S. Northwest Pacific Coast over the last several

FHWA001819

decades.[140] In the Northwest Atlantic Ocean, no long-term trends in wave power have been observed over the last half century,[141] though hurricane activity drives interannual variability.[142] In terms of future conditions this century, increases in mean and maximum seasonal wave heights are projected within parts of the northeast Pacific, northwest Atlantic, and Gulf of Mexico.[138, 143, 144, 145]

### 12.6.4 Sea Level Rise, Changing Storm Characteristics, and Their Interdependencies

Future probabilities of extreme coastal floods will depend upon the amount of local RSL rise, changes in coastal storm characteristics, and their interdependencies. For instance, there have been more storms producing concurrent locally extreme storm surge and rainfall (not captured in tide gauge data) along the U.S. East and Gulf Coasts over the last 65 years, with flooding further compounded by local RSL rise.[166] Hemispheric-scale extratropical cyclones may experience a northward shift this century, with some studies projecting an overall decrease in storm number (Colle et al. 2015[117] and references therein). The research is mixed about strong extratropical storms; studies find potential increases in frequency and intensity in some regions, like within the Northeast,[146] whereas others project decreases in strong extratropical storms in some regions (e.g., Zappa et al. 2013[147]).

For tropical cyclones, model projections for the North Atlantic mostly agree that intensities and precipitation rates will increase this century (see Ch. 9: Extreme Storms), although some model evidence suggests that track changes could dampen the effect in the U.S. Mid-Atlantic and Northeast.[148] Assuming other storm characteristics do not change, sea level rise will increase the frequency and extent of extreme flooding associated with coastal storms, such as hurricanes and nor'easters. A projected increase in the intensity of hurricanes in the North Atlantic could increase the probability of extreme flooding along most of the U.S. Atlantic and Gulf Coast states beyond what would be projected based solely on RSL rise.[110, 149, 150, 151] In addition, RSL increases are projected to cause a nonlinear increase in storm surge heights in shallow bathymetry environments[152, 153, 154, 155, 156] and extend wave propagation and impacts landward.[152, 153] However, there is low confidence in the magnitude of the increase in intensity and the associated flood risk amplification, and it could be offset or amplified by other factors, such as changes in storm frequency or tracks (e.g., Knutson et al. 2013,[157] 2015[158]).



FHWA001820

## TRACEABLE ACCOUNTS

### Key Finding 1

Global mean sea level (GMSL) has risen by about 7–8 inches (about 16–21 cm) since 1900, with about 3 of those inches (about 7 cm) occurring since 1993 (*very high confidence*). Human-caused climate change has made a substantial contribution to GMSL rise since 1900 (*high confidence*), contributing to a rate of rise that is greater than during any preceding century in at least 2,800 years (*medium confidence*).

### Description of evidence base

Multiple researchers, using different statistical approaches, have integrated tide gauge records to estimate GMSL rise since the late nineteenth century (e.g., Church and White 2006,[159] 2011;[34] Hay et al. 2015;[33] Jevrejeva et al. 2009).[42] The most recent published rate estimates are 1.2 ± 0.2[33] or 1.5 ± 0.2[34] mm/year over 1901–1990. Thus, these results indicate about 11–14 cm (4–5 inches) of GMSL rise from 1901 to 1990. Tide gauge analyses indicate that GMSL rose at a considerably faster rate of about 3 mm/year (0.12 inches/year) since 1993,[33, 34] a result supported by satellite data indicating a trend of 3.4 ± 0.4 mm/year (0.13 inches/year) over 1993–2015 (update to Nerem et al. 2010[35]) (Figure 12.3a). These results indicate an additional GMSL rise of about 7 cm (about 3 inches) rise since 1990. Thus, total GMSL rise since 1900 is about 16–21 cm (about 7–8 inches).

The finding regarding the historical context of the 20th century change is based upon Kopp et al.,[32] who conducted a meta-analysis of geological RSL reconstructions spanning the last 3,000 years from 24 locations around the world as well as tide gauge data from 66 sites and the tide gauge based GMSL reconstruction of Hay et al.[33] By constructing a spatio-temporal statistical model of these data sets, they identified the common global sea level signal over the last three millennia and its uncertainties. They found a 95% probability that the average rate of GMSL change over 1900–2000 was greater than during any preceding century in at least 2,800 years.

The finding regarding the substantial human contribution is based upon several lines of evidence. Kopp et al.,[32] based on the long term historical relationship between temperature and the rate of sea level change, found that it is *extremely likely* that GMSL rise would have been <59% of observed in the absence of 20th century global warming, and that it is *very likely* that GMSL has been higher since 1960 than it would have been without 20th century global warming. Using a variety of models for individual components, Slangen et al.[41] found that 69% ± 31% out of the 87% ± 20% of GMSL rise over 1970–2005 that their models simulated was attributable to anthropogenic forcing, and that 37% ± 38% out of 74% ± 22% simulated was attributable over 1900–2005. Jevrejeva et al.,[42] using the relationship between forcing and GMSL over 1850 and 2001 and CMIP3 models, found that ~75% of GMSL rise in the 20th century is attributable to anthropogenic forcing. Marcos and Amores,[45] using CMIP5 models, found that ~87% of ocean heat uptake since 1970 in the top 700 m of the ocean has been due to anthropogenic forcing. Slangen et al.,[46] using CMIP5, found that anthropogenic forcing was required to explain observed thermosteric SLR over 1957–2005. Marzeion et al.[47] found that 25% ± 35% of glacial loss over 1851–2010, and 69% ± 24% over 1991–2010, was attributable to anthropogenic forcing. Dangendorf et al.,[43] based on time series analysis, found that >45% of observed GMSL trend since 1900 cannot (with 99% probability) be explained by multi-decadal natural variability. Becker et al.,[44] based on time series analysis, found a 99% probability that at least 1.0 or 1.3 mm/year of GMSL rise over 1880–2010 is anthropogenic.

### Major uncertainties

Uncertainties in reconstructed GMSL change relate to the sparsity of tide gauge records, particularly before the middle of the twentieth century, and to different statistical approaches for estimating GMSL change from these sparse records. Uncertainties in reconstructed GMSL change before the twentieth century also relate to the sparsity of geological proxies for sea



FHWA001821

level change, the interpretation of these proxies, and the dating of these proxies. Uncertainty in attribution relates to the reconstruction of past changes and the magnitude of unforced variability.

### Assessment of confidence based on evidence and agreement, including short description of nature of evidence and level of agreement

Confidence is *very high* in the rate of GMSL rise since 1900, based on multiple different approaches to estimating GMSL rise from tide gauges and satellite altimetry. Confidence is *high* in the substantial human contribution to GMSL rise since 1900, based on both statistical and physical modeling evidence. It is *medium* that the magnitude of the observed rise since 1900 is unprecedented in the context of the previous 2,800 years, based on meta-analysis of geological proxy records.

### Summary sentence or paragraph that integrates the above information

This key finding is based upon multiple analyses of tide gauge and satellite altimetry records, on a meta-analysis of multiple geological proxies for pre-instrumental sea level change, and on both statistical and physical analyses of the human contribution to GMSL rise since 1900.

### Key Finding 2

Relative to the year 2000, GMSL is *very likely* to rise by 0.3–0.6 feet (9–18 cm) by 2030, 0.5–1.2 feet (15–38 cm) by 2050, and 1.0–4.3 feet (30–130 cm) by 2100 (*very high confidence in lower bounds; medium confidence in upper bounds for 2030 and 2050; low confidence in upper bounds for 2100*). Future pathways have little effect on projected GMSL rise in the first half of the century, but significantly affect projections for the second half of the century (*high confidence*). Emerging science regarding Antarctic ice sheet stability suggests that, for high emission scenarios, a GMSL rise exceeding 8 feet (2.4 m) by 2100 is physically possible, although the probability of such an extreme outcome cannot currently be assessed. Regardless of pathway, it is *extremely likely* that GMSL rise will continue beyond 2100 (*high confidence*).

### Description of evidence base

The lower bound of the *very likely* range is based on a continuation of the observed approximately 3 mm/year rate of GMSL rise. The upper end of the *very likely* range is based upon estimates for the higher scenario (RCP8.5) from three studies producing fully probabilistic projections across multiple RCPs. Kopp et al. 2014[76] fused multiple sources of information accounting for the different individual process contributing to GMSL rise. Kopp et al. 2016[32] constructed a semi-empirical sea level model calibrated to the Common Era sea level reconstruction. Mengel et al.[82] constructed a set of semi-empirical models of the different contributing processes. All three studies show negligible RCP dependence in the first half of this century, becoming more prominent in the second half of the century. A sensitivity study by Kopp et al. 2014,[76] as well as studies by Jevrejeva et al.[80] and by Jackson and Jevrejeva,[83] used frameworks similar to Kopp et al. 2016[32] but incorporated directly an expert elicitation study on ice sheet stability.[74] (This study was incorporated in Kopp et al. 2014's[76] main results with adjustments for consistency with Church et al. 2013[4]). These studies extend the *very likely* range for the higher scenario (RCP8.5) as high as 160–180 cm (5–6 feet) (Kopp et al. 2014,[76] sensitivity study).[80,83]



To estimate the effect of incorporating the DeConto and Pollard[77] projections of Antarctic ice sheet melt, we note that Kopp et al. (2014)'s[76] median projection of Antarctic melt in 2100 is 4 cm (1.6 inches) (RCP2.6), 5 cm (2 inches) (RCP4.5), or 6 cm (2.4 inches) (RCP8.5). By contrast, DeConto and Pollard's[77] ensemble mean projections are (varying the assumptions for the size of Pliocene mass loss and the bias correction in the Amundsen Sea) 2–14 cm (0.1–0.5 foot) for an even lower scenario (RCP2.6), 26–58 cm (0.9–1.9 feet) for a lower scenario (RCP4.5), and 64–114 cm (2.1–3.7 ft) for the higher scenario (RCP8.5). Thus, we conclude that DeConto and Pollard's[77] projection would lead to a −10 cm (−0.1–0.3 ft) increase in median RCP2.6 projections, a 21–53 cm (0.7–1.7 feet) increase in median RCP4.5 projections, and a 58–108 cm (1.9–3.5 feet) increase in median RCP8.5 projections.

FHWA001822

Very likely ranges, 2030 relative to 2000 in cm (feet)

|  | Kopp et al. (2014)[76] | Kopp et al. (2016)[32] | Mengel et al. (2016)[92] |
|---|---|---|---|
| RCP8.5 | 11–18 (0.4–0.6) | 8–15 (0.3–0.5) | 7–12 (0.2–0.4) |
| RCP4.5 | 10–18 (0.3–0.6) | 8–15 (0.3–0.5) | 7–12 (0.2–0.4) |
| RCP2.6 | 10–18 (0.3–0.6) | 8–15 (0.3–0.5) | 7–12 (0.2–0.4) |

Very likely ranges, 2050 relative to 2000 in cm (feet)

|  | Kopp et al. (2014)[76] | Kopp et al. (2016)[32] | Mengel et al. (2016)[92] |
|---|---|---|---|
| RCP8.5 | 21–38 (0.7–1.2) | 16–34 (0.5–1.1) | 15–28 (0.5–0.9) |
| RCP4.5 | 18–35 (0.6–1.1) | 15–31 (0.5–1.0) | 14–25 (0.5–0.8) |
| RCP2.6 | 18–33 (0.6–1.1) | 14–29 (0.5–1.0) | 13–23 (0.4–0.8) |

Very likely ranges, 2100 relative to 2000 in cm (feet)

|  | Kopp et al. (2014)[76] | Kopp et al. (2016)[32] | Mengel et al. (2016)[92] |
|---|---|---|---|
| RCP8.5 | 55–121 (1.8–4.0) | 52–131 (1.7–4.3) | 57–131 (1.9–4.3) |
| RCP4.5 | 36–93 (1.2–3.1) | 33–85 (1.1–2.8) | 37–77 (1.2–2.5) |
| RCP2.6 | 29–82 (1.0–2.7) | 24–61 (0.8–2.0) | 28–56 (0.9–1.8) |

**Major uncertainties**

Since NCA3, multiple different approaches have been used to generate probabilistic projections of GMSL rise, conditional upon the RCPs. These approaches are in general agreement. However, emerging results indicate that marine-based sectors of the Antarctic Ice Sheet are more unstable than previous modeling indicated. The rate of ice sheet mass changes remains challenging to project.

**Assessment of confidence based on evidence and agreement, including short description of nature of evidence and level of agreement**

There is *very high* confidence that future GMSL rise over the next several decades will be at least as fast as a con-

tinuation of the historical trend over the last quarter century would indicate. There is *medium* confidence in the upper end of very likely ranges for 2030 and 2050. Due to possibly large ice sheet contributions, there is *low* confidence in the upper end of very likely ranges for 2100. Based on multiple projection methods, there is *high confidence* that differences between emission scenarios are small before 2050 but significant beyond 2050.

**Summary sentence or paragraph that integrates the above information**

This key finding is based upon multiple methods for estimating the probability of future sea level change and on new modeling results regarding the stability of marine based ice in Antarctica.

**Key Finding 3**

Relative sea level (RSL) rise in this century will vary along U.S. coastlines due, in part, to changes in Earth's gravitational field and rotation from melting of land ice, changes in ocean circulation, and vertical land motion (*very high confidence*). For almost all future GMSL rise scenarios, RSL rise is *likely* to be greater than the global average in the U.S. Northeast and the western Gulf of Mexico. In intermediate and low GMSL rise scenarios, RSL rise is *likely* to be less than the global average in much of the Pacific Northwest and Alaska. For high GMSL rise scenarios, RSL rise is *likely* to be higher than the global average along all U.S. coastlines outside Alaska. Almost all U.S. coastlines experience more than global-mean sea-level rise in response to Antarctic ice loss, and thus would be particularly affected under extreme GMSL rise scenarios involving substantial Antarctic mass loss (*high confidence*).



**Description of evidence base**

The processes that cause geographic variability in RSL change are reviewed by Kopp et al. [3] Long tide gauge data sets show the RSL rise caused by vertical land motion due to glacio-isostatic adjustment and fluid withdrawal along many U.S. coastlines.[160, 161] These observations are corroborated by glacio-isostatic adjustment models, by GPS observations, and by geological data (e.g., Engelhart and Horton 2012[162]). The physics of the

gravitational, rotational and flexural "static-equilibrium fingerprint" response of sea level to redistribution of mass from land ice to the oceans is well established.[13, 163] GCM studies indicate the potential for a Gulf Stream contribution to sea level rise in the U.S. Northeast.[12, 164] Kopp et al.[76] and Slangen et al.[46] accounted for land motion (only glacial isostatic adjustment for Slangen et al.), fingerprint, and ocean dynamic responses. Comparing projections of local RSL change and GMSL change in these studies indicate that local rise is likely to be greater than the global average along the U.S. Atlantic and Gulf Coasts and less than the global average in most of the Pacific Northwest. Sea level rise projections in this report are developed by an Interagency Sea Level Rise Task Force.[71]

## Major uncertainties

Since NCA3, multiple authors have produced global or regional studies synthesizing the major process that causes global and local sea level change to diverge. The largest sources of uncertainty in the geographic variability of sea level change are ocean dynamic sea level change and, for those regions where sea level fingerprints for Greenland and Antarctica differ from the global mean in different directions, the relative contributions of these two sources to projected sea level change.

## Assessment of confidence based on evidence and agreement, including short description of nature of evidence and level of agreement

Because of the enumerated physical processes, there is *very high* confidence that RSL change will vary across U.S. coastlines. There is *high* confidence in the likely differences of RSL change from GMSL change under different levels of GMSL change, based on projections incorporating the different relevant processes.

## Summary sentence or paragraph that integrates the above information

The part of the key finding regarding the existence of geographic variability is based upon a broader observational, modeling, and theoretical literature. The specific differences are based upon the scenarios described by the Interagency Sea Level Rise Task Force.[71]

## Key Finding 4

As sea levels have risen, the number of tidal floods each year that cause minor impacts (also called "nuisance floods") have increased 5- to 10-fold since the 1960s in several U.S. coastal cities (*very high confidence*). Rates of increase are accelerating in over 25 Atlantic and Gulf Coast cities (*very high confidence*). Tidal flooding will continue increasing in depth, frequency, and extent this century (*very high confidence*).

## Description of evidence base

Sweet et al.[104] examined 45 NOAA tide gauge locations with hourly data since 1980 and Sweet and Park[105] examined a subset of these (27 locations) with hourly data prior to 1950, all with a National Weather Service elevation threshold established for minor "nuisance" flood impacts. Using linear or quadratic fits of annual number of days exceeding the minor thresholds, Sweet and Park[105] find increases in trend-derived values between 1960 and 2010 greater than 10-fold at 8 locations, greater than 5-fold at 6 locations, and greater than 3-fold at 7 locations. Sweet et al.,[104] Sweet and Park,[105] and Ezer and Atkinson[106] find that annual minor tidal flood frequencies since 1980 are accelerating along locations on the East and Gulf Coasts (>25 locations[104]) due to continued exceedance of a typical high-water distribution above elevation thresholds for minor impacts.



Historical changes over the last 60 years in flood probabilities have occurred most rapidly where RSL rates were highest and where tide ranges and extreme variability is less (Sweet and Park 2014). In terms of future rates of changes in extreme event probabilities relative to fixed elevations, Hunter,[126] Tebaldi et al.,[121] Kopp et al.,[76] Sweet and Park[105] and Sweet et al.[71] all find that locations with less extreme variability and higher RSL rise rates are most prone.

## Major uncertainties

Minor flooding probabilities have been only assessed where a tide gauge is present with >30 years of data and where a NOAA National Weather Service elevation threshold for impacts has been established. There are likely many other locations experiencing similar flood-

FHWA001824

ing patterns, but an expanded assessment is not possible at this time.

**Assessment of confidence based on evidence and agreement, including short description of nature of evidence and level of agreement**

There is *very high* confidence that exceedance probabilities of high tide flooding at dozens of local-specific elevation thresholds have significantly increased over the last half century, often in an accelerated fashion, and that exceedance probabilities will continue to increase this century.

**Summary sentence or paragraph that integrates the above information**

This key finding is based upon several studies finding historic and projecting future changes in high-water probabilities for local-specific elevation thresholds for flooding.

**Key Finding 5**

Assuming storm characteristics do not change, sea level rise will increase the frequency and extent of extreme flooding associated with coastal storms, such as hurricanes and nor'easters (*very high confidence*). A projected increase in the intensity of hurricanes in the North Atlantic (*medium confidence*) could increase the probability of extreme flooding along most of the U.S. Atlantic and Gulf Coast states beyond what would be projected based solely on RSL rise. However, there is *low confidence* in the projected increase in frequency of intense Atlantic hurricanes, and the associated flood risk amplification and flood effects could be offset or amplified by such factors as changes in overall storm frequency or tracks.

**Description of evidence base**

The frequency, extent, and depth of extreme event-driven (for example, 5- to 100-year event probabilities) coastal flooding relative to existing infrastructure will continue to increase in the future as local RSL rises.[71, 76, 78, 103, 121, 122, 123, 124] Extreme flood probabilities will increase regardless of change in storm characteristics, which may exacerbate such changes. Model-based projections of tropical storms and related major storm

surges within the North Atlantic mostly agree that intensities and frequencies of the most intense storms will increase this century.[110, 149, 150, 151, 157] However, the projection of increased hurricane intensity is more robust across models than the projection of increased frequency of the most intense storms, since a number of models project a substantial decrease in the overall number of tropical storms and hurricanes in the North Atlantic. Changes in the frequency of intense hurricanes depends on changes in both the overall frequency of tropical cyclones storms and their intensities. High-resolution models generally project an increase in mean hurricane intensity in the Atlantic (e.g., Knutson et al. 2013[157]). In addition, there is model evidence for a change in tropical cyclone tracks in warm years that minimizes the increase in landfalling hurricanes in the U.S. Mid-Atlantic or Northeast.[148]

**Major uncertainties**

Uncertainties remain large with respect to the precise change in future risk of a major coastal impact at a specific location from changes in the most intense tropical cyclone characteristics and tracks beyond changes imposed from local sea level rise.

**Assessment of confidence based on evidence and agreement, including short description of nature of evidence and level of agreement**

There is *low confidence* that the flood risk at specific locations will be amplified from a major tropical storm this century.



**Summary sentence or paragraph that integrates the above information**

This key finding is based upon several modeling studies of future hurricane characteristics and associated increases in major storm surge risk amplification.

FHWA001825

## REFERENCES

1. Wong, P.P., I.J. Losada, J.-P. Gattuso, J. Hinkel, A. Khattabi, K.L. McInnes, Y. Saito, and A. Sallenger, 2014: Coastal systems and low-lying areas. *Climate Change 2014: Impacts,Adaptation, and Vulnerability. Part A: Global and Sectoral Aspects. Contribution of Working Group II to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change*. Field, C.B., V.R. Barros, D.J. Dokken, K.J. Mach, M.D. Mastrandrea, T.E. Bilir, M. Chatterjee, K.L. Ebi, Y.O. Estrada, R.C. Genova, B. Girma, E.S. Kissel, A.N. Levy, S. MacCracken, P.R. Mastrandrea, and L.L.White, Eds. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 361-409. http://www.ipcc.ch/report/ar5/wg2/

2. Lentz, E.E., E.R. Thieler, N.G. Plant, S.R. Stippa, R.M. Horton, and D.B. Gesch, 2016: Evaluation of dynamic coastal response to sea-level rise modifies inundation likelihood. *Nature Climate Change*, 6, 696-700. http://dx.doi.org/10.1038/nclimate2957

3. Kopp, R.E., C.C. Hay, C.M. Little, and J.X. Mitrovica, 2015: Geographic variability of sea-level change. *Current Climate Change Reports*, 1, 192-204. http://dx.doi.org/10.7282/T37W6F4P

4. Church, J.A., P.U. Clark, A. Cazenave, J.M. Gregory, S. Jevrejeva, A. Levermann, M.A. Merrifield, G.A. Milne, R.S. Nerem, P.D. Nunn, A.J. Payne, W.T. Pfeffer, D. Stammer, and A.S. Unnikrishnan, 2013: Sea level change. *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change*. Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex, and P.M. Midgley, Eds. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1137–1216. http://www.climatechange2013.org/report/full-report/

5. Reager, J.T., A.S. Gardner, J.S. Famiglietti, D.N. Wiese, A. Eicker, and M.-H. Lo, 2016: A decade of sea level rise slowed by climate-driven hydrology. *Science*, 351, 699-703. http://dx.doi.org/10.1126/science.aad8386

6. Rietbroek, R., S.-E. Brunnabend, J. Kusche, J. Schröter, and C. Dahle, 2016: Revisiting the contemporary sea-level budget on global and regional scales. *Proceedings of the National Academy of Sciences*, 113, 1504-1509. http://dx.doi.org/10.1073/pnas.1519132113

7. Wada, Y., M.-H. Lo, P.J.F. Yeh, J.T. Reager, J.S. Famiglietti, R.-J. Wu, and Y.-H. Tseng, 2016: Fate of water pumped from underground and contributions to sea-level rise. *Nature Climate Change*, 6, 777-780. http://dx.doi.org/10.1038/nclimate3001

8. Wada, Y., J.T. Reager, B.F. Chao, J. Wang, M.-H. Lo, C. Song, Y. Li, and A.S. Gardner, 2017: Recent changes in land water storage and its contribution to sea level variations. *Surveys in Geophysics*, 38, 131-152. http://dx.doi.org/10.1007/s10712-016-9399-6

9. Boon, J.D., 2012: Evidence of sea level acceleration at U.S. and Canadian tide stations, Atlantic Coast, North America. *Journal of Coastal Research*, 1437-1445. http://dx.doi.org/10.2112/JCOAS-TRES-D-12-00102.1

10. Ezer, T., 2013: Sea level rise, spatially uneven and temporally unsteady: Why the U.S. East Coast, the global tide gauge record, and the global altimeter data show different trends. *Geophysical Research Letters*, 40, 5439-5444. http://dx.doi.org/10.1002/2013GL057952

11. Sallenger, A.H., K.S. Doran, and P.A. Howd, 2012: Hotspot of accelerated sea-level rise on the Atlantic coast of North America. *Nature Climate Change*, 2, 884-888. http://dx.doi.org/10.1038/nclimate1597

12. Yin, J. and P.B. Goddard, 2013: Oceanic control of sea level rise patterns along the East Coast of the United States. *Geophysical Research Letters*, 40, 5514-5520. http://dx.doi.org/10.1002/2013GL057992

13. Mitrovica, J.X., N. Gomez, E. Morrow, C. Hay, K. Latychev, and M.E. Tamisiea, 2011: On the robustness of predictions of sea level fingerprints. *Geophysical Journal International*, 187, 729-742. http://dx.doi.org/10.1111/j.1365-246X.2011.05090.x

14. Zervas, C., S. Gill, and W.V. Sweet, 2013: Estimating Vertical Land Motion From Long-term Tide Gauge Records. National Oceanic and Atmospheric Administration, National Ocean Service, 22 pp. https://tidesandcurrents.noaa.gov/publications/Technical_Report_NOS_CO-OPS_065.pdf

15. Wöppelmann, G. and M. Marcos, 2016: Vertical land motion as a key to understanding sea level change and variability. *Reviews of Geophysics*, 54, 64-92. http://dx.doi.org/10.1002/2015RG000502

16. Bromirski, P.D., A.J. Miller, R.E. Flick, and G. Auad, 2011: Dynamical suppression of sea level rise along the Pacific coast of North America: Indications for imminent acceleration. *Journal of Geophysical Research*, 116, C07005. http://dx.doi.org/10.1029/2010JC006759

17. Goddard, P.B., J. Yin, S.M. Griffies, and S. Zhang, 2015: An extreme event of sea-level rise along the Northeast coast of North America in 2009–2010. *Nature Communications*, 6, 6346. http://dx.doi.org/10.1038/ncomms7346

18. Galloway, D., D.R. Jones, and S.E. Ingebritsen, 1999: Land Subsidence in the United States. U.S. Geological Survey, Reston, VA. 6 pp. https://pubs.usgs.gov/circ/circ1182/



FHWA001826

19. Miller, K.G., M.A. Kominz, J.V. Browning, J.D. Wright, G.S. Mountain, M.E. Katz, P.J. Sugarman, B.S. Cramer, N. Christie-Blick, and S.F. Pekar, 2005: The Phanerozoic record of global sea-level change. *Science*, **310**, 1293-1298. http://dx.doi.org/10.1126/science.1116412

20. Dutton, A., A.E. Carlson, A.J. Long, G.A. Milne, P.U. Clark, R. DeConto, B.P. Horton, S. Rahmstorf, and M.E. Raymo, 2015: Sea-level rise due to polar ice-sheet mass loss during past warm periods. *Science*, **349**, aaa4019. http://dx.doi.org/10.1126/science.aaa4019

21. Hoffman, J.S., P.U. Clark, A.C. Parnell, and F. He, 2017: Regional and global sea-surface temperatures during the last interglaciation. *Science*, **355**, 276-279. http://dx.doi.org/10.1126/science.aai8464

22. Dutton, A. and K. Lambeck, 2012: Ice volume and sea level during the Last Interglacial. *Science*, **337**, 216-219. http://dx.doi.org/10.1126/science.1205749

23. Kopp, R.E., F.J. Simons, J.X. Mitrovica, A.C. Maloof, and M. Oppenheimer, 2009: Probabilistic assessment of sea level during the last interglacial stage. *Nature*, **462**, 863-867. http://dx.doi.org/10.1038/nature08686

24. Haywood, A.M., D.J. Hill, A.M. Dolan, B.L. Otto-Bliesner, F. Bragg, W.L. Chan, M.A. Chandler, C. Contoux, H.J. Dowsett, A. Jost, Y. Kamae, G. Lohmann, D.J. Lunt, A. Abe-Ouchi, S.J. Pickering, G. Ramstein, N.A. Rosenbloom, U. Salzmann, L. Sohl, C. Stepanek, H. Ueda, Q. Yan, and Z. Zhang, 2013: Large-scale features of Pliocene climate: Results from the Pliocene Model Intercomparison Project. *Climate of the Past*, **9**, 191-209. http://dx.doi.org/10.5194/cp-9-191-2013

25. Miller, K.G., J.D. Wright, J.V. Browning, A. Kulpecz, M. Kominz, T.R. Naish, B.S. Cramer, Y. Rosenthal, W.R. Peltier, and S. Sosdian, 2012: High tide of the warm Pliocene: Implications of global sea level for Antarctic deglaciation. *Geology*, **40**, 407-410. http://dx.doi.org/10.1130/g32869.1

26. Clark, P.U., A.S. Dyke, J.D. Shakun, A.E. Carlson, J. Clark, B. Wohlfarth, J.X. Mitrovica, S.W. Hostetler, and A.M. McCabe, 2009: The last glacial maximum. *Science*, **325**, 710-714. http://dx.doi.org/10.1126/science.1172873

27. Shennan, I., A.J. Long, and B.P. Horton, eds., 2015: *Handbook of Sea-Level Research*. John Wiley & Sons, Ltd, 581 pp. http://dx.doi.org/10.1002/9781118452547

28. Lambeck, K., H. Rouby, A. Purcell, Y. Sun, and M. Sambridge, 2014: Sea level and global ice volumes from the Last Glacial Maximum to the Holocene. *Proceedings of the National Academy of Sciences*, **111**, 15296-15303. http://dx.doi.org/10.1073/pnas.1411762111

29. Deschamps, P., N. Durand, E. Bard, B. Hamelin, G. Camoin, A.L. Thomas, G.M. Henderson, J.i. Okuno, and Y. Yokoyama, 2012: Ice-sheet collapse and sea-level rise at the Bolling warming 14,600 years ago. *Nature*, **483**, 559-564. http://dx.doi.org/10.1038/nature10902

30. Carlson, A.E., A.N. LeGrande, D.W. Oppo, R.E. Came, G.A. Schmidt, F.S. Anslow, J.M. Licciardi, and E.A. Obbink, 2008: Rapid early Holocene deglaciation of the Laurentide ice sheet. *Nature Geoscience*, **1**, 620-624. http://dx.doi.org/10.1038/ngeo285

31. Kemp, A.C., B.P. Horton, J.P. Donnelly, M.E. Mann, M. Vermeer, and S. Rahmstorf, 2011: Climate related sea-level variations over the past two millennia. *Proceedings of the National Academy of Sciences*, **108**, 11017-11022. http://dx.doi.org/10.1073/pnas.1015619108

32. Kopp, R.E., A.C. Kemp, K. Bittermann, B.P. Horton, J.P. Donnelly, W.R. Gehrels, C.C. Hay, J.X. Mitrovica, E.D. Morrow, and S. Rahmstorf, 2016: Temperature-driven global sea-level variability in the Common Era. *Proceedings of the National Academy of Sciences*, **113**, E1434-E1441. http://dx.doi.org/10.1073/pnas.1517056113

33. Hay, C.C., E. Morrow, R.E. Kopp, and J.X. Mitrovica, 2015: Probabilistic reanalysis of twentieth-century sea-level rise. *Nature*, **517**, 481-484. http://dx.doi.org/10.1038/nature14093

34. Church, J.A. and N.J. White, 2011: Sea-level rise from the late 19th to the early 21st century. *Surveys in Geophysics*, **32**, 585-602. http://dx.doi.org/10.1007/s10712-011-9119-1

35. Nerem, R.S., D.P. Chambers, C. Choe, and G.T. Mitchum, 2010: Estimating mean sea level change from the TOPEX and Jason altimeter missions. *Marine Geodesy*, **33**, 435-446. http://dx.doi.org/10.1080/01490419.2010.491031

36. Llovel, W., J.K. Willis, F.W. Landerer, and I. Fukumori, 2014: Deep-ocean contribution to sea level and energy budget not detectable over the past decade. *Nature Climate Change*, **4**, 1031-1035. http://dx.doi.org/10.1038/nclimate2387

37. Leuliette, E.W., 2015: The balancing of the sea-level budget. *Current Climate Change Reports*, **1**, 185-191. http://dx.doi.org/10.1007/s40641-015-0012-8

38. Merrifield, M.A., P. Thompson, E. Leuliette, G.T. Mitchum, D.P. Chambers, S. Jevrejeva, R.S. Nerem, M. Menéndez, W. Sweet, B. Hamlington, and J.J. Marra, 2015: [Global Oceans] Sea level variability and change [in "State of the Climate in 2014"]. *Bulletin of the American Meteorological Society*, **96 (12)**, S82-S85. http://dx.doi.org/10.1175/2015BAMSStateoftheClimate.1



FHWA001827

39. Chambers, D.P., A. Cazenave, N. Champollion, H. Dieng, W. Llovel, R. Forsberg, K. von Schuckmann, and Y. Wada, 2017: Evaluation of the global mean sea level budget between 1993 and 2014. *Surveys in Geophysics*, **38**, 309–327. http://dx.doi.org/10.1007/s10712-016-9381-3

40. Leuliette, E.W. and R.S. Nerem, 2016: Contributions of Greenland and Antarctica to global and regional sea level change. *Oceanography*, **29**, 154-159. http://dx.doi.org/10.5670/oceanog.2016.107

41. Slangen, A.B.A., J.A. Church, C. Agosta, X. Fettweis, B. Marzeion, and K. Richter, 2016: Anthropogenic forcing dominates global mean sea-level rise since 1970. *Nature Climate Change*, **6**, 701-705. http://dx.doi.org/10.1038/nclimate2991

42. Jevrejeva, S., A. Grinsted, and J.C. Moore, 2009: Anthropogenic forcing dominates sea level rise since 1850. *Geophysical Research Letters*, **36**, L20706. http://dx.doi.org/10.1029/2009GL040216

43. Dangendorf, S., M. Marcos, A. Müller, E. Zorita, R. Riva, K. Berk, and J. Jensen, 2015: Detecting anthropogenic footprints in sea level rise. *Nature Communications*, **6**, 7849. http://dx.doi.org/10.1038/ncomms8849

44. Becker, M., M. Karpytchev, and S. Lennartz-Sassinek, 2014: Long-term sea level trends: Natural or anthropogenic? *Geophysical Research Letters*, **41**, 5571-5580. http://dx.doi.org/10.1002/2014GL061027

45. Marcos, M. and A. Amores, 2014: Quantifying anthropogenic and natural contributions to thermosteric sea level rise. *Geophysical Research Letters*, **41**, 2502-2507. http://dx.doi.org/10.1002/2014GL059766

46. Slangen, A.B.A., J.A. Church, X. Zhang, and D. Monselesan, 2014: Detection and attribution of global mean thermosteric sea level change. *Geophysical Research Letters*, **41**, 5951-5959. http://dx.doi.org/10.1002/2014GL061356

47. Marzeion, B., J.G. Cogley, K. Richter, and D. Parkes, 2014: Attribution of global glacier mass loss to anthropogenic and natural causes. *Science*, **345**, 919-921. http://dx.doi.org/10.1126/science.1254702

48. Marcos, M., B. Marzeion, S. Dangendorf, A.B.A. Slangen, H. Palanisamy, and L. Fenoglio-Marc, 2017: Internal variability versus anthropogenic forcing on sea level and its components. *Surveys in Geophysics*, **38**, 329–348. http://dx.doi.org/10.1007/s10712-016-9373-3

49. Zhang, X. and J.A. Church, 2012: Sea level trends, interannual and decadal variability in the Pacific Ocean. *Geophysical Research Letters*, **39**, L21701. http://dx.doi.org/10.1029/2012GL053240

50. Merrifield, M.A., 2011: A shift in western tropical Pacific sea level trends during the 1990s. *Journal of Climate*, **24**, 4126-4138. http://dx.doi.org/10.1175/2011JCLI3932.1

51. Hamlington, B.D., S.H. Cheon, P.R. Thompson, M.A. Merrifield, R.S. Nerem, R.R. Leben, and K.Y. Kim, 2016: An ongoing shift in Pacific Ocean sea level. *Journal of Geophysical Research Oceans*, **121**, 5084-5097. http://dx.doi.org/10.1002/2016JC011815

52. Kopp, R.E., 2013: Does the mid-Atlantic United States sea level acceleration hot spot reflect ocean dynamic variability? *Geophysical Research Letters*, **40**, 3981-3985. http://dx.doi.org/10.1002/grl.50781

53. Kopp, R.E., B.P. Horton, A.C. Kemp, and C. Tebaldi, 2015: Past and future sea-level rise along the coast of North Carolina, USA. *Climatic Change*, **132**, 693-707. http://dx.doi.org/10.1007/s10584-015-1451-x

54. Rahmstorf, S., J.E. Box, G. Feulner, M.E. Mann, A. Robinson, S. Rutherford, and E.J. Schaffernicht, 2015: Exceptional twentieth-century slowdown in Atlantic Ocean overturning circulation. *Nature Climate Change*, **5**, 475-480. http://dx.doi.org/10.1038/nclimate2554

55. Shepherd, A., E.R. Ivins, A. Geruo, V.R. Barletta, M.J. Bentley, S. Bettadpur, K.H. Briggs, D.H. Bromwich, R. Forsberg, N. Galin, M. Horwath, S. Jacobs, I. Joughin, M.A. King, J.T.M. Lenaerts, J. Li, S.R.M. Ligtenberg, A. Luckman, S.B. Luthcke, M. McMillan, R. Meister, G. Milne, J. Mouginot, A. Muir, J.P. Nicolas, J. Paden, A.J. Payne, H. Pritchard, E. Rignot, H. Rott, L. Sandberg Sørensen, T.A. Scambos, B. Scheuchl, E.J.O. Schrama, B. Smith, A.V. Sundal, J.H. van Angelen, W.J. van de Berg, M.R. van den Broeke, D.G. Vaughan, I. Velicogna, J. Wahr, P.L. Whitehouse, D.J. Wingham, D. Yi, D. Young, and H.J. Zwally, 2012: A reconciled estimate of ice-sheet mass balance. *Science*, **338**, 1183-1189. http://dx.doi.org/10.1126/science.1228102

56. Scambos, T. and C. Shuman, 2016: Comment on 'Mass gains of the Antarctic ice sheet exceed losses' by H. J. Zwally and others. *Journal of Glaciology*, **62**, 599-603. http://dx.doi.org/10.1017/jog.2016.59

57. Seo, K.-W., C.R. Wilson, T. Scambos, B.-M. Kim, D.E. Waliser, B. Tian, B.-H. Kim, and J. Eom, 2015: Surface mass balance contributions to acceleration of Antarctic ice mass loss during 2003–2013. *Journal of Geophysical Research Solid Earth*, **120**, 3617-3627. http://dx.doi.org/10.1002/2014JB011755

58. Martín-Español, A., A. Zammit-Mangion, P.J. Clarke, T. Flament, V. Helm, M.A. King, S.B. Luthcke, E. Petrie, F. Rémy, N. Schön, B. Wouters, and J.L. Bamber, 2016: Spatial and temporal Antarctic Ice Sheet mass trends, glacio-isostatic adjustment, and surface processes from a joint inversion of satellite altimeter, gravity, and GPS data. *Journal of Geophysical Research Earth Surface*, **121**, 182-200. http://dx.doi.org/10.1002/2015JF003550



FHWA001828

59. Helm, V., A. Humbert, and H. Miller, 2014: Elevation and elevation change of Greenland and Antarctica derived from CryoSat-2. *The Cryosphere,* **8,** 1539-1559. http://dx.doi.org/10.5194/tc-8-1539-2014

60. Sutterley, T.C., I. Velicogna, E. Rignot, J. Mouginot, T. Flament, M.R. van den Broeke, J.M. van Wessem, and C.H. Reijmer, 2014: Mass loss of the Amundsen Sea embayment of West Antarctica from four independent techniques. *Geophysical Research Letters,* **41,** 8421-8428. http://dx.doi.org/10.1002/2014GL061940

61. Mouginot, J., E. Rignot, and B. Scheuchl, 2014: Sustained increase in ice discharge from the Amundsen Sea Embayment, West Antarctica, from 1973 to 2013. *Geophysical Research Letters,* **41,** 1576-1584. http://dx.doi.org/10.1002/2013GL059069

62. Khazendar, A., M.P. Schodlok, I. Fenty, S.R.M. Ligtenberg, E. Rignot, and M.R. van den Broeke, 2013: Observed thinning of Totten Glacier is linked to coastal polynya variability. *Nature Communications,* **4,** 2857. http://dx.doi.org/10.1038/ncomms3857

63. Li, X., E. Rignot, M. Morlighem, J. Mouginot, and B. Scheuchl, 2015: Grounding line retreat of Totten Glacier, East Antarctica, 1996 to 2013. *Geophysical Research Letters,* **42,** 8049-8056. http://dx.doi.org/10.1002/2015GL065701

64. Wouters, B., A. Martin-Español, V. Helm, T. Flament, J.M. van Wessem, S.R.M. Ligtenberg, M.R. van den Broeke, and J.L. Bamber, 2015: Dynamic thinning of glaciers on the Southern Antarctic Peninsula. *Science,* **348,** 899-903. http://dx.doi.org/10.1126/science.aaa5727

65. Paolo, F.S., H.A. Fricker, and L. Padman, 2015: Volume loss from Antarctic ice shelves is accelerating. *Science,* **348,** 327-331. http://dx.doi.org/10.1126/science.aaa0940

66. Khan, S.A., K.H. Kjaer, M. Bevis, J.L. Bamber, J. Wahr, K.K. Kjeldsen, A.A. Bjork, N.K. Larsen, L.A. Stearns, M.R. van den Broeke, L. Liu, N.K. Larsen, and I.S. Muresan, 2014: Sustained mass loss of the northeast Greenland ice sheet triggered by regional warming. *Nature Climate Change,* **4,** 292-299. http://dx.doi.org/10.1038/nclimate2161

67. Kjeldsen, K.K., N.J. Korsgaard, A.A. Bjørk, S.A. Khan, J.E. Box, S. Funder, N.K. Larsen, J.L. Bamber, W. Colgan, M. van den Broeke, M.-L. Siggaard-Andersen, C. Nuth, A. Schomacker, C.S. Andresen, E. Willerslev, and K.H. Kjær, 2015: Spatial and temporal distribution of mass loss from the Greenland Ice Sheet since AD 1900. *Nature,* **528,** 396-400. http://dx.doi.org/10.1038/nature16183

68. Tedesco, M., X. Fettweis, T. Mote, J. Wahr, P. Alexander, J.E. Box, and B. Wouters, 2013: Evidence and analysis of 2012 Greenland records from spaceborne observations, a regional climate model and reanalysis data. *The Cryosphere,* **7,** 615-630. http://dx.doi.org/10.5194/tc-7-615-2013

69. Tedesco, M., S. Doherty, X. Fettweis, P. Alexander, J. Jeyaratnam, and J. Stroeve, 2016: The darkening of the Greenland ice sheet: Trends, drivers, and projections (1981–2100). *The Cryosphere,* **10,** 477-496. http://dx.doi.org/10.5194/tc-10-477-2016

70. MacGregor, J.A., W.T. Colgan, M.A. Fahnestock, M. Morlighem, G.A. Catania, J.D. Paden, and S.P. Gogineni, 2016: Holocene deceleration of the Greenland Ice Sheet. *Science,* **351,** 590-593. http://dx.doi.org/10.1126/science.aab1702

71. Sweet, W.V., R.E. Kopp, C.P. Weaver, J. Obeysekera, R.M. Horton, E.R. Thieler, and C. Zervas, 2017: Global and Regional Sea Level Rise Scenarios for the United States. National Oceanic and Atmospheric Administration, National Ocean Service, Silver Spring, MD. 75 pp. https://tidesandcurrents.noaa.gov/publications/techrpt83_Global_and_Regional_SLR_Scenarios_for_the_US_final.pdf

72. Pfeffer, W.T., J.T. Harper, and S. O'Neel, 2008: Kinematic constraints on glacier contributions to 21st-century sea-level rise. *Science,* **321,** 1340-1343. http://dx.doi.org/10.1126/science.1159099

73. Sriver, R.L., N.M. Urban, R. Olson, and K. Keller, 2012: Toward a physically plausible upper bound of sea-level rise projections. *Climatic Change,* **115,** 893-902. http://dx.doi.org/10.1007/s10584-012-0610-6

74. Bamber, J.L. and W.P. Aspinall, 2013: An expert judgement assessment of future sea level rise from the ice sheets. *Nature Climate Change,* **3,** 424-427. http://dx.doi.org/10.1038/nclimate1778

75. Miller, K.G., R.E. Kopp, B.P. Horton, J.V. Browning, and A.C. Kemp, 2013: A geological perspective on sea-level rise and its impacts along the U.S. mid-Atlantic coast. *Earth's Future,* **1,** 3-18. http://dx.doi.org/10.1002/2013EF000135

76. Kopp, R.E., R.M. Horton, C.M. Little, J.X. Mitrovica, M. Oppenheimer, D.J. Rasmussen, B.H. Strauss, and C. Tebaldi, 2014: Probabilistic 21st and 22nd century sea-level projections at a global network of tide-gauge sites. *Earth's Future,* **2,** 383-406. http://dx.doi.org/10.1002/2014EF000239

77. DeConto, R.M. and D. Pollard, 2016: Contribution of Antarctica to past and future sea-level rise. *Nature,* **531,** 591-597. http://dx.doi.org/10.1038/nature17145

78. Hall, J.A., S. Gill, J. Obeysekera, W. Sweet, K. Knuuti, and J. Marburger, 2016: Regional Sea Level Scenarios for Coastal Risk Management: Managing the Uncertainty of Future Sea Level Change and Extreme Water Levels for Department of Defense Coastal Sites Worldwide. U.S. Department of Defense, Strategic Environmental Research and Development Program, Alexandria VA. 224 pp. https://www.usfsp.edu/icar/files/2015/08/CARSWG-SLR-FINAL-April-2016.pdf



FHWA001829

79. Slangen, A.B.A., M. Carson, C.A. Katsman, R.S.W. van de Wal, A. Köhl, L.L.A. Vermeersen, and D. Stammer, 2014: Projecting twenty-first century regional sea level changes. *Climatic Change*, **124**, 317-332. http://dx.doi.org/10.1007/s10584-014-1080-9

80. Jevrejeva, S., A. Grinsted, and J.C. Moore, 2014: Upper limit for sea level projections by 2100. *Environmental Research Letters*, **9**, 104008. http://dx.doi.org/10.1088/1748-9326/9/10/104008

81. Grinsted, A., S. Jevrejeva, R.E.M. Riva, and D. Dahl-Jensen, 2015: Sea level rise projections for northern Europe under RCP8.5. *Climate Research*, **64**, 15-23. http://dx.doi.org/10.3354/cr01309

82. Mengel, M., A. Levermann, K. Frieler, A. Robinson, B. Marzeion, and R. Winkelmann, 2016: Future sea level rise constrained by observations and long-term commitment. *Proceedings of the National Academy of Sciences*, **113**, 2597-2602. http://dx.doi.org/10.1073/pnas.1500515113

83. Jackson, L.P. and S. Jevrejeva, 2016: A probabilistic approach to 21st century regional sea-level projections using RCP and High-end scenarios. *Global and Planetary Change*, **146**, 179-189. http://dx.doi.org/10.1016/j.gloplacha.2016.10.006

84. Ritz, C., T.L. Edwards, G. Durand, A.J. Payne, V. Peyaud, and R.C.A. Hindmarsh, 2015: Potential sea-level rise from Antarctic ice-sheet instability constrained by observations. *Nature*, **528**, 115-118. http://dx.doi.org/10.1038/nature16147

85. Rahmstorf, S., 2007: A semi-empirical approach to projecting future sea-level rise. *Science*, **315**, 368-370. http://dx.doi.org/10.1126/science.1135456

86. Rignot, E., J. Mouginot, M. Morlighem, H. Seroussi, and B. Scheuchl, 2014: Widespread, rapid grounding line retreat of Pine Island, Thwaites, Smith, and Kohler Glaciers, West Antarctica, from 1992 to 2011. *Geophysical Research Letters*, **41**, 3502-3509. http://dx.doi.org/10.1002/2014GL060140

87. Joughin, I., B.E. Smith, and B. Medley, 2014: Marine ice sheet collapse potentially under way for the Thwaites Glacier Basin, West Antarctica. *Science*, **344**, 735-738. http://dx.doi.org/10.1126/science.1249055

88. Pollard, D., R.M. DeConto, and R.B. Alley, 2015: Potential Antarctic Ice Sheet retreat driven by hydrofracturing and ice cliff failure. *Earth and Planetary Science Letters*, **412**, 112-121. http://dx.doi.org/10.1016/j.epsl.2014.12.035

89. Levermann, A., P.U. Clark, B. Marzeion, G.A. Milne, D. Pollard, V. Radic, and A. Robinson, 2013: The multimillennial sea-level commitment of global warming. *Proceedings of the National Academy of Sciences*, **110**, 13745-13750. http://dx.doi.org/10.1073/pnas.1219414110

90. Golledge, N.R., D.E. Kowalewski, T.R. Naish, R.H. Levy, C.J. Fogwill, and E.G.W. Gasson, 2015: The multi-millennial Antarctic commitment to future sea-level rise. *Nature*, **526**, 421-425. http://dx.doi.org/10.1038/nature15706

91. Strauss, B.H., S. Kulp, and A. Levermann, 2015: Carbon choices determine US cities committed to futures below sea level. *Proceedings of the National Academy of Sciences*, **112**, 13508-13513. http://dx.doi.org/10.1073/pnas.1511186112

92. Irvine, P.J., D.J. Lunt, E.J. Stone, and A. Ridgwell, 2009: The fate of the Greenland Ice Sheet in a geo-engineered, high $CO_2$ world. *Environmental Research Letters*, **4**, 045109. http://dx.doi.org/10.1088/1748-9326/4/4/045109

93. Applegate, P.J. and K. Keller, 2015: How effective is albedo modification (solar radiation management geoengineering) in preventing sea-level rise from the Greenland Ice Sheet? *Environmental Research Letters*, **10**, 084018. http://dx.doi.org/10.1088/1748-9326/10/8/084018

94. Lenton, T.M., 2011: Early warning of climate tipping points. *Nature Climate Change*, **1**, 201-209. http://dx.doi.org/10.1038/nclimate1143

95. Barrett, S., T.M. Lenton, A. Millner, A. Tavoni, S. Carpenter, J.M. Anderies, F.S. Chapin, III, A.-S. Crepin, G. Daily, P. Ehrlich, C. Folke, V. Galaz, T. Hughes, N. Kautsky, E.F. Lambin, R. Naylor, K. Nyborg, S. Polasky, M. Scheffer, J. Wilen, A. Xepapadeas, and A. de Zeeuw, 2014: Climate engineering reconsidered. *Nature Climate Change*, **4**, 527-529. http://dx.doi.org/10.1038/nclimate2278

96. Markusson, N., F. Ginn, N. Singh Ghaleigh, and V. Scott, 2014: 'In case of emergency press here': Framing geoengineering as a response to dangerous climate change. *Wiley Interdisciplinary Reviews: Climate Change*, **5**, 281-290. http://dx.doi.org/10.1002/wcc.263

97. Sillmann, J., T.M. Lenton, A. Levermann, K. Ott, M. Hulme, F. Benduhn, and J.B. Horton, 2015: Climate emergencies do not justify engineering the climate. *Nature Climate Change*, **5**, 290-292. http://dx.doi.org/10.1038/nclimate2539

98. Clark, P.U., J.D. Shakun, S.A. Marcott, A.C. Mix, M. Eby, S. Kulp, A. Levermann, G.A. Milne, P.L. Pfister, B.D. Santer, D.P. Schrag, S. Solomon, T.F. Stocker, B.H. Strauss, A.J. Weaver, R. Winkelmann, D. Archer, E. Bard, A. Goldner, K. Lambeck, R.T. Pierrehumbert, and G.-K. Plattner, 2016: Consequences of twenty-first-century policy for multi-millennial climate and sea-level change. *Nature Climate Change*, **6**, 360-369. http://dx.doi.org/10.1038/nclimate2923



FHWA001830

99. Gregory, J.M. and J.A. Lowe, 2000: Predictions of global and regional sea-level rise using AOG-CMs with and without flux adjustment. *Geophysical Research Letters*, **27**, 3069-3072. http://dx.doi.org/10.1029/1999GL011228

100. Levermann, A., A. Griesel, M. Hofmann, M. Montoya, and S. Rahmstorf, 2005: Dynamic sea level changes following changes in the thermohaline circulation. *Climate Dynamics*, **24**, 347-354. http://dx.doi.org/10.1007/s00382-004-0505-y

101. Menéndez, M. and P.L. Woodworth, 2010: Changes in extreme high water levels based on a quasi-global tide-gauge data set. *Journal of Geophysical Research*, **115**, C10011. http://dx.doi.org/10.1029/2009JC005997

102. Kemp, A.C. and B.P. Horton, 2013: Contribution of relative sea-level rise to historical hurricane flooding in New York City. *Journal of Quaternary Science*, **28**, 537-541. http://dx.doi.org/10.1002/jqs.2653

103. Sweet, W.V., C. Zervas, S. Gill, and J. Park, 2013: Hurricane Sandy inundation probabilities of today and tomorrow [in "Explaining Extreme Events of 2012 from a Climate Perspective"]. *Bulletin of the American Meteorological Society*, **94 (9)**, S17-S20. http://dx.doi.org/10.1175/BAMS-D-13-00085.1

104. Sweet, W., J. Park, J. Marra, C. Zervas, and S. Gill, 2014: Sea Level Rise and Nuisance Flood Frequency Changes around the United States. NOAA Technical Report NOS CO-OPS 073. National Oceanic and Atmospheric Administration, National Ocean Service, Silver Spring, MD. 58 pp. http://tidesandcurrents.noaa.gov/publications/NOAA_Technical_Report_NOS_COOPS_073.pdf

105. Sweet, W.V. and J. Park, 2014: From the extreme to the mean: Acceleration and tipping points of coastal inundation from sea level rise. *Earth's Future*, **2**, 579-600. http://dx.doi.org/10.1002/2014EF000272

106. Ezer, T. and L.P. Atkinson, 2014: Accelerated flooding along the U.S. East Coast: On the impact of sea-level rise, tides, storms, the Gulf Stream, and the North Atlantic Oscillations. *Earth's Future*, **2**, 362-382. http://dx.doi.org/10.1002/2014EF000252

107. Talke, S.A., P. Orton, and D.A. Jay, 2014: Increasing storm tides in New York Harbor, 1844–2013. *Geophysical Research Letters*, **41**, 3149-3155. http://dx.doi.org/10.1002/2014GL059574

108. Wahl, T. and D.P. Chambers, 2015: Evidence for multidecadal variability in US extreme sea level records. *Journal of Geophysical Research Oceans*, **120**, 1527-1544. http://dx.doi.org/10.1002/2014JC010443

109. Reed, A.J., M.E. Mann, K.A. Emanuel, N. Lin, B.P. Horton, A.C. Kemp, and J.P. Donnelly, 2015: Increased threat of tropical cyclones and coastal flooding to New York City during the anthropogenic era. *Proceedings of the National Academy of Sciences*, **112**, 12610-12615. http://dx.doi.org/10.1073/pnas.1513127112

110. Grinsted, A., J.C. Moore, and S. Jevrejeva, 2013: Projected Atlantic hurricane surge threat from rising temperatures. *Proceedings of the National Academy of Sciences*, **110**, 5369-5373. http://dx.doi.org/10.1073/pnas.1209980110

111. Marcos, M., F.M. Calafat, Á. Berihuete, and S. Dangendorf, 2015: Long-term variations in global sea level extremes. *Journal of Geophysical Research Oceans*, **120**, 8115-8134. http://dx.doi.org/10.1002/2015JC011173

112. Woodworth, P.L. and M. Menéndez, 2015: Changes in the mesoscale variability and in extreme sea levels over two decades as observed by satellite altimetry. *Journal of Geophysical Research Oceans*, **120**, 64-77. http://dx.doi.org/10.1002/2014JC010363

113. Wahl, T. and D.P. Chambers, 2016: Climate controls multidecadal variability in U. S. extreme sea level records. *Journal of Geophysical Research Oceans*, **121**, 1274-1290. http://dx.doi.org/10.1002/2015JC011057

114. Mawdsley, R.J. and I.D. Haigh, 2016: Spatial and temporal variability and long-term trends in skew surges globally. *Frontiers in Marine Science*, **3**, Art. 26. http://dx.doi.org/10.3389/fmars.2016.00029

115. Sweet, W., M. Menendez, A. Genz, J. Obeysekera, J. Park, and J. Marra, 2016: In tide's way: Southeast Florida's September 2015 sunny-day flood [in "Explaining Extreme Events of 2015 from a Climate Perspective"]. *Bulletin of the American Meteorological Society*, **97 (12)**, S25-S30. http://dx.doi.org/10.1175/BAMS-D-16-0117.1

116. Feser, F., M. Barcikowska, O. Krueger, F. Schenk, R. Weisse, and L. Xia, 2015: Storminess over the North Atlantic and northwestern Europe—A review. *Quarterly Journal of the Royal Meteorological Society*, **141**, 350-382. http://dx.doi.org/10.1002/qj.2364

117. Colle, B.A., J.F. Booth, and E.K.M. Chang, 2015: A review of historical and future changes of extratropical cyclones and associated impacts along the US East Coast. *Current Climate Change Reports*, **1**, 125-143. http://dx.doi.org/10.1007/s40641-015-0013-7

118. Sweet, W.V. and C. Zervas, 2011: Cool-season sea level anomalies and storm surges along the U.S. East Coast: Climatology and comparison with the 2009/10 El Niño. *Monthly Weather Review*, **139**, 2290-2299. http://dx.doi.org/10.1175/MWR-D-10-05043.1

119. Thompson, P.R., G.T. Mitchum, C. Vonesch, and J. Li, 2013: Variability of winter storminess in the eastern United States during the twentieth century from tide gauges. *Journal of Climate*, **26**, 9713-9726. http://dx.doi.org/10.1175/JCLI-D-12-00561.1



FHWA001831

120. Hamlington, B.D., R.R. Leben, K.Y. Kim, R.S. Nerem, L.P. Atkinson, and P.R. Thompson, 2015: The effect of the El Niño–Southern Oscillation on U.S. regional and coastal sea level. *Journal of Geophysical Research Oceans,* **120,** 3970-3986. http://dx.doi.org/10.1002/2014JC010602

121. Tebaldi, C., B.H. Strauss, and C.E. Zervas, 2012: Modelling sea level rise impacts on storm surges along US coasts. *Environmental Research Letters,* **7,** 014032. http://dx.doi.org/10.1088/1748-9326/7/1/014032

122. Horton, R.M., V. Gornitz, D.A. Bader, A.C. Ruane, R. Goldberg, and C. Rosenzweig, 2011: Climate hazard assessment for stakeholder adaptation planning in New York City. *Journal of Applied Meteorology and Climatology,* **50,** 2247-2266. http://dx.doi.org/10.1175/2011JAMC2521.1

123. Woodruff, J.D., J.L. Irish, and S.J. Camargo, 2013: Coastal flooding by tropical cyclones and sea-level rise. *Nature,* **504,** 44-52. http://dx.doi.org/10.1038/nature12855

124. Buchanan, M.K., R.E. Kopp, M. Oppenheimer, and C. Tebaldi, 2016: Allowances for evolving coastal flood risk under uncertain local sea-level rise. *Climatic Change,* **137,** 347-362. http://dx.doi.org/10.1007/s10584-016-1664-7

125. Dahl, K.A., M.F. Fitzpatrick, and E. Spanger-Siegfried, 2017: Sea level rise drives increased tidal flooding frequency at tide gauges along the U.S. East and Gulf Coasts: Projections for 2030 and 2045. *PLoS ONE,* **12,** e0170949. http://dx.doi.org/10.1371/journal.pone.0170949

126. Hunter, J., 2012: A simple technique for estimating an allowance for uncertain sea-level rise. *Climatic Change,* **113,** 239-252. http://dx.doi.org/10.1007/s10584-011-0332-1

127. Moftakhari, H.R., A. AghaKouchak, B.F. Sanders, D.L. Feldman, W. Sweet, R.A. Matthew, and A. Luke, 2015: Increased nuisance flooding along the coasts of the United States due to sea level rise: Past and future. *Geophysical Research Letters,* **42,** 9846-9852. http://dx.doi.org/10.1002/2015GL066072

128. Stockdon, H.F., R.A. Holman, P.A. Howd, and A.H. Sallenger, Jr., 2006: Empirical parameterization of setup, swash, and runup. *Coastal Engineering,* **53,** 573-588. http://dx.doi.org/10.1016/j.coastaleng.2005.12.005

129. Sweet, W.V., J. Park, S. Gill, and J. Marra, 2015: New ways to measure waves and their effects at NOAA tide gauges: A Hawaiian-network perspective. *Geophysical Research Letters,* **42,** 9355-9361. http://dx.doi.org/10.1002/2015GL066030

130. Moritz, H., K. White, B. Gouldby, W. Sweet, P. Ruggiero, M. Gravens, P. O'Brien, H. Moritz, T. Wahl, N.C. Nadal-Caraballo, and W. Veatch, 2015: USACE adaptation approach for future coastal climate conditions. *Proceedings of the Institution of Civil Engineers - Maritime Engineering,* **168,** 111-117. http://dx.doi.org/10.1680/jmaen.15.00015

131. Barnard, P.L., J. Allan, J.E. Hansen, G.M. Kaminsky, P. Ruggiero, and A. Doria, 2011: The impact of the 2009–10 El Niño Modoki on U.S. West Coast beaches. *Geophysical Research Letters,* **38,** L13604. http://dx.doi.org/10.1029/2011GL047707

132. Theuerkauf, E.J., A.B. Rodriguez, S.R. Fegley, and R.A. Luettich, 2014: Sea level anomalies exacerbate beach erosion. *Geophysical Research Letters,* **41,** 5139-5147. http://dx.doi.org/10.1002/2014GL060544

133. Serafin, K.A. and P. Ruggiero, 2014: Simulating extreme total water levels using a time-dependent, extreme value approach. *Journal of Geophysical Research Oceans,* **119,** 6305-6329. http://dx.doi.org/10.1002/2014JC010093

134. Hoeke, R.K., K.L. McInnes, J.C. Kruger, R.J. McNaught, J.R. Hunter, and S.G. Smithers, 2013: Widespread inundation of Pacific islands triggered by distant-source wind-waves. *Global and Planetary Change,* **108,** 128-138. http://dx.doi.org/10.1016/j.gloplacha.2013.06.006

135. Stopa, J.E. and K.F. Cheung, 2014: Periodicity and patterns of ocean wind and wave climate. *Journal of Geophysical Research Oceans,* **119,** 5563-5584. http://dx.doi.org/10.1002/2013JC009729

136. Barnard, P.L., A.D. Short, M.D. Harley, K.D. Splinter, S. Vitousek, I.L. Turner, J. Allan, M. Banno, K.R. Bryan, A. Doria, J.E. Hansen, S. Kato, Y. Kuriyama, E. Randall-Goodwin, P. Ruggiero, I.J. Walker, and D.K. Heathfield, 2015: Coastal vulnerability across the Pacific dominated by El Niño/Southern Oscillation. *Nature Geoscience,* **8,** 801-807. http://dx.doi.org/10.1038/ngeo2539

137. Bromirski, P.D., D.R. Cayan, J. Helly, and P. Wittmann, 2013: Wave power variability and trends across the North Pacific. *Journal of Geophysical Research Oceans,* **118,** 6329-6348. http://dx.doi.org/10.1002/2013JC009189

138. Erikson, L.H., C.A. Hegermiller, P.L. Barnard, P. Ruggiero, and M. van Ormondt, 2015: Projected wave conditions in the Eastern North Pacific under the influence of two CMIP5 climate scenarios. *Ocean Modelling,* **96 (12), Part 1,** 171-185. http://dx.doi.org/10.1016/j.ocemod.2015.07.004

139. Aucan, J., R. Hoeke, and M.A. Merrifield, 2012: Wave-driven sea level anomalies at the Midway tide gauge as an index of North Pacific storminess over the past 60 years. *Geophysical Research Letters,* **39,** L17603. http://dx.doi.org/10.1029/2012GL052993



FHWA001832