UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | No. 5:23-CV-304-H |

### ORDER

Before the Court is Texas's Notice of Withdrawal of Motion for Preliminary Injunction. Dkt. No. 16. The Court has construed this notice as a motion to withdraw the request for a preliminary injunction. *See id.* In light of the parties' representations to the Court (*see* Dkt. No. 13), the Court grants the motion. The Court instructs the Clerk of Court to terminate the plaintiffs' request for a preliminary injunction (Dkt. No. 9) as withdrawn.

So ordered on February 8, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE