IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>   Plaintiffs,<br><br> v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>   Defendants. | Case No. 5:23-cv-00304-H |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY DEADLINE TO RESPOND TO COMPLAINT**

  Before the Court is Defendants' Unopposed Motion to Stay Deadline to Respond to Complaint (ECF No. 19). After due consideration of Defendants' motion, the Court finds good cause supports the relief requested.

  It is therefore ORDERED that Defendants' Unopposed Motion to Stay Deadline to Respond to Complaint is GRANTED; and it is further ORDERED that Defendants' current deadline to file an answer or otherwise respond to the Complaint be stayed.

  **SO ORDERED**.

  _____, 2024

                   _____
                   JAMES WESLEY HENDRIX
                   UNITED STATES DISTRICT JUDGE