UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>    Defendants. | No. 5:23-CV-304-H |

### ORDER

Before the Court is the defendants' Unopposed Motion to Stay Deadline to Respond to Complaint. Dkt. No. 20. For the reasons stated in the motion, the Court grants it. The Court hereby stays the defendants' deadline to file their answer or otherwise respond to the plaintiffs' complaint (Dkt. No. 1).

So ordered on February 15, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE