# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 5:23-CV-304-H |
| | § | |
| UNITED STATES DEPARTMENT | § | |
| OF TRANSPORTATION, et al. | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING AMERICAN ROAD AND TRANSPORTATION BUILDERS ASSOCIATION AND ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* IN SUPPORT OF THE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Currently pending before the Court is the American Road and Transportation Builders Association and Associated General Contractors of America, Inc.'s Unopposed Motion for Leave to File Brief of *Amici Curiae* in Support of the Plaintiffs' Motion for Summary Judgment. The Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that that the American Road and Transportation Builders Association and Associated General Contractors of America, Inc. are permitted to participate as *amici curiae*, and the brief of *amici curiae* attached to the Motion at Exhibit A is filed.

1

2

SIGNED this __ day of _____, 2024.

_____

JUDGE PRESIDING