UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

State of Texas, et al. §
        *Plaintiff* §
  §
  §
v. § Case No. 5:23-CV-304-H
  §
  §
U.S. Department of Transportation, et al. §
        *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

Baker Botts, L.L.P._____, with offices at

700 K Street, N.W._____
(Street Address)

Washington_____  DC_____  20001_____
(City)                        (State)      (Zip Code)

202-639-1308_____  202-256-0827_____
(Telephone No.)                (Fax No.)

II. Applicant will sign all filings with the name  Megan H. Berge_____.

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

The American Road and Transportation Builders Association, and the Associated General Contractors of America, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 983714    Admission date: 10/06/2008

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| (See attached Exhibit A) | | |
| | | |
| | | |
| | | |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

_____         None_____

_____         _____

_____         _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

 Matthew G. Sheridan_____, who has offices at

 910 Louisiana Street_____
(Street Address)

 Houston_____   Texas_____   77002_____
(City)                                  (State)          (Zip Code)

 713-229-1568_____   713-229-7968_____
(Telephone No.)                         (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓]   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]   Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   15th   day of February_____, 2024_____.

 Megan H. Berge_____
Printed Name of Applicant

 *[signature]*_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# EXHIBIT A
## TO MOTION FOR ADMISSION PRO HAC VICE
## FOR MEGAN H. BERGE

| U.S. Court / State | Admission Date: | Bar No. |
|---|---|---|
| California | 12/1/2020 | 332536 |
| DC | 10/6/2008 | 983714 |
| US Supreme Court | 12/2/2013 | 289121 |
| Third Circuit | 11/19/2007 | |
| Fifth Circuit | 6/5/2015 | |
| Ninth Circuit | 4/5/2018 | 983714 |
| Tenth Circuit | 4/3/2020 | |
| DC Circuit | 6/30/2011 | |
| District Ct DC | 8/7/2017 | |
| Ct of Appeals DC | 10/6/2008 | 53516 |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Megan H Berge

was duly qualified and admitted on October 6, 2008 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on February 15, 2024.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.