# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>            Defendants. | Case No. 5:23-cv-00304-H |

## [PROPOSED] ORDER

The Court having considered Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment, it is hereby **ORDERED** that Defendants' cross-motion is **GRANTED** and Plaintiffs' motion is **DENIED**.

So ordered on _____, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE