UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | No. 5:23-CV-304-H |

### ORDER

Before the Court is Megan H. Berge's Application for Admission Pro Hac Vice. Dkt. No. 23. The application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. If Berge has not already done so, she must register as an ECF user within 14 days. *See* Loc. Civ. R. 5.1(f).

So ordered on February 22, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE