UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS, et al.,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,

    Defendants.

No. 5:23-CV-304-H

## ORDER

Before the Court is the American Road and Transportation Builders Association and Associated General Contractors of America, Inc.'s motion for leave to file an amicus brief in this case. Dkt. No. 22. The movants represent that no party opposes the motion. *Id.* at 1. For the reasons stated in the motion, the motion is granted. The Clerk of Court is directed to file the amicus brief (Dkt. No. 22-1) in the official record of this case.

So ordered on February 22, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE