# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS AND TEXAS DEPARTMENT OF TRANSPORTATION,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, PETE BUTTIGIEG, in his official capacity as SECRETARY OF TRANSPORTATION, and SHAILEN BHATT, in his official capacity as ADMINISTRATOR OF THE FEDERAL HIGHWAY ADMINISTRATION,<br><br>*Defendants.* | Civil Action No. 5:23-cv-00304-H |

## TEXAS'S RESPONSE TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Plaintiffs the State of Texas (State) and the Texas Department of Transportation (TxDOT) (together, Texas), respectfully submits its combined response to the defendants' cross-motion for summary judgment and reply in support of its motion for summary judgment pursuant to the Court's Order, Dkt. No. 14, and Local Rule 56. Each of the matters required by Local Civil rule 56.4(a) are set forth in the Texas's Brief in Support of its Response and Reply.

Dated:   February 27, 2024

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

*/s/ Logan Harrell*
LOGAN HARRELL
Assistant Attorney General
State Bar No. 24106054
Logan.Harrell@oag.texas.gov

WESLEY S. WILLIAMS
Assistant Attorney General
State Bar No. 24108009
Wesley.Williams@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911

**COUNSEL FOR THE STATE OF TEXAS AND THE TEXAS DEPARTMENT OF TRANSPORTATION**

## CERTIFICATE OF SERVICE

I certify that on February 27, 2024, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all attorneys of record in this case.

*/s/ Logan Harrell*
LOGAN HARRELL
Assistant Attorney General
