# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS AND TEXAS DEPARTMENT OF TRANSPORTATION, *Plaintiffs*, v. U.S. DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, PETE BUTTIGIEG, in his official capacity as SECRETARY OF TRANSPORTATION, and SHAILEN BHATT, in his official capacity as ADMINISTRATOR OF THE FEDERAL HIGHWAY ADMINISTRATION, *Defendants*. | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 5:23-cv-00304-H |

## TEXAS'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Plaintiffs the State of Texas and the Texas Department of Transportation (together, Texas) now come and file this Motion to Substitute Counsel. Texas respectfully shows the Court the following:

**1.** Texas's current lead counsel **Logan Harrell**, Assistant Attorney General, is scheduled to leave the employment of the Office of the Attorney General on April 1, 2024.

2. Texas wishes to designate **Wesley S. Williams**, Assistant Attorney General, as lead counsel and attorney-in-charge for Texas in the above-styled cause of action. Mr. Williams is currently involved as secondary counsel for Texas and is a member in good standing of the State Bar of Texas.

3. Mr. Harrell consents to this substitution and will remain secondary counsel for Texas until April 1; however, Texas requests that all notices and communications regarding the above-styled cause of action be directed to Mr. Williams as lead counsel and attorney-in-charge per the contact information below.

4. This change is neither intended to cause nor expected to result in any delay of the proceedings.

5. Defendants do not oppose this Motion.

### PRAYER

The State of Texas and the Texas Department of Transportation request that this Motion be granted and that Wesley S. Williams be substituted as lead counsel and attorney-in-charge in place of Logan Harrel.

Dated: March 13, 2024                Respectfully submitted,

                                                       KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

2

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

*/s/ Wesley S. Williams*
WESLEY S. WILLIAMS
Assistant Attorney General
State Bar No. 24108009
Wesley.Williams@oag.texas.gov

LOGAN HARRELL
Assistant Attorney General
State Bar No. 24106054
Logan.Harrell@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911

**COUNSEL FOR THE STATE OF TEXAS AND THE TEXAS DEPARTMENT OF TRANSPORTATION**

## CERTIFICATE OF CONFERENCE

On March 12 and 13, 2024, I conferred with Michael P. Clendenen, counsel for Defendants, who confirmed that Defendants do not oppose Texas's Motion to Substitute Counsel.

*/s/ Wesley S. Williams*
WESLEY S. WILLIAMS
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that on March 13, 2024, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all attorneys of record in this case.

*/s/ Wesley S. Williams*
WESLEY S. WILLIAMS
Assistant Attorney General