UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | No. 5:23-CV-304-H |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Before the Court is the plaintiffs' Unopposed Motion to Substitute Counsel. Dkt. No. 32. The Court grants the motion. Wesley S. Williams is substituted as counsel for the plaintiffs. Logan Harrell is relieved of his obligations and duties to this Court as counsel for the plaintiffs in this case.

So ordered on March 18, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE