# United States Court of Appeals for the Fifth Circuit

Certified as a true copy and issued
as the mandate on **Feb 11, 2025**

Attest: *Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 24-10470

---

STATE OF TEXAS; TEXAS DEPARTMENT OF TRANSPORTATION,

*Plaintiffs—Appellees,*

*versus*

U.S. DEPARTMENT OF TRANSPORTATION; FEDERAL HIGHWAY ADMINISTRATION; SHAILEN BHATT, *in his official capacity, as Administrator of* THE FEDERAL HIGHWAY ADMINISTRATION; SEAN DUFFY, *in his official capacity as Secretary of Transportation*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:23-CV-304

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of February 11, 2025, pursuant to appellant's motion.

                          LYLE W. CAYCE
                          Clerk of the United States Court
                          of Appeals for the Fifth Circuit

By: _____
      Renee S. McDonough, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT